IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| CERTAIN PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| CERTAIN DEFENDANTS | : | |
| | : | |

## O R D E R

### STATUS AND SCHEDULING CONFERENCE

**AND NOW**, this **8th** day of **June, 2010**, it is hereby
**ORDERED** that a status and scheduling conference will be held in
the captioned cases[1] **Wednesday, July 21, 2010** at **10:00 am** in
Courtroom 11A, United States Courthouse, 601 Market Street,
Philadelphia, PA 19106. Prior to the conference, counsel shall
review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the
conference shall result in the dismissal of the case without
prejudice.

It is further **ORDERED** that, as to all open cases,
counsel for the plaintiff shall be prepared to provide at the
hearing the following information:

a.) Certification of compliance with Administrative
Orders no. 12, 12 as amended, and 14.

---

[1]     See Exhibit "A", attached, for listing of individual cases. The cases will also be
listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

b.) Any motions pending.

c.) Certification that Plaintiff has filed any necessary amended complaints and paid all required filing fees.

d.) A list of unsettled defendants in each case and a proposed order dismissing the remaining viable defendants that are listed on the docket.

It is further **ORDERED** that if a Defendant wishes to challenge the sufficiency of an individual Plaintiff's Administrative Order no. 12 submission, at the hearing Defendant should be prepared to assert the specific reasons why Plaintiff has not fulfilled the requirements of Administrative Order no. 12.  If compliance is contested, a hearing will be held on a subsequent date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket.  Those cases will be removed from the list, and appropriate orders will be entered.[2]

---

[2]     If a case listed in the attached Exhibit has been referred to a Magistrate Judge for settlement, that case will not be heard at this conference.  If any case listed has already been placed on a scheduling order, that case will not be heard at this conference.  In order to ensure

It is further **ORDERED** that, if any of the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

**EDUARDO C. ROBRENO, J.**

---

that any such cases are removed from the list, please contact to Court and provide the specific case number(s) and plaintiff name(s) which must be removed so that the case is not inadvertently dismissed.

| Date | PA E.D. # (10-) | Transfer # | Name of Plaintiff | Transfer District and Division |
|------|-----------------|-----------|-------------------|-------------------------------|
| 1/12/2010 | 60090 | 09-04681 | Brown, Oliver | CALIFORNIA NORTHERN - 4 |
| 2/8/2010 | 61094 | 09-08198 | Prange, James H. and Jane E. | CALIFORNIA CENTRAL - 2 |
| 2/8/2010 | 61095 | 09-08794 | Prange, James H. and Jane E.<br>***Not Duplicate*** | CALIFORNIA CENTRAL - 2 |
| 2/8/2010 | 61096 | 09-09186 | Hartsfield, Frederick B. and Doris J. | CALIFORNIA CENTRAL - 2 |
| 2/8/2010 | 61097 | 09-05106 | Kollar, Myrtes Faye<br>Caron, Dianne L.<br>Heath, Linda A.<br>Individually and as Co-Trustees of the<br>Kollar Family Trust Dated<br>05/09/2002 | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61098 | 09-05504 | Delahaye, Frank | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61099 | 09-05649 | Spilmom, Marion | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61100 | 09-05736 | Cook, Quillia<br>As Wrongful Death Heir and as<br>Successor-Interest to Walter Cook,<br>Deceased<br>Cook, Walter Jr.<br>As Legal Heir of Walter Cook,<br>Deceased | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61101 | 09-05765 | Gori, Gerogina<br>As Wrongful Death Heir and as<br>Successor-In-Interest to Emilio Gori,<br>Deceased<br>McLaughlin, Rebecca<br>Gori, Mark<br>Gori, Brian<br>Maldini, Bethany<br>As Legal Heirs of Emilio Gori,<br>Deceased | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61102 | 09-05817 | Spellman, Roma<br>As Wrongful Death Heir and as<br>successor-in-interest to Marvon<br>Spellman, Deceased | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61103 | 09-05821 | Heinzmiller, John | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61104 | 09-05713 | Holland, Joe and Mary Roberta | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61105 | 09-05601 | Demoss, Marian Elena<br>As Wrongful Death Heir, and as<br>Successor-in-Interest to Harold<br>Demoss, Deceased | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61106 | 09-05648 | Maeser, Paul | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61107 | 09-05667 | Wolgemott, David | CALIFORNIA NORTHERN - 3 |
| 2/8/2010 | 61108 | 09-01112 | Allen, Samuel | CONNECTICUT - 3 |
| 2/8/2010 | 61109 | 09-02308 | Martin, Stella R.<br>Individually and as Special<br>Administrator for the Est. Of David<br>B. Martin, Deceased | ILLINOIS CENTRAL - 2 |
| 2/8/2010 | 61110 | 09-00587 | Grigg, Robert L. and Lois M. | MAINE - 2 |
| 2/8/2010 | 61111 | 09-00588 | Snow, Dana L. | MAINE - 2 |
| 2/8/2010 | 61112 | 09-00640 | Zammitt, Joseph V. and Ruth E. | MAINE - 2 |
| 2/8/2010 | 61113 | 09-01812 | Corley, Charles | ALABAMA NORTHERN - 2 |
| 2/8/2010 | 61114 | 09-01062 | Long, Elsie M.<br>Individually and as special<br>administrator for the Est. ofDonal A.<br>Long, Deceased | WISCONSIN WESTERN - 1 |

| | | | | |
|---|---|---|---|---|
| 2/8/2010 | 61115 | 09-01099 | Bennington, Marcella M. Individually and as a Special Administrator for the Est. of Martin J. Bennington, Sr., Deceased | WISCONSIN WESTERN - 1 |
| 2/8/2010 | 61116 | 09-00726 | Bushmaker, Gerald F. | WISCONSIN WESTERN - 1 |
| 2/8/2010 | 61117 | 09-01457 | Zoeger, Sieann M. Individually and as Personal Rep. of the Est. of Richard J. Zorger | WASHINGTON WESTERN - 2 |
| 2/8/2010 | 61118 | 09-05801 | Anderson, Richard E. and Lillian M. | WASHINGTON WESTERN - 3 |
| 2/8/2010 | 61119 | 09-00171 | Castle, Vicki Joyce Speed Executrix of the Est. of Jimmie R. Castle, Wrongful Death Beneficiary and Heir-at-Law of Jimmie R. Castle | MISSISSIPPI SOUTHERN - 4 |
| 2/8/2010 | 61120 | 09-00971 | Faulkenberry, James Franklin and Anne Richardson | NORTH CAROLINA MIDDLE - 1 |
| 2/8/2010 | 61121 | 09-01002 | Roberts, William Randolph | NORTH CAROLINA MIDDLE - 1 |
| 2/8/2010 | 61122 | 09-00421 | Tesseneer, James Lynn and Jean T. | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61123 | 09-00424 | Rathbone, Bobby Joe and Brenda T. | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61124 | 09-00426 | Whitlock, Clarence William and Joyce | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61125 | 09-00427 | Laney, William Harold and Martha Bu | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61126 | 09-00428 | McGalliard, John David and Faye M. | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61127 | 09-00429 | Crisp, Roy Franklin and Betty Jean | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61128 | 09-00445 | Carraway, Walter Emmett and Barbara | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61129 | 09-00452 | Dellinger, Ray Houser, Jr. and Donna | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61130 | 09-00456 | Bowen, Brian Bruce and Sallyt Bergm | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61131 | 09-00457 | Grabley, Charles Alton and Janice A. | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61132 | 09-00458 | Flannery, John | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61133 | 09-00460 | Hull, Reginald Gene and Patricia Ann | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61134 | 09-00469 | Price, Robert Lee | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61135 | 10-00003 | Gantt, Barry Franklin and Marie B. | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61136 | 10-00006 | Kay, Harold Haskell | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61137 | 10-00008 | Founds, Cary Albert and Carolyn Dian | NORTH CAROLINA WESTERN - 1 |
| 2/8/2010 | 61138 | 09-02395 | Tafoya, Susan | NEVADA - 2 |
| 2/8/2010 | 61139 | 09-00513 | Newberry, Charles G. and Judy F. | RHODE ISLAND - 1 |
| 2/8/2010 | 61140 | 09-00561 | Strong, Fred E. and Maryam | RHODE ISLAND - 1 |
| 2/8/2010 | 61141 | 09-03020 | Childers, Johnnie Richard S. and Twila | SOUTH CAROLINA - 0 |
| 2/8/2010 | 61142 | 09-03260 | Webb, Eugene | SOUTH CAROLINA - 8 |
| 2/8/2010 | 61143 | 09-03356 | Mauldin, Tim David and Patti A. | SOUTH CAROLINA - 8 |
| 2/8/2010 | 61144 | 09-00497 | Plummer, Robert L. | TEXAS EASTERN - 6 |
| 2/8/2010 | 61145 | 09-09625 | Monroe, William H., Jr. Personal Rep. of the Est. of Gerald P. Butler, Jr., Deceased | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61146 | 09-09626 | Dahlstrom, Norman D. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61147 | 09-09627 | Dowske, Ralph F. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61148 | 09-09628 | Gazzo, Robert | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61149 | 09-09629 | Lee, Russell J. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61150 | 09-09630 | Long, Richard L. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61151 | 09-09631 | Stanley, Ronald L. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61152 | 09-09632 | Maples, Ricky | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61153 | 09-09633 | McBee, Darrell L. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61154 | 09-09634 | Murphy, John P. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61155 | 09-09635 | Parker, Collis R. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61156 | 09-09636 | Snyder, John Jr. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61157 | 09-09637 | Monroe, William H., Jr. Personal Rep. of the Est. of Gordon G. Noe, Deceased | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61158 | 09-09638 | Morgan, Ray D. | VIRGINIA EASTERN - 2 |

| 2/8/2010 | 61159 | 09-09639 | Pehlman, James H. | VIRGINIA EASTERN - 2 |
|---|---|---|---|---|
| 2/8/2010 | 61160 | 09-09640 | Rivera, Michael C. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61161 | 09-09641 | Sword, Virgil B. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61162 | 09-09642 | Miller, Donald P., Sr. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61163 | 09-09643 | Ollenketo, Paul R. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61164 | 09-09644 | Peters, Fred L., Jr. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61165 | 09-09645 | Sager, John Jr. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61166 | 09-09646 | Watson, Howard H. | VIRGINIA EASTERN - 2 |
| 2/8/2010 | 61167 | 09-09659 | Willis, Charles Leonard | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64591 | 10-00040 | Razza, Louis<br>Davis, Wendy<br>Riccardi, Cynthia<br>Individually and as Legal Heirs to the<br>Est. of Marthetta Razza, Deceased | CALIFORNIA CENTRAL - 2 |
| 4/9/2010 | 64592 | 10-01190 | Eisler, Leroy and Beatrice | CALIFORNIA CENTRAL - 2 |
| 4/9/2010 | 64593 | 10-01191 | Geist, Ronald Alvin | CALIFORNIA CENTRAL - 2 |
| 4/9/2010 | 64594 | 10-01192 | Morgan, Michael Eugene and Martha | CALIFORNIA CENTRAL - 2 |
| 4/9/2010 | 64595 | 10-00406 | Aikins, Charles | CALIFORNIA NORTHERN - 3 |
| 4/9/2010 | 64596 | 10-00717 | Hilt, Robert | CALIFORNIA NORTHERN - 3 |
| 4/9/2010 | 64597 | 10-00718 | Bartholomew, Alan | CALIFORNIA NORTHERN - 3 |
| 4/9/2010 | 64598 | 10-00405 | Dye, Tommy | CALIFORNIA NORTHERN - 3 |
| 4/9/2010 | 64599 | 10-00716 | Damerson, James | CALIFORNIA NORTHERN - 3 |
| 4/9/2010 | 64600 | 09-01839 | Batch, Gary and Carol | CONNECTICUT - 3 |
| 4/9/2010 | 64601 | 09-01916 | Moore, Ken | CONNECTICUT - 3 |
| 4/9/2010 | 64602 | 08-00856 | Kirks, Wilbert<br>Kirks, Dennis | DELAWARE - 1 |
| 4/9/2010 | 64603 | 10-00113 | Dalton, Tommy and Shirley Jean | DELAWARE - 1 |
| 4/9/2010 | 64604 | 10-00114 | Dalton, Tommy and Shirley Jean<br>***Not Duplicate*** | DELAWARE - 1 |
| 4/9/2010 | 64605 | 09-07637 | Horan, Bonnie | ILLINOIS NORTHERN - 1 |
| 4/9/2010 | 64606 | 10-00728 | Louis, Maxine R.<br>Individually and as special<br>administrator for the Est. of Richard<br>Louis, Deceased | ILLINOIS NORTHERN - 1 |
| 4/9/2010 | 64607 | 09-01866 | Hill, Betty S.<br>Individually and as Executrix on<br>behalf of Marion R. Hill, Deceased | LOUISIANA WESTERN - 3 |
| 4/9/2010 | 64608 | 10-00004 | Jarrett, Hardin Wyatt III and Brenda G | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64609 | 10-00008 | Strange, Frank Silbert | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64610 | 10-00017 | Wilson, Jimmy Wayne and Katherine V | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64611 | 10-00024 | Eernhardt, Grady Odell and Jennifer | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64612 | 10-00081 | Campbell, Melanie Simone Goforth<br>Individually and as the Est. of Robert<br>McCoy Campbell | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64613 | 10-00092 | Coble, Dianne S. | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64614 | 10-00098 | Murib, Mohamad Bisher | NORTH CAROLINA MIDDLE - 1 |
| 4/9/2010 | 64615 | 10-00011 | Pope, Roger Dale and Nancey | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64616 | 10-00012 | Sorter, Rickie Alan and Tonie Lee Bec | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64617 | 10-00013 | Sisk, Donald Ray and Rita S. | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64618 | 10-00015 | Ferguson, John Martin | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64619 | 10-00016 | Harris, James Odell and Catherine Bos | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64620 | 10-00033 | Faires, Janice T.<br>Administrator of the Est. of Lawrence<br>Edmond Rudisill<br>Rudisill, Alma Josephine<br>Spouse of Lawrence Edmond Rudisill | NORTH CAROLINA WESTERN - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2010 | 64621 | 10-00034 | Smith, Earnest Clay Sr. and Caretta B | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64622 | 10-00037 | Hite, Greer Owen, Jr. and Sherry Que | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64623 | 10-00038 | Hopper, Eddie Roscoe and Leslie Roxa | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64624 | 10-00041 | Simmons, Jerry Wayne and Linda Ann | NORTH CAROLINA WESTERN - 1 |
| 4/9/2010 | 64625 | 10-00650 | Lewis, Thomas and Elizabeth | NEW JERSEY - 3 |
| 4/9/2010 | 64626 | 10-00078 | Campbell, Samuel E. | RHODE ISLAND - 1 |
| 4/9/2010 | 64627 | 10-00207 | Hughes, David | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64628 | 10-00218 | Mitchell, John Hoyt and Jessie Elliott | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64629 | 10-00219 | Pittman, Ira Lewis, Sr. and Fay Ayers | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64630 | 10-00244 | Brock, Lenoard David and Patricia An | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64631 | 09-02006 | Whysong, James Steven and Theresa R | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64632 | 10-00100 | Alexander, Mitchell Charles and Mary | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64633 | 10-00211 | Raines, Oscar Lee, Jr. | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64634 | 10-00216 | Ashley, Roddey Darrell and Gwen Tim | SOUTH CAROLINA - 0 |
| 4/9/2010 | 64635 | 09-03694 | Scharff, Virginia Individually and as the Administratix of the Est. of Ervin L. Scharff, Deceased | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64636 | 09-03694 | Averite, Stevelle | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64637 | 09-03694 | Benson, Michael | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64638 | 09-03694 | Birchfield, Travis | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64639 | 09-03694 | Childress, Kathy Ann | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64640 | 09-03694 | Collins, Ethel | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64641 | 09-03694 | Cornett, Pauline Individually and as the Administratrix of the Est. of Oscar Cornett, Deceased | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64642 | 09-03694 | Davis, Herman Jr. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64643 | 09-03694 | Halcomb, William | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64644 | 09-03694 | Heath, Naomi Individually and as the Administratrix of the Est. of Gavin Heath, Deceased | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64645 | 09-03694 | Oliver, Tange Individually and as the Administratrix of the Est. of John Burns Howard, Deceased | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64646 | 09-03694 | Leeer, Raymond Parks, Joy Individually and as the Administratrix of the Est. of Kenneth Parks, Deceased | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64647 | 09-03694 | Patty, Otis | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64648 | 09-03694 | Smith, Clinton Eugene | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64649 | 09-03694 | Talley, Johnnie Young, Luther Rice, Walter Jr. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64650 | 09-03911 | Drake, Lunetta | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64651 | 09-03911 | Echols, Betty | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64652 | 09-03911 | Farlow, Linda | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64653 | 09-03911 | Green, Kenneth P. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64654 | 09-03911 | Hurst, Stanley, Jr. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64655 | 09-03911 | Lawler, Arthur JR. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64656 | 09-03911 | Mogk, Earl | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64657 | 09-03911 | Murphy, Glenn Joseph | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64658 | 09-03911 | Parker, Angeline | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64659 | 09-03911 | Parker, Patricia | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64660 | 09-03911 | Reeves, Robert | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64661 | 09-03911 | Smith, Jimmy L. | TEXAS SOUTHERN - 4 |

| | | | | |
|---|---|---|---|---|
| 4/9/2010 | 64662 | 09-03911 | Taylor, Albert Gene | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64663 | 09-03911 | Walton, Billy | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64664 | 09-03911 | Burke, J.B. | TEXAS SOUTHERN - 4 |
| 4/9/2010 | 64665 | 09-09658 | Willis, Charles Leonard | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64666 | 10-09660 | Andrade, Thomas | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64667 | 10-09661 | Bartley, Jerry G. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64668 | 10-09662 | Bates, Robert L. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64669 | 10-09663 | Cook, Gary | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64670 | 10-09664 | Grieder, Leroy P. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64671 | 10-09665 | Keller, Richard E., Sr. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64672 | 10-09666 | Sanford, Roger W. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64673 | 10-09667 | Smith, Whitney A. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64674 | 10-09668 | Weed, Everett D. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64675 | 10-09669 | Wolber, Mark S. | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64676 | 10-09670 | Monroe, William H., Jr. Personal Representative of the Est. of Harold P. Fox, Deceased | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64677 | 10-09671 | Monroe, William H., Jr. Personal Representative of the Est. of Billy Cole Lee, Deceased | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64678 | 10-09672 | Sellors, Theodore | VIRGINIA EASTERN - 2 |
| 4/9/2010 | 64679 | 09-00355 | Hardy, Earline Individually and as Special Administrator for the Est. of Homer Woodruff, Deceased | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64680 | 09-01133 | Cadotte, Joseph E. | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64681 | 09-01190 | Dion, Christine M. Special Administrator for the Est. of Robert J. Dion | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64682 | 09-01193 | Dion, Christine M. Special Administrator for the Est. of Robert J. Dion ***Not Duplicate*** | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64683 | 09-01194 | Dion, Christine M. Special Administrator for the Est. of Robert J. Dion ***Not Duplicate*** | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64684 | 10-00036 | Brindowski, Ervin and Alice | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64685 | 10-00070 | Brindowski, Ervin and Alice ***Not Duplicate*** | WISCONSIN EASTERN - 2 |
| 4/9/2010 | 64686 | 10-00004 | Sebastian, Sigfried and Alice | WISCONSIN WESTERN - 3 |
| 5/4/2010 | 67133 | 10-01413 | Geist, Ronald Alvin | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67134 | 10-00102 | Wood, Paul L. and Denise T. | DELAWARE - 1 |
| 5/4/2010 | 67135 | 10-00144 | Ratliff, Kathryn A. Individually and as Special Administratrix of the Est. of Charles O. Ratliff, Deceased | INDIANA SOUTHERN - 1 |
| 5/4/2010 | 67136 | 10-00054 | Garland, Stephen Douglas and Belinda | NORTH CAROLINA WESTERN - 1 |
| 5/4/2010 | 67137 | 10-03269 | Ned, Sheila | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67138 | 10-03270 | James, Willie Thomas | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67139 | 10-03271 | Arata, Joey | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67140 | 10-03272 | Benitez, Cesar Reyes | VIRGINIA EASTERN - 4 |

| | | | Barnes, Gail Individually and as Successor to James Clyde Barnes | |
|---|---|---|---|---|
| 5/4/2010 | 67141 | 10-01379 | Barnes, James Wayne | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67142 | 10-01583 | Morgan, Michael Eugene | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67143 | 10-01612 | Smith, Duane | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67144 | 10-01823 | Gregory, Charles and Karen | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67145 | 10-01952 | Smith, Duane | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67146 | 10-02074 | Rieniets, Helena As Successor in interest to Melvin Arnold Rieniets, Deceased Ziegler, Deborah Rieniets, Henry Rieniets, William | CALIFORNIA CENTRAL - 2 |
| 5/4/2010 | 67147 | 10-00176 | Pavlick, Olga Individually and as Personal Rep. of the Est. of John Pavlick, Jr., Deceased | DELAWARE - 1 |
| 5/4/2010 | 67148 | 10-00057 | Haddon, Gary Wayne and Robert Ann | NORTH CAROLINA WESTERN - 1 |
| 5/4/2010 | 67149 | 10-00058 | Taylor, Ronald Wade and Karen Miles | NORTH CAROLINA WESTERN - 1 |
| 5/4/2010 | 67150 | 10-00059 | Whipp, Dean Eugene and Marilyn | NORTH CAROLINA WESTERN - 1 |
| 5/4/2010 | 67151 | 10-10000 | Perez, Eduardo C. | OHIO NORTHERN - 1 |
| 5/4/2010 | 67152 | 10-10001 | Stanford, Ephram | OHIO NORTHERN - 1 |
| 5/4/2010 | 67153 | 10-10002 | Saunders, Edward | OHIO NORTHERN - 1 |
| 5/4/2010 | 67154 | 10-10003 | Ellison, Edwin H. | OHIO NORTHERN - 1 |
| 5/4/2010 | 67155 | 10-10004 | Zagoria, Howard M. | OHIO NORTHERN - 1 |
| 5/4/2010 | 67156 | 10-10005 | Folen, John P. | OHIO NORTHERN - 1 |
| 5/4/2010 | 67157 | 08-01043 | Smith, Robert W., Jr. and Susan M. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67158 | 08-03202 | Phillips, Johnny W. and Ruth J. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67159 | 09-00291 | Gwin, Ralph Floyd and Carolina B. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67160 | 09-00471 | Howe, Charles Ison and Linda | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67161 | 09-00530 | Parrish, Richard G. and Donna N. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67162 | 09-00531 | Seaford, Gary Wayne and Brenda W. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67163 | 09-00669 | Sims, Jerry Dean and Valerie Jean | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67164 | 09-00764 | Lewis, Robert Dewey DeLeon, Nancy I. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67165 | 09-00887 | Giles, Ronald Cleve Constance R. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67166 | 09-01194 | Ludlam, William Chalres and Sandra N | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67167 | 09-01195 | Davis, Don Paul and Karen C. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67168 | 09-01555 | Brown, John Roland and Brenda C. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67169 | 09-01789 | Mobley, Jack Ray and Sharon P. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67170 | 09-02934 | Rogers, Richard Brian | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67171 | 09-03062 | Beale, Gary Lynn | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67172 | 09-03071 | Clark, Robert Glenn and Tammy M. | SOUTH CAROLINA - 0 |
| 5/4/2010 | 67173 | 09-00544 | Gaddis, Frank Lane | SOUTH CAROLINA - 6 |
| 5/4/2010 | 67174 | 09-00555 | Jeter, Deothus, Jr. and Nezzie I. | SOUTH CAROLINA - 6 |
| 5/4/2010 | 67175 | 08-03201 | Webb, Charles J. and Brenda | SOUTH CAROLINA - 7 |
| 5/4/2010 | 67176 | 09-00470 | Horton, Winford Raymond, Jr. and Ro | SOUTH CAROLINA - 7 |
| 5/4/2010 | 67177 | 09-00529 | Gailey, William David and Shirley R. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67178 | 09-00552 | Aiken, Ronald Jackson and Becky Jo | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67179 | 09-00553 | Frihi, Chikh and Mary | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67180 | 09-00556 | LeGette, Edwin G. and Elizabeth H. | SOUTH CAROLINA - 8 |

| 5/4/2010 | 67181 | 09-00557 | Looney, Doyle S. | SOUTH CAROLINA - 8 |
|---|---|---|---|---|
| 5/4/2010 | 67182 | 09-00598 | Wilbanks, Howard M. and Janie J. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67183 | 09-00600 | Harrison, Kenneth Ray and Lauren L. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67184 | 09-00622 | Williams, Jimmy Dale and Edith Gail | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67185 | 09-00628 | Marcengill, Michael Haney and Kim B. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67186 | 09-00658 | Day, David Warren and Susan E. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67187 | 09-00767 | Watson, Johnny Lynn | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67188 | 09-01478 | Wilson, Alvin Eugene and Wilma G. | SOUTH CAROLINA - 8 |
| 5/4/2010 | 67189 | 10-09676 | Gleason, Steven | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67190 | 10-09677 | Monroe, William H., Jr. Personal Rep. of the Est. of Gerald Rae McConnell, Deceased | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67191 | 10-09678 | Miller, William | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67192 | 10-09679 | Pidany, William | VIRGINIA EASTERN - 4 |
| 5/4/2010 | 67193 | 10-09680 | Weichold, Glen L. | VIRGINIA EASTERN - 4 |
| 5/5/2010 | 67194 | 10-00186 | Allen, Irvin | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67195 | 10-00186 | Brandon, Ernest | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67196 | 10-00186 | O'Neil, Milton | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67197 | 10-00186 | Tovias, Hall | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67198 | 10-00186 | Hall, Johnny | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67199 | 10-00186 | Brown, Leonard | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67200 | 10-00186 | Jones, Sr., Essie | ILLINOIS SOUTHERN - 3 |
| 5/5/2010 | 67201 | 10-00048 | Bell, Lonretha Individually and as Administratrix of the Est. of Vennie Bell, Jr., Deceased | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67202 | 10-00048 | Collins, Josie | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67203 | 10-00048 | English, Zanus Augustine | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67204 | 10-00048 | Gardner, Mazie | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67205 | 10-00048 | Glover, Arthur | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67206 | 10-00048 | Hargrove, Morris | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67207 | 10-00048 | Hicks, Wayne D. | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67208 | 10-00048 | Jacobs, Eugene | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67209 | 10-00048 | Jones, Otis | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67210 | 10-00048 | Mundy, Herbert | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67211 | 10-00048 | Parker, Frankmon | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67212 | 10-00048 | Price, Douglas Marion | TEXAS SOUTHERN - 4 |

| | | | | |
|---|---|---|---|---|
| 5/5/2010 | 67213 | 10-00048 | Resmondo, Leon | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67214 | 10-00048 | Sansom, Cheryl<br>Individually and as the Administratrix<br>of the Est. of Willie James Sansom,<br>Deceased | TEXAS SOUTHERN - 4 |
| 5/5/2010 | 67215 | 10-00048 | Vanderslice, Thomas | TEXAS SOUTHERN - 4 |
| 5/11/2010 | 67416 | 10-00494 | Kovary, Maria and Bryan Alexandre | CALIFORNIA CENTRAL - 2 |
| 5/11/2010 | 67417 | 10-02313 | Rieniets, Helena<br>As Successor in interest to Melvin<br>Arnold Rieniets, Deceased<br>Ziegler, Deborah<br>Rieniets, Henry<br>Rieniets, William | CALIFORNIA CENTRAL - 2 |
| 5/11/2010 | 67418 | 10-02514 | Houchin, Robert Dr.<br>Houchin, Robert Dr.<br>Successor for the Est. of Orlo<br>Houchin, Deceased<br>Houchin, James L.<br>Hayward, Betty<br>Hourhin, Eileen | CALIFORNIA CENTRAL - 2 |
| 5/11/2010 | 67419 | 10-01180 | Lambase, John | CALIFORNIA NORTHERN - 3 |
| 5/11/2010 | 67420 | 10-01181 | Shropshire, Robin<br>As Wrongful Death Heir, and as<br>Successor-in-Interest to Michael<br>Shropshire, Deceased<br>Shropshire, Alice<br>Shropshire, Marrico<br>Shropshire, Michelle<br>As Legal Heirs of Michael Shropshire,<br>Deceased | CALIFORNIA NORTHERN - 3 |
| 5/11/2010 | 67421 | 10-01398 | Culver, Timothy<br>As Wrouful Death Heir, and as<br>Successor-In-Interest to Robert<br>Culver, Deceased<br>Culver, Marylou<br>As Legal Heirs of Robert Culver,<br>Deceased | CALIFORNIA NORTHERN - 3 |
| 5/11/2010 | 67422 | 10-00351 | Tyler, John M. and Doris | DISTRICT OF COLUMBIA - 1 |
| 5/11/2010 | 67423 | 09-00586 | Lane, Joanne<br>Individually and as personal rep. of<br>the heirs and est. of Harvey Lane,<br>Deceased | DELAWARE - 1 |
| 5/11/2010 | 67424 | 10-20401 | Bullion, Robert P.<br>Individually and as Personal Rep. of<br>the heirs and Est. of Margaret O.<br>Bullion | FLORIDA SOUTHERN - 1 |
| 5/11/2010 | 67425 | 10-00072 | Martin, Ray | INDIANA NORTHERN - 2 |
| 5/11/2010 | 67426 | 10-00073 | Lucas, Teola T.<br>Individually and as Special<br>Administrator of the Est. of TJ Lucas,<br>Deceased | INDIANA NORTHERN - 2 |
| 5/11/2010 | 67427 | 09-03048 | Bouchillon, James and Joann | SOUTH CAROLINA - 2 |
| 5/11/2010 | 67428 | 10-00343 | Tyndall, Jammie C. and Joyce<br>Individually and as personal rep. of<br>the Est. of James O. Carawan | SOUTH CAROLINA - 2 |

| | | | Crowe, Darrell Personal Rep. of the Est. of William Donald Crowe, Deceased | |
|---|---|---|---|---|
| 5/11/2010 | 67429 | 10-00706 | | SOUTH CAROLINA - 6 |
| 5/11/2010 | 67430 | 09-09647 | Angle, Gary D. and | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67431 | 09-09648 | Barnard, John A. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67432 | 09-09649 | Birchfield, Earl W. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67433 | 09-09650 | Birdwell, Jonah L. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67434 | 09-09651 | Baso, James | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67435 | 09-09652 | Landis, Lynn L. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67436 | 09-09653 | Lunsford, Arnold R. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67437 | 09-09654 | Richards, Honas H. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67438 | 09-09655 | Schachel, Herman W. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67439 | 09-09656 | Thomas, Teavor P. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67440 | 09-09657 | Sharee, Andrew C. | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67441 | 10-09681 | Curry, Charles | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67442 | 10-09682 | Curry, Charles ***Not a Duplicate*** | VIRGINIA EASTERN - 2 |
| 5/11/2010 | 67443 | 10-00156 | Ahnert, Daniel and Beverly | WISCONSIN EASTERN - 2 |
| 5/12/2010 | 67444 | 09-07892 | Gherke, Susan T. | ILLINOIS NORTHERN - 1 |
| 5/17/2010 | 68052 | 09-00149 | Young, Rickey, Sr. | INDIANA NORTHERN - 3 |
| 5/17/2010 | 68053 | 99-00155 | Percy, Warren | INDIANA NORTHERN - 1 |
| 5/17/2010 | 68054 | 08-00348 | Sobierajski, Barbara Individually and as special administrator of the Est. of Thomas Sobierajski, Deceased | INDIANA NORTHERN - 2 |
| 5/17/2010 | 68055 | 10-00820 | Bangaoil, Jimmy and Erlinda | CALIFORNIA SOUTHERN - 3 |
| 5/17/2010 | 68056 | 09-00367 | Crunrine, Donald | CONNECTICUT - 3 |
| 5/17/2010 | 68057 | 09-00372 | Allen, Lorraine Executor to the Est. of Donald G. Allen, Suriving Spouse | CONNECTICUT - 3 |
| 5/17/2010 | 68058 | 10-00277 | Miller, William Carl | CONNECTICUT - 3 |
| 5/17/2010 | 68059 | 10-00355 | Boyd, William | CONNECTICUT - 3 |
| 5/17/2010 | 68060 | 10-00520 | Holmgren, John | CONNECTICUT - 3 |
| 5/17/2010 | 68061 | 09-02408 | Pendergrast, Linda L. As Personal Rep. of the Est. of Robert G. Lowther, Jr. | FLORIDA MIDDLE - 8 |
| 5/17/2010 | 68062 | 10-00185 | Kanicki, Joseph J. Individually and as Personal Rep. of the Est. of Kathleen Kanicki | RHODE ISLAND - 1 |
| 5/17/2010 | 68063 | 10-00207 | Hakes, Elizabeth Individually and as Special Administrator of the Est. of Donald B. Hakes, Deceased | WISCONSIN EASTERN - 2 |
| 5/17/2010 | 68064 | 10-00164 | Ardoin, Joseph A., Jr. | LOUISIANA MIDDLE - 3 |
| 7/1/2010 | 69358 | 10-00182 | Woodall, Martin Randall, Jr. | WEST VIRGINIA SOUTHERN - 3 |
| 7/1/2010 | 69359 | 10-00617 | Lovett, Robert as Personal Representative for the Estate of Connie Lovett, Deceased | WASHINGTON WESTERN - 2 |
| 7/1/2010 | 69360 | 10-03274 | Burns, Cheryl E. Personal Representative for Robert Burns, Deceased | VIRGINIA EASTERN - 4 |
| 7/1/2010 | 69361 | 10-03273 | Debolt, Ricky P. | VIRGINIA EASTERN - 4 |
| 7/1/2010 | 69362 | 10-09675 | Mallory, Richard M. | VIRGINIA EASTERN - 2 |
| 7/1/2010 | 69363 | 10-09674 | Howell, Gary W. | VIRGINIA EASTERN - 2 |
| 7/1/2010 | 69364 | 10-09673 | Niemic, Frank E. | VIRGINIA EASTERN - 2 |
| 7/1/2010 | 69365 | 10-00065 | Nelson, William T. | RHODE ISLAND - 1 |
| 7/1/2010 | 69366 | 10-00183 | Schwab, Roger | NEBRASKA - 8 |

| | | | | |
|---|---|---|---|---|
| 7/1/2010 | 69367 | 10-00181 | Beuning, Marvin | NEBRASKA - 8 |
| 7/1/2010 | 69368 | 10-00180 | Hart, Thomas | NEBRASKA - 8 |
| 7/1/2010 | 69369 | 10-00018 | Tyalor, Charles Eugene and Barbara C | NORTH CAROLINA EASTERN - 7 |
| 7/1/2010 | 69370 | 09-00178 | Piner, Elnora and Pharoho David Elnora Piner, Administrator of the Estate of Pharoho David Piner | NORTH CAROLINA EASTERN - 7 |
| 7/1/2010 | 69371 | 10-00158 | Page, Robert S. and Paula | NORTH CAROLINA EASTERN - 5 |
| 7/1/2010 | 69372 | 10-01428 | Wilson, Louis | LOUISIANA EASTERN - 2 |
| 7/1/2010 | 69373 | 10-80594 | Krieger, Johanna Individually and as Personal Representative of the Estate of Alan Krieger | FLORIDA SOUTHERN - 9 |
| 7/1/2010 | 69374 | 09-01174 | Zema, Joanne L. Personally and as Exec Est of John Zema | CONNECTICUT - 3 |
| 7/1/2010 | 69375 | 10-00269 | Iorlano, Ralph | CONNECTICUT - 3 |
| 7/1/2010 | 69376 | 10-00269 | Cavanagh, Paul | CONNECTICUT - 3 |
| 7/1/2010 | 69377 | 10-00269 | Iturrino, Rachada S. | CONNECTICUT - 3 |
| 7/1/2010 | 69378 | 10-00269 | Wimberly, Charles Exec for the Est of Richard Higham | CONNECTICUT - 3 |
| 7/1/2010 | 69379 | 10-01960 | Floyd, Bobby and Barbara | CALIFORNIA NORTHERN - 3 |
| 7/1/2010 | 69380 | 10-01851 | Founds, Donald | CALIFORNIA NORTHERN - 3 |
| 7/1/2010 | 69381 | 10-01616 | O'Neil, Gloria Fanous as as successor in interest to Frank Charles O'Neil, deceased O'Neil, Michael | CALIFORNIA NORTHERN - 3 |
| 7/1/2010 | 69382 | 10-02024 | Smith, Duane | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69383 | 10-01471 | Morgan, Michael Eugene and Martha | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69384 | 10-01398 | Geist, Ronald Alvin | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69385 | 10-01081 | Langlois, Michael and Gayle | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69386 | 10-02403 | Salamante, Nola Salamante, Edgardo, Jr. Salamante, Melissa | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69387 | 10-02403 | Sanchez, Divina | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69388 | 10-03618 | Smiht, Kathleen Individually Smith, Kathleen Successor Dounie Smith, deceased | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69389 | 10-03618 | Massey, Lori | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69390 | 10-03618 | Pizzuti, Nora | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69391 | 10-03618 | Tomford, Linda | CALIFORNIA CENTRAL - 2 |
| 7/1/2010 | 69392 | 10-08050 | Yaxzie, Benson and Norman | ARIZONA - 3 |
| 7/1/2010 | 69393 | 10-08050 | White, Tom | ARIZONA - 3 |
| 7/1/2010 | 69394 | 10-08050 | Estudillo, Robert | ARIZONA - 3 |
| 7/1/2010 | 69395 | 10-08050 | Wyatt, Bethal | ARIZONA - 3 |
| 7/1/2010 | 69396 | 10-08050 | Sandoval, George | ARIZONA - 3 |