


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875- F6 |
| Cases in which Plaintiff is represented by Cascino Vaughan Law Offices | FILED AUG 16 2011 MICHAEL E. KUNZ, Clerk By JJD Dep. Clerk |

### ORDER

And now, this **16th** day of **August 2011**, it having been determined that the volume of filings to be done in the cases represented by Cascino Vaughan Law Offices has proven a burden to all parties involved and can be facilitated more efficiently by the Eastern District of Pennsylvania Clerk's Office it is hereby **ORDERED** that the following procedures apply for the filing of all motions or pleadings that apply identically to <u>10 (ten) cases and over</u>.[1]

Counsel shall send: (1) an original signed copy of the document and any exhibits; (2) a cover letter listing the attorney filing the motion, the parties on whose behalf the document is being filed, and the case numbers to which the document applies; and (3) a disk containing the document and any exhibits in PDF form[2] to:

---

[1] Counsel are responsible for filing all pleadings and motions that apply to under ten (10) cases on the docket. Please note that this Order applies only to motions that will be identical on each individual docket.

[2] Each PDF file shall not to exceed 5MB and the file name for each file shall identify the moving party, the name of the motion and, if an exhibit, the exhibit number (i.e. ABC Corp Motion to Dismiss Ex A.pdf

Mary Chase[3]
Re: CVLO filing
U.S. District Court
Eastern District of Pennsylvania
Clerk's Office
Room 2609, 601 Market Street
Philadelphia, PA 19106

At the same time, counsel shall send a courtesy copy of the document(s) to chambers_of_judge_strawbridge@paed.uscourts.gov

It is further **ORDERED** that if the filing attorney has not yet made an appearance on a civil action, the Clerk's Office will note the attorney's appearance from the document being filed and a separate Notice of Appearance will not be required.

It is further **ORDERED** that nothing in this Order relieves any counsel of the duty to comply with MDL 875 Pro Hac Vice Procedures pursuant to Administrative Order No. 23, which requires all counsel to be registered on ECF.[4]

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[3] Mary Chase (267-299-7012)

[4] Available at: http://www.paed.uscourts.gov/mdl875d.asp.