## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: ASBESTOS PRODUCTS** | : | |
| **LIABILITY LITIGATION (No. VI)** | : | **Civil Action No:** |
| | : | **MDL 875** |
| **This Document Relates Only to the** | : | |
| **Cases Listed on Exhibit A (CVLO-3)** | : | |

## ORDER

And now this 25th day of October, 2011, upon consideration of plaintiffs' "Motion

for Additional Time to Obtain Medical Records for Cases in CVLO-3" (e.g. 11-63484, Doc. No.

156) and defendants' response (e.g. 11-62038 Doc. No. 7), it is hereby **ORDERED** that the

motion is **DENIED**.[1]


BY THE COURT:


S/ David R. Strawbridge, USMJ
 DAVID R. STRAWBRIDGE
United States Magistrate Judge

---

[1] Plaintiffs request an extension to December 1, 2011 of the medical evidence deadline in Paragraph 3 of the CVLO-3 scheduling order.  Under the CVLO-3 scheduling order, the deadline is already December 7, 2011.  The court presumes that plaintiffs do not want a shorter time to produce medical records than already provided for in the scheduling order.

**EXHIBIT A:  CVLO-3 Case List**

| Last Name | First Name | ED-PA Case |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Andris | Arthur | 10-CV-67885 |
| Arendt | Anthony | 09-CV-91900 |
| Baumann | Eugene | 11-CV-63517 |
| Bevers | David | 09-CV-61321 |
| Binder | Robert | 10-CV-67817 |
| Burkee | James | 10-CV-83247 |
| Cadotte | Joseph | 10-CV-64680 |
| Childs | Earl | 08-CV-91089 |
| Collins | Arthur | 10-CV-64567 |
| Connell | Daniel | 09-CV-60552 |
| Deis | John | 08-CV-88675 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Ferrara | Michael | 11-CV-63906 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hansen | Warren | 10-CV-62038 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hay | Robert | 09-CV-64612 |
| Held | Donald | 10-CV-67814 |
| Jakubowski | Florian | 10-CV-67831 |
| Jenkins | Harold | 08-CV-92237 |
| Joyner | Donald | 09-CV-64626 |
| Knaebe | Gustave | 10-CV-67881 |
| Larweth | Dennis | 08-CV-89914 |
| Lawson | Carl | 10-CV-69031 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Meagher | John | 09-CV-60445 |
| Merline | John | 11-CV-63485 |
| Michels | Ronald | 10-CV-62047 |
| Miller | Homer | 09-CV-61040 |
| Montgomery | Dane | 09-CV-64739 |
| Morris | Michael | 09-CV-61495 |
| Morris | Roy | 10-CV-62062 |
| Novak | Judy | 11-CV-63909 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Ostrand | Russell | 11-CV-63493 |

| | | |
|---|---|---|
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-90252 |
| Percy | Warren | 10-CV-68053 |
| Pertzborn | James | 10-CV-61352 |
| Rickey | Marvin | 10-CV-61345 |
| Schindler | Edward JH | 10-CV-67753 |
| Schmoll | Cyril | 09-CV-61026 |
| Short | Robert | 10-CV-67528 |
| Stephens | John | 09-CV-64733 |
| Subert | Richard | 11-CV-63484 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vradenburg | Stanley | 09-CV-62185 |
| Waltenberg | Claude | 09-CV-61499 |
| Werner | Clement | 10-CV-61908 |
| Wilhelm | James | 11-CV-63497 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | Dale | 11-CV-66277 |
| Woods | James | 09-CV-62583 |
| Wright | Barry | 08-CV-90345 |
| Yeager | Charles | 10-CV-67673 |
| Zdency | George | 08-CV-90262 |
| Zerbel | Roger | 11-CV-63506 |