IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI) :         MDL DOCKET NO. 875
                                  :
                                  :
                                  :
VARIOUS PLAINTIFFS      FILED:
                                  :
    v.                  FEB - 8 2012:     Cases listed in Exhibit
                        MICHAEL E. KUNZ, Clerk   "A," attached
VARIOUS DEFENDANTS      By_____Dep. Clerk

O R D E R

**AND NOW**, this **6th** day of **February**, **2012**, it is hereby

**ORDERED** that Plaintiffs' Objections to Magistrate Judge

Strawbridge's December 20, 2011 Discovery Order are **OVERRULED**.[1]

---

[1]      Magistrate Judge Strawbridge's December 20 Order
(01-MD-875, Doc. No. 8330) ("December 20 Order") implements Judge
Strawbridge's previous Order of December 9, 2011 (01-MD-875, Doc.
No. 8306) ("December 9 Order") and lengthy Memorandum Opinion of
December 13, 2011 (01-MD-875 Doc. No. 8313) ("December 13
Opinion"). In his December 20 Order, Judge Strawbridge reiterated
that "Defendants were entitled to the discovery of materials
necessary to measure 'positive' and/or 'negative' rates, and of
materials regarding the daily volume of screenings performed by
each diagnosing doctor." (December 20 Order at 1) (internal
quotations omitted). Judge Strawbridge further outlined
procedures through which Plaintiffs and certain physicians -- who
performed such procedures as B-readings of Plaintiffs -- are to
provide certain Defendants with notes and other information. (See
id. at 2-4). Judge Strawbridge came to his conclusion after
months of hearings and conference calls with Plaintiffs and
Defendants.

        Plaintiffs argue that Federal Rule of Civil Procedure
26 precludes discovery of records for B-readers and related
matters. (Pls.' Obj. at 1). They argue that Defendants cannot
show "substantial hardship" or "exceptional circumstances"; there
is no scientific methodology or purpose; the breadth of the
production is overly broad; and Defendants should bear the costs
of such production. (Id. at 4). These are the same arguments that
Plaintiffs have made before Judge Strawbridge on several
occasions, including in their original motions for a protective

**AND IT IS SO ORDERED.**

_____

EDUARDO C. ROBRENO, J.

_____

order, and again in their motions for reconsideration before
filing the instant objections.

        By statute, a United States district judge may
"reconsider any pretrial matter under this subparagraph (A) where
it has been shown that the magistrate judge's order is clearly
erroneous or contrary to law." 28 U.S.C.A. § 636(b)(1)(A). This
is the standard of review that applies to Plaintiffs' instant
objections, as Judge Strawbridge's various orders at issue here
were discovery orders. The Court finds that Plaintiffs have
failed to show that Judge Strawbridge's Orders were clearly
erroneous or contrary to law. Rather, Judge Strawbridge made
calculated decisions, fully within the bounds of Rule 26, to
require Plaintiffs to produce certain information relating to
Plaintiffs' health and work history and screening by certain
physicians.



EXHIBIT A

| Last | First | E.D. Pa. case No. |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Akey | Richard | 09-CV-60286 |
| Alfter | Harold | 09-CV-60501 |
| Allen | Gary | 10-CV-67536 |
| Allen | Louis | 08-CV-90142 |
| Almeda | Trini | 08-CV-91698 |
| Ammerman | Calvin | 08-CV-88417 |
| Amos | Excell | 08-CV-89998 |
| Anderson | Daniel | 11-CV-63499 |
| Anderson | Gerald | 08-CV-89997 |
| Anderson | Jesse | 08-CV-90175 |
| Anderson | Lloyd | 11-CV-63482 |
| Andris | Arthur | 10-CV-67885 |
| Arendt | Anthony | 09-CV-91900 |
| Arpp | Robert | 08-CV-89851 |
| Arseneault | Clovis | 10-CV-67621 |
| Asp | Merton | Not yet assigned |
| Austin | Raymond | 09-CV-60280 |
| Austin | Richard | 08-CV-89340 |
| Ayers | Mark | 08-CV-91953 |
| Baker | Joseph | 08-CV-91189 |
| Barden | Leroy | 09-CV-64610 |
| Bargenquast | Donald | Not yet assigned |
| Barker | Edward | 09-CV-60285 |
| Barnes | Curtis | 10-CV-67648 |
| Bartlett | Robert | 10-CV-61467 |
| Bartlett | Thomas | 08-CV-89791 |
| Bartsch | Norman | 10-CV-61880 |
| Bault | Charles | 08-CV-91663 |
| Baumann | Eugene | 11-CV-63517 |
| Baylor | Woodrow | 10-CV-62057 |
| Beard | George | 10-CV-64569 |
| Beck | Ronald | 09-CV-64685 |
| Beckwith | Robert | 08-CV-91037 |
| Beddow | Merle | 08-CV-92239 |
| Bednar | Thomas | 09-CV-61497 |
| Beeney | Donald | 08-CV-91728 |
| Beers | Donald | 10-CV-64581 |
| Behr | Clifford | 11-CV-64234 |
| Belleville | Charles | 08-CV-90955 |
| Bennett | Bob | 08-CV-91585 |
| Bennington | Martin | 10-CV-61115 |
| Benson | Harold | 10-CV-64563 |
| Berger | Thomas | 10-CV-67758 |
| Bergner | Charles | 08-CV-90956 |
| Bergstrom | Lester | 08-CV-89980 |
| Bevers | David | 09-CV-61321 |
| Bey | George | 08-CV-89979 |
| Beyer | Harold | 08-CV-91894 |
| Bieganski | Ronald | 09-CV-60498 |
| Binder | Robert | 10-CV-67817 |
| Black | John | 10-CV-68110 |

| Black | Robert | 09-CV-64627 |
|---|---|---|
| Blackwell | Clifford | 08-CV-91234 |
| Blair | George | Not yet assigned |
| Blank | William | 10-CV-67850 |
| Block | John | 08-CV-91649 |
| Bodak | John | 10-CV-67720 |
| Bodine | Richard | 08-CV-92055 |
| Boettcher | Henry | 09-CV-60318 |
| Boinski | Jacob | 10-CV-67877 |
| Bolton | John | 09-CV-60186 |
| Bond | Joseph | 10-CV-61417 |
| Bowens | Willis | 09-CV-61837 |
| Boyer | Lee | 08-CV-88596 |
| Boze | Arthur | 08-CV-89481 |
| Brady | George | 08-CV-90078 |
| Brant | Harold | 10-CV-67723 |
| Brattoli | John | 08-CV-90088 |
| Bratz | Ronald | 10-CV-67807 |
| Brazzoni | Alfred | 11-CV-63501 |
| Bresnahan | Thomas | 09-CV-60331 |
| Bressers | Byron | 09-CV-60544 |
| Breternitz | Richard | 08-CV-90127 |
| Brewer | David | 08-CV-89954 |
| Brigham | George | 08-CV-89984 |
| Britton | Phillip | 10-CV-68942 |
| Brix | Gerald | 09-CV-65679 |
| Brooks | Ray | 08-CV-92194 |
| Brouhard | Jackie | 10-CV-69048 |
| Brown | Albert | Not yet assigned |
| Brown | High | 10-CV-67650 |
| Bryan | William | 08-CV-89866 |
| Buchanan | Howard | 08-CV-92038 |
| Bucknell | Bertha | 11-CV-63908 |
| Budwick | Charles | 10-CV-67853 |
| Bugg | William | 08-CV-91729 |
| Bunch | Charles | 09-CV-61815 |
| Burbach | John | Not yet assigned |
| Burkee | James | 10-CV-83247 |
| Burns | John | 09-CV-60476 |
| Burton | Alice | 08-CV-92139 |
| Burzysnki | Milo | 11-CV-62393 |
| Bushmaker | Gerald | 10-CV-61116 |
| Cadotte | Joseph | 10-CV-64680 |
| Caldwell | David | 09-CV-61736 |
| Cammers | Earl | 09-CV-60284 |
| Camp | Thomas | 09-CV-64600 |
| Campbell | Elmer | 10-CV-61341 |
| Canner | Edward | 09-CV-61700 |
| Caputa | Carmello | 09-CV-61441 |
| Carlson | Neil | 10-CV-67533 |
| Carlson | Robert | 08-CV-89945 |
| Carmichael | James | 10-CV-67545 |
| Carnegie | John | 08-CV-89958 |

| Carter | Willie | Not yet assigned |
|---|---|---|
| Carver | Jack | 08-CV-90285 |
| Cathelyn | Jackie | 10-CV-68076 |
| Caturia | Frederick | 09-CV-60271 |
| Center | Clayton | 08-CV-89864 |
| Centers | Albert | 08-CV-90268 |
| Centner | Jerome | 09-CV-60395 |
| Childs | Earl | 08-CV-91089 |
| Christensen | David | 10-CV-62034 |
| Clarke | Donald | 09-CV-61342 |
| Clayton | Donald | Not yet assigned |
| Cochran | William | 10-CV-68889 |
| Coghlan | Donald | 10-CV-61461 |
| Coldiron | Asa | 08-CV-91313 |
| Collins | Arthur | 10-CV-64567 |
| Collins | B F | 08-CV-90935 |
| Colombo | Thomas | 08-CV-89431 |
| Conklin | Robert | 08-CV-90724 |
| Connell | Daniel | 09-CV-60552 |
| Conner | George | 09-CV-61817 |
| Conroy | Thomas | 10-CV-83241 |
| Conway | Harold | 10-CV-67785 |
| Cook | Jerry | 08-CV-89846 |
| Cook | Joseph | 08-CV-89446 |
| Cooper | Larry | 08-CV-90330 |
| Courneya | Martin | 09-CV-92434 |
| Crouch | Harold | 10-CV-64574 |
| Crumwell | Richard | 09-CV-61744 |
| Cruse | Jack | 10-CV-68962 |
| Cummings | Ronald | 10-CV-68902 |
| Cupp | Donald | Not yet assigned |
| Curlee | James | 08-CV-89452 |
| Czajkoski | Walter | 08-CV-89969 |
| D'Amico | Carmen | 10-CV-67534 |
| D'Ottavio | Nello | 10-CV-67554 |
| Dabrowski | John | 08-CV-90089 |
| Daily | John | 10-CV-69003 |
| Dalton | Jack | 08-CV-91944 |
| Daniels | Jimmie | 08-CV-92259 |
| Daugherty | Clarence | 09-CV-64751 |
| De Witt | Elsie | 08-CV-90189 |
| Deangelis | Salvatore | 08-CV-89953 |
| Deis | John | 08-CV-88675 |
| Deloach | Thomas | 08-CV-90144 |
| Deneen | Joseph | 09-CV-60164 |
| Deters | Cletus | 10-CV-64585 |
| Dewall | Lawrence | 09-CV-61442 |
| Dice | James | 08-CV-88411 |
| Dillman | Cecil | 08-CV-91767 |
| Dittamore | William | 10-CV-64583 |
| Dix | Raymond | 08-CV-91372 |
| Dixon | Alfred | 08-CV-91255 |
| Dodd | Carl | 08-CV-91578 |

| Dougherty | Daniel | 08-CV-89847 |
|---|---|---|
| Dover | Jackie | 10-CV-68127 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Doyle | Leo | 08-CV-90155 |
| Dreher | Louis | 09-CV-64754 |
| Dubrovich | John | 10-CV-67557 |
| Duchene | Arthur | 09-CV-64587 |
| Duckwall | Robert | 08-CV-90055 |
| Duerst | Milton | 09-CV-61317 |
| Duffey | Paul | 10-CV-61916 |
| Duffey | Paul | 11-CV-63495 |
| Dunham | Theodore | 10-CV-67684 |
| Dunlap | Willard | 10-CV-64588 |
| Dunne | Michael | 09-CV-60329 |
| Eagle | Kenneth | 10-CV-67559 |
| Earl | Darnell | 08-CV-91055 |
| Edgren | Albert | 09-CV-61343 |
| Edmonds | Robert | 09-CV-61788 |
| Edwards | Terry | 08-CV-92137 |
| Elkins | Keith | 09-CV-64681 |
| Eller | Albert | 10-CV-68941 |
| Embly | Robert | 10-CV-64584 |
| Enerson | Donald | 09-CV-61004 |
| Engel | Russel | 10-CV-67835 |
| Engelman | Patrick | 09-CV-60939 |
| Enos | Carroll | 10-CV-61422 |
| Erickson | Richard | 10-CV-67813 |
| Ervin | RV | 08-CV-92112 |
| Ervin | Thomas | 09-CV-61313 |
| Esser | Charles | 09-CV-60287 |
| Eulgen | Louis | 12-CV-60019 |
| Everard | James | 09-CV-61353 |
| Evers | Orville | 10-CV-67806 |
| Fadler | Donald | 08-CV-90220 |
| Farvour | Guy | 09-CV-61444 |
| Fata | Frank | 08-CV-90058 |
| Ferguson | James | 08-CV-90234 |
| Ferrara | Michael | 11-CV-63906 |
| Ferrell | Paul | 08-CV-89885 |
| Fieck | Emil | 08-CV-90162 |
| Fisher | Charles | 09-CV-61807 |
| Fisher | John | 09-CV-64683 |
| Fisher | Pascal | 08-CV-92173 |
| Fisher | Stanley | 08-CV-91197 |
| Flaatten | Ronald | 09-CV-61006 |
| Flanagan | Willie | 10-CV-67667 |
| Floryance | Thomas | 09-CV-61411 |
| Fossie | Horace | Not yet assigned |
| Fourte | Morris | 08-CV-90083 |
| Frampton | Kenneth | 08-CV-92160 |
| Frankenberger | Howard | 09-CV-61717 |
| Fremstad | Oliver | 09-CV-60261 |

| Frisch | Louis | 09-CV-61354 |
| Frost | Franklin | 08-CV-91370 |
| Fry | George | 08-CV-89448 |
| Fulk | Ralph | 09-CV-64678 |
| Gabrus | Donald | 09-CV-61357 |
| Gaddy | Clifford | 08-CV-90081 |
| Gaines | James | 08-CV-92305 |
| Gall | Gerald | 09-CV-61329 |
| Galles | Paul | 11-CV-63508 |
| Gambill | Joe | 08-CV-91231 |
| Gard | Leslie | 08-CV-91736 |
| Gaudern | Harold | 08-CV-89477 |
| Gebhardt | George | 09-CV-93716 |
| Gehrt | Paul | 08-CV-92066 |
| Gilkey | Haydon | 08-CV-91088 |
| Giuliano | William | 09-CV-64609 |
| Givens | Johnny | 10-CV-67705 |
| Gnewikow | Donald | 11-CV-63502 |
| Goeken | Marion | 10-CV-68122 |
| Goetsch | Randall | 08-CV-91673 |
| Golenia | Edward | 10-CV-67721 |
| Gonzalez | John | 08-CV-91053 |
| Gosz | Clarence | 10-CV-67808 |
| Gottsacker | Randall | 10-CV-61885 |
| Graham | Marion | 08-CV-90139 |
| Granger | Elmer | 09-CV-60953 |
| Graves | William | 08-CV-92120 |
| Green | Larry | 08-CV-89325 |
| Green | Robert | 08-CV-92311 |
| Gresham | Robert | 08-CV-91085 |
| Griep | Earl | 10-CV-61900 |
| Grier | John | 08-CV-91687 |
| Grimes | William | 08-CV-91777 |
| Grothe | Jack | 08-CV-89493 |
| Gunn | Charles | 08-CV-91371 |
| Gunnlaugsson | Clifford | 09-CV-60456 |
| Haase | Harold | 10-CV-61886 |
| Haese | William | Not yet assigned |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hamann | Robert | 09-CV-60330 |
| Hamer | Robert | 10-CV-67726 |
| Hamilton | Lloyd | 10-CV-68925 |
| Hamilton | Roy | 09-CV-61715 |
| Hammonds | Alvie | 09-CV-61702 |
| Hammonds | Barry | 08-CV-91347 |
| Hanes | William | 10-CV-69080 |
| Hannold | Carl | 08-CV-90108 |
| Hansen | Warren | 10-CV-62038 |
| Hanson | Dean | 09-CV-61011 |
| Hanson | Dudley | 09-CV-61041 |
| Hardy | William | 10-CV-64538 |
| Harmon | James | Not yet assigned |

| Harnisch | Henry | 09-CV-92208 |
|---|---|---|
| Harris | James | 10-CV-68885 |
| Harris | Robert | 08-CV-91589 |
| Harrison | Kenneth | 09-CV-61792 |
| Hartje | William | 08-CV-89358 |
| Harvey | Murl | 08-CV-89457 |
| Harvey | William | Not yet assigned |
| Hasenberg | Charles | 09-CV-60356 |
| Haskins | Harold | 08-CV-89819 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hatfield | Bobby | 08-CV-92147 |
| Hathaway | Allen | 08-CV-90169 |
| Hay | Donald | 10-CV-61873 |
| Hay | Robert | 09-CV-64612 |
| Hayes | Harry | 09-CV-61718 |
| Heggie | JW | 08-CV-89372 |
| Heidersheid | George | 09-CV-60536 |
| Heinrich | John | 09-CV-60513 |
| Held | Donald | 10-CV-67814 |
| Hendricks | Homer | 09-CV-64708 |
| Henney | Jean | 09-CV-64629 |
| Hernandez | Alfred | 08-CV-91182 |
| Herr | Richard | 11-CV-60064 |
| Hester | Billie | 08-CV-90072 |
| Heyen | Glen | 10-CV-68984 |
| Hickmann | Eugene | 10-CV-67805 |
| Hicks | William | 08-CV-91888 |
| Hoaglan | Ronald | 09-CV-61355 |
| Hoffman | Richard | 09-CV-60510 |
| Holcomb | Edward | 09-CV-61314 |
| Hollins | Willie | 08-CV-90201 |
| Holloway | Fred | 09-CV-61721 |
| Holly | Arthur | 08-CV-91028 |
| Holme | Darrell | 08-CV-91090 |
| Holmes | Julius | 08-CV-90064 |
| Holt | Jack | Not yet assigned |
| Holz | Romayne | Not yet assigned |
| Holzinger | Dieter | 08-CV-90040 |
| Honold | Orville | 10-CV-67799 |
| Hoopengarner | Harold | 08-CV-88503 |
| Hope | Sandy | 08-CV-90182 |
| Horton | Ernest | 10-CV-67872 |
| Horton | Julius | 09-CV-61469 |
| Horwath | Clarence | 08-CV-90128 |
| Howard | Percy | 08-CV-91015 |
| Howard | Rodney | 09-CV-61694 |
| Hruska | Paul | 09-CV-60482 |
| Hunter | William | 08-CV-88617 |
| Hutchinson | Jack | 08-CV-92157 |
| Hyland | Terence | 09-CV-61881 |
| Irons | Gary | 10-CV-68130 |
| Iverson | Richard | 09-CV-60154 |

| Jackson | Floyd | 08-CV-90263 |
|---|---|---|
| Jackson | Lawrence | 08-CV-90934 |
| Jackson | Robert | 10-CV-67541 |
| Jackson | William | 08-CV-89333 |
| Jackson | William | 08-CV-92189 |
| Jakes | MC | 10-CV-67681 |
| Jakubowski | Florian | 10-CV-67831 |
| Janick | Richard | 10-CV-61426 |
| Jasin | Michael | 09-CV-60370 |
| Jelinski | Jerome | 09-CV-61012 |
| Jenkins | Harold | 08-CV-92237 |
| Jennings | Larry | 09-CV-64723 |
| Jeske | Edwin | 10-CV-62070 |
| Jeske | Kenneth | 09-CV-60547 |
| Johannsen | John | 09-CV-60337 |
| Johnson | Francis | 11-CV-66278 |
| Johnson | Harry | 09-CV-61599 |
| Johnson | James | 09-CV-91456 |
| Johnson | Jeffery | 10-CV-67625 |
| Johnson | Richard | 08-CV-92122 |
| Jones | Asa | 08-CV-90132 |
| Jones | Duane | 09-CV-60440 |
| Jones | Fred | 08-CV-89854 |
| Jones | James | 09-CV-61882 |
| Jones | Joe | 09-CV-92262 |
| Jordan | Doyle | 10-CV-67786 |
| Joyner | Donald | 09-CV-64626 |
| Julian | Edmond | Not yet assigned |
| Junk | Bonnie | 09-CV-60550 |
| Junk | William | 10-CV-67841 |
| Jurglanis | Clemens | Not yet assigned |
| Kalis | Robert | 08-CV-92175 |
| Karch | Leroy | Not yet assigned |
| Kavanaugh | Raymond | 09-CV-61323 |
| Kayser | Allan | 09-CV-60273 |
| Keller | James | 09-CV-64594 |
| Kelley | Howard | 10-CV-67555 |
| Kelley | Lee | 10-CV-62041 |
| Kelly | Daryl | 09-CV-91463 |
| Kelly | Ollie | 10-CV-67546 |
| Kemper | Jack | 08-CV-89498 |
| Kennedy | Roy | 08-CV-89492 |
| Ketchum | Richard | 09-CV-61481 |
| Ketchum | Robert | Not yet assigned |
| Kibler | Paul | 08-CV-90337 |
| Kiefer | Ardell | 09-CV-61840 |
| Kiepert | William | 09-CV-61544 |
| King | Emmett | 08-CV-89564 |
| King | John | 10-CV-67665 |
| King | Prince | 10-CV-68890 |
| Kinser | Larry | 08-CV-92034 |
| Kinsey | Cecil | 09-CV-61729 |
| Kirk | Delbert | 08-CV-89494 |

| Klimek | David | 08-CV-90065 |
|---|---|---|
| Klobucar | Edward | 08-CV-90290 |
| Klosinski | Ray | 10-CV-61334 |
| Knight | Mary | 08-CV-90138 |
| Koch | Hans | 08-CV-91082 |
| Koch | Leo | 08-CV-90011 |
| Koehler | John | 09-CV-61482 |
| Koepl | Michael | 08-CV-91084 |
| Kojis | Andrew | 09-CV-61473 |
| Komorosky | Clarence | 09-CV-60455 |
| Kowalewski | Walter | 11-CV-64039 |
| Kozlowski | Leo | 10-CV-61855 |
| Kraus | Robert | 10-CV-61338 |
| Krause | Clarence | 10-CV-62007 |
| Krause | Clayton | 09-CV-60406 |
| Krejcarek | Melvin | 10-CV-67789 |
| Krestan | Thomas | 08-CV-90062 |
| Krik | Charles | 08-CV-91296 |
| Krik | Charles | 11-CV-63473 |
| Krueger | Glenn | 12-CV-60020 |
| Krueger | Lee | 09-CV-61402 |
| Kruse | James | 10-CV-65919 |
| Kruse | Patrick | 08-CV-91867 |
| Kuchler | Frank | 09-CV-61449 |
| Kuchler | William | 09-CV-61345 |
| Kumferman | Henry | 10-CV-61429 |
| La Presto | Richard | 11-CV-63498 |
| Landes | Harold | 08-CV-88402 |
| Larweth | Dennis | 08-CV-89914 |
| Laur | Joseph | 11-CV-63907 |
| Lawless | Anthony | 08-CV-92161 |
| Lawson | Carl | 10-CV-69031 |
| Le Pine | Francis | 10-CV-67810 |
| Lech | Roger | 10-CV-62042 |
| Leggett | John | 10-CV-67846 |
| Lehr | Christ | 08-CV-89475 |
| Lepp | Herman | 09-CV-61346 |
| Lerma | Alfonso | 08-CV-91410 |
| Leslie | Harry | 10-CV-65851 |
| Letner | Willis | 08-CV-88535 |
| Lieske | Robert | Not yet assigned |
| Link | Thomas | 09-CV-60338 |
| Llewellyn | Reggie | 08-CV-91074 |
| Loddeke | William | 08-CV-89487 |
| Loeffelad | Walter | 09-CV-60231 |
| Loftus | Thomas | 09-CV-64673 |
| Long | Gerald | Not yet assigned |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Love | Howard | 10-CV-80835 |
| Love | Isaac | Not yet assigned |
| Lucas | TJ | 10-CV-67426 |
| Luedtke | Martin | 10-CV-62044 |

| Luna | David | Not yet assigned |
|------|-------|------------------|
| Luna | Gabriel | Not yet assigned |
| Lundahl | Robert | 09-CV-60444 |
| Lundgren | Jim | 09-CV-61032 |
| Lyden | Charles | 08-CV-89435 |
| Maciejewski | Raphael | 10-CV-61497 |
| Maciejewski | Timothy | Not yet assigned |
| Madden | Joseph | 10-CV-67847 |
| Maddox | Wilby | Not yet assigned |
| Maiden | Harlan | 09-CV-60274 |
| Maier | Richard | 09-CV-62180 |
| Maio | Tony | 09-CV-60465 |
| Malone | Clifford | 10-CV-68124 |
| Malone | Robert | 08-CV-91350 |
| Mann | Clyde | 09-CV-61844 |
| Maresca | Joseph | 08-CV-90328 |
| Marlinghaus | Larry | 08-CV-89486 |
| Martin | David | 10-CV-61109 |
| Massey | Leonard | 09-CV-61356 |
| Matlock | Benjamin | 08-CV-90099 |
| Maulding | Duane | 08-CV-92113 |
| McCarthy | Daniel | 08-CV-89991 |
| McClain | Wallace | 08-CV-89814 |
| McClure | Wendell | 08-CV-89454 |
| McConchie | Dean | 08-CV-89453 |
| McCormick | John | 10-CV-65844 |
| McCormick | Joseph | 08-CV-89992 |
| McCracken | Larry | 09-CV-64731 |
| McCullum | Roosevelt | 08-CV-89883 |
| McCurdy | James | 09-CV-64682 |
| McFarland | Charles | 08-CV-89381 |
| McGee | Robert | Not yet assigned |
| McGlade | Arthur | 08-CV-90152 |
| McInnis | Paul | 10-CV-69036 |
| McKay | Donald | 08-CV-89988 |
| McKibben | Lloyd | 08-CV-90126 |
| McKinnie | Ned | 08-CV-91008 |
| McWhirter | George | 08-CV-89304 |
| Mea | William | 08-CV-89983 |
| Meagher | John | 09-CV-60445 |
| Meinecke | Robert | 09-CV-60326 |
| Meischner | Donald | 09-CV-60645 |
| Melton | Delmar | 08-CV-91435 |
| Menozzi | Eugene | 08-CV-89865 |
| Metzger | Jack | 09-CV-61322 |
| Michels | Ronald | 10-CV-62047 |
| Millard | Eugene | 10-CV-68119 |
| Miller | Albert | 08-CV-90074 |
| Miller | Frank | 09-CV-60520 |
| Miller | Homer | 09-CV-61040 |
| Miller | Joseph | Not yet assigned |
| Miller | Kenneth | 08-CV-91750 |
| Miller | Melvin | 08-CV-91398 |

| Miller | Victor | 09-CV-60519 |
| Miller | Wallace | 08-CV-89901 |
| Mitchell | Arthur | 10-CV-67654 |
| Moffett | George | 08-CV-89973 |
| Monday | Anthony | 10-CV-67856 |
| Montgomery | Dane | 09-CV-64739 |
| Montgomery | Robert | 09-CV-64703 |
| Moon | Ronald | 09-CV-61541 |
| Moore | James | 08-CV-90069 |
| Morris | Michael | 09-CV-61495 |
| Morris | Richard | 08-CV-88719 |
| Morris | Roy | 10-CV-62062 |
| Morse | James | 08-CV-89437 |
| Mosley | John | 08-CV-91178 |
| Moss | Harry | 11-CV-64233 |
| Muehlberger | Max | 11-CV-63518 |
| Muffler | William | 08-CV-89976 |
| Munday | Basil | Not yet assigned |
| Muraco | James | 10-CV-62068 |
| Murphy | Edward | 09-CV-61461 |
| Murphy | William | 08-CV-90927 |
| Mutschler | Richard | 10-CV-61339 |
| Muzzarelli | James | Not yet assigned |
| Myers | Walter | 10-CV-69079 |
| Myres | Paul | 10-CV-67730 |
| Nehls | Donald | 10-CV-67852 |
| Nehlsen | Michael | 08-CV-91893 |
| Nelson | Marlin | 10-CV-61956 |
| Nemeth | Paul | 08-CV-90722 |
| Nemtuda | Peter | 08-CV-91067 |
| Neu | Earl | Not yet assigned |
| Neumer | Robert | 10-CV-67793 |
| Newby | Daniel | 09-CV-61018 |
| Newell | Kenneth | 10-CV-68145 |
| Nichols | Gerald | 10-CV-68097 |
| Nichols | Leonard | 10-CV-68105 |
| Nicholson | Ashley | 10-CV-67871 |
| Noel | Billy | 10-CV-69046 |
| Nolan | Milton | Not yet assigned |
| Norberg | Earl | 08-CV-90264 |
| Nordby | Edward | Not yet assigned |
| Nuutinen | Charles | 09-CV-61333 |
| O'Keefe | Robert | 08-CV-92210 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Oliphant | John | 11-CV-67767 |
| Olson | Dale | Not yet assigned |
| Olson | Robert | Not yet assigned |
| Orlando | James | 08-CV-90071 |
| Orr | William | 08-CV-89326 |
| Ostrand | Russell | 11-CV-63493 |
| Ostrowski | Norman | 09-CV-61423 |
| Ouradnik | John | 10-CV-61890 |

| O'Brien | Harold | 08-CV-90933 |
|---|---|---|
| Parker | Marion | 10-CV-64582 |
| Parker | Stanley | 08-CV-91054 |
| Parkhouse | Arthur | 08-CV-90343 |
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-90252 |
| Pasterski | John | 11-CV-64037 |
| Patitsas | James | 08-CV-91146 |
| Patrick | Homer | 10-CV-68864 |
| Patton | Donald | 10-CV-64572 |
| Pauley | Frank | Not yet assigned |
| Pavicevich | Milka | 08-CV-91147 |
| Payne | Lynn | 08-CV-92307 |
| Pazely | Jerome | Not yet assigned |
| Pellegrini | John | Not yet assigned |
| Percy | Warren | 10-CV-68053 |
| Pertzborn | James | 10-CV-61352 |
| Peterson | Jane | 11-CV-64034 |
| Peterson | Sylvester | 08-CV-90104 |
| Peterson | Wayne | 10-CV-64553 |
| Petroff | Carl | 10-CV-67712 |
| Pfile | James | 10-CV-67815 |
| Pfleging | Robert | 08-CV-89443 |
| Phillips | John | 08-CV-90122 |
| Pietrzycki | Stanley | 10-CV-61349 |
| Piniak | Joseph | 10-CV-67636 |
| Pittman | Leslie | Not yet assigned |
| Plaster | Millard | 10-CV-67781 |
| Pleaugh | Joseph | 11-CV-63519 |
| Plier | Duane | 09-CV-60365 |
| Ploch | Daniel | 09-CV-61435 |
| Plue | Richard | 10-CV-68073 |
| Pontzloff | Roy | 10-CV-67882 |
| Porter | Virgil | 09-CV-64728 |
| Powell | Dale | 08-CV-89293 |
| Pozywio | Raymond | 08-CV-91149 |
| Prather | James | 08-CV-89745 |
| Pray | Frankie | 08-CV-91884 |
| Price | Will | 08-CV-89884 |
| Priem | Donald | 10-CV-62059 |
| Pruitt | Marion | 08-CV-88624 |
| Przybyla | John | 10-CV-62050 |
| Pulido | Alfonso | 10-CV-67680 |
| Pullins | John | 08-CV-91428 |
| Purcell | Raymond | 10-CV-67689 |
| Putt | Charles | 08-CV-89447 |
| Quist | Richard | 08-CV-88398 |
| Radish | Richard | 09-CV-60259 |
| Radke | Jerome | Not yet assigned |
| Rathsack | Michael | 09-CV-61347 |
| Ratliff | Charles | 10-CV-67135 |
| Raybon | Henry | Not yet assigned |
| Rebarchik | Michael | 09-CV-61348 |

| Redman | Alan | 09-CV-64750 |
|---|---|---|
| Reed | Francis | 09-CV-64742 |
| Reed | Hugh | 08-CV-88250 |
| Regner | James | 10-CV-67800 |
| Reich | Ronald | 09-CV-60523 |
| Reichert | Norman | 09-CV-61487 |
| Reimann | Lester | 08-CV-90159 |
| Rendmeister | Morley | 09-CV-61488 |
| Reno | Charles | 09-CV-60293 |
| Reno | Charles | 11-CV-67724 |
| Renshaw | William | 10-CV-68933 |
| Repischak | Joseph | 09-CV-61335 |
| Reynolds | James | 08-CV-91045 |
| Rice | Gerald | 09-CV-61697 |
| Rice | Gilbert | 10-CV-61435 |
| Rice | Robert | 10-CV-68983 |
| Rice | Vernon | 08-CV-89360 |
| Rich | Keith | 08-CV-90925 |
| Richards | Melvin | 09-CV-62181 |
| Richardson | David | 08-CV-91027 |
| Richardson | Eleanore | 10-CV-67553 |
| Richardson | Irelia | 08-CV-91091 |
| Rickey | Marvin | 10-CV-61345 |
| Riddle | Samuel | 10-CV-68953 |
| Riegler | Jerome | Not yet assigned |
| Riggs | Irving | 08-CV-91762 |
| Riley | Herman | 09-CV-64702 |
| Riley | James | 10-CV-68956 |
| Ringo | Robert | 09-CV-91454 |
| Rinke | Hilary | 09-CV-60364 |
| Risse | Loren | 10-CV-67857 |
| Roberson | Freddie | 08-CV-90080 |
| Roberts | Bernard | 10-CV-67610 |
| Roggeman | Kenneth | 09-CV-61336 |
| Romanetto | Gary | 08-CV-90048 |
| Rome | Douglas | 08-CV-89825 |
| Rorer | Theodore | 08-CV-91155 |
| Ruesken | Louis | 09-CV-61820 |
| Russell | James | 09-CV-64693 |
| Russell | Willie | 08-CV-91095 |
| Ryan | Arthur | 10-CV-67864 |
| Ryan | Charles | 08-CV-88671 |
| Ryan | Michael | 08-CV-90172 |
| Ryan | Michael | 11-CV-66747 |
| Saenz | Moises | 08-CV-91434 |
| Sagat | Frank | 10-CV-67596 |
| Salaz | Michael | 08-CV-91329 |
| Salcedo | Frank | 10-CV-67645 |
| Salger | Leonard | 08-CV-89291 |
| Salley | James | Not yet assigned |
| Sams | Phillip | 08-CV-88575 |
| Sands | Charles | 09-CV-62183 |
| Sasveld | John | 08-CV-91307 |

| Scanlon | Daniel | 08-CV-89811 |
|---|---|---|
| Scheffel | Edmund | 09-CV-60545 |
| Scherz | Terrance | 10-CV-61863 |
| Schibline | Michael | 10-CV-67756 |
| Schindler | Edward JH | 10-CV-67753 |
| Schluga | Robert | 09-CV-61429 |
| Schmidt | Donald | 08-CV-90063 |
| Schmoll | Cyril | 09-CV-61026 |
| Schneider | Jerome | 09-CV-61531 |
| Schneider | Walter | 10-CV-67851 |
| Schoenfeld | Robert | Not yet assigned |
| Schriver | Robert | 11-CV-63571 |
| Schroeder | Cletus | 09-CV-61430 |
| Schuldenberg | Robert | 10-CV-62053 |
| Schultz | William | 10-CV-67862 |
| Schulze | Ronald | 09-CV-60516 |
| Schuppert | Howard | 09-CV-61431 |
| Schurtz | Michael | 08-CV-91742 |
| Scott | Thomas | 08-CV-91314 |
| Scrogham | Donald | 08-CV-90002 |
| Searing | Ralph | 10-CV-69037 |
| Sebastian | Alice | 10-CV-64686 |
| Sebastian | Sigfried | 10-CV-64686 |
| Sebree | Pietra | 09-CV-60537 |
| Seim | Ole | 09-CV-60294 |
| Serstad | Richard | 09-CV-60165 |
| Shackelford | Gerald | 10-CV-69018 |
| Shackelford | Ramon | 08-CV-88486 |
| Shambaugh | Burton | 08-CV-90331 |
| Shannon | Bonnie | 11-CV-64235 |
| Shannon | Peter | 08-CV-90021 |
| Sharp | Cliff | 08-CV-90465 |
| Short | Johnnie | 08-CV-92164 |
| Short | Robert | 10-CV-67528 |
| Shotts | Edward | 09-CV-67100 |
| Sienko | Ronald | 09-CV-60481 |
| Simmons | Joseph | 09-CV-64687 |
| Sims | Willie | 08-CV-90226 |
| Simunich | Peter | 08-CV-90115 |
| Sinsabaugh | Loyd | 08-CV-91424 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Skinner | Jonathon | 08-CV-91883 |
| Skinner | Morrison | 08-CV-89480 |
| Skrobis | Richard | 10-CV-67780 |
| Smaglick | Leroy | 09-CV-60347 |
| Smith | Albert | 10-CV-67651 |
| Smith | James | 10-CV-67674 |
| Smith | John | 08-CV-88581 |
| Smith | Leo | 08-CV-90276 |
| Smith | Orville | 10-CV-68104 |
| Smith | Ronald | 08-CV-90287 |
| Smith | Russell | 10-CV-68123 |
| Smith | Walter | 08-CV-91409 |

| Smock | Fred | 09-CV-64706 |
|---|---|---|
| Smothers | Gilbert | 08-CV-89356 |
| Sobierajski | Thomas | 10-CV-68054 |
| Sodini | Donald | 11-CV-64239 |
| Sorenson | Robert | 09-CV-61436 |
| Soulney | Donald | 08-CV-89476 |
| Spangler | Herbert | 08-CV-91882 |
| Sparks | Ralph | 10-CV-68952 |
| Spear | Louis | 08-CV-90110 |
| Specht | Walter | 10-CV-67838 |
| Sperry | David | 09-CV-61819 |
| Spiegelberg | Lynn | 11-CV-63512 |
| Spurlock | Lloyd | 10-CV-67697 |
| Spychalla | Leonard | Not yet assigned |
| Stariha | William | 09-CV-64725 |
| Stefanski | Gerald | 10-CV-61493 |
| Stefonich | Jim | 10-CV-67844 |
| Stephens | John | 09-CV-64733 |
| Stillman | Lloyd | 09-CV-61318 |
| Stirsman | Elmon | 10-CV-69017 |
| Strancke | Charles | 10-CV-61914 |
| Streber | Thomas | 11-CV-64241 |
| Strek | Ronald | 09-CV-61022 |
| Strerath | William | 11-CV-63496 |
| Streveler | Harold | 09-CV-61030 |
| Strey | Johnold | 09-CV-60493 |
| Strong | Clarence | 09-CV-60335 |
| Strong | Stephen | 10-CV-67790 |
| Studer | Bernard | 09-CV-60971 |
| Stump | Sam | 08-CV-89351 |
| Suhaysik | Raymond | 10-CV-61865 |
| Sullivan | Patrick | 09-CV-61811 |
| Suoja | Oswald | 09-CV-60256 |
| Susen | Daniel | 10-CV-67804 |
| Sutherlin | James | 10-CV-64565 |
| Suver | James | 08-CV-89352 |
| Svatek | Cyril | 11-CV-64036 |
| Swan | Richard | 09-CV-61358 |
| Sweet | JD | 09-CV-90821 |
| Swift | William | 09-CV-60466 |
| Tackett | Kermit | 10-CV-69011 |
| Takavitz | William | 09-CV-60487 |
| Taylor | James | 08-CV-91881 |
| Teays | Richard | 10-CV-61866 |
| Temple | William | 08-CV-90275 |
| Tesmond | Robert | 08-CV-90030 |
| Thomas | Glendel | 08-CV-92206 |
| Tincher | George | 08-CV-89456 |
| Tischer | Daniel | 11-CV-63503 |
| Toon | Lloyd | 08-CV-88702 |
| Tovey | Robert | 08-CV-92133 |
| Travis | Jim | 08-CV-90170 |
| Trivett | Lewis | 09-CV-90822 |

| Trodden | Robert | 08-CV-90119 |
|---|---|---|
| Troudt | Robert | 09-CV-61491 |
| Turner | Joseph | 08-CV-91417 |
| Turner | Larry | 08-CV-89903 |
| Umnus | Wayne | 10-CV-61459 |
| Unzicker | Leonard | 11-CV-66288 |
| Upchurch | William | 10-CV-68874 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Valdez | Martin | 09-CV-92261 |
| Valetic | Edwin | 09-CV-60327 |
| Van Dolah | Vernon | 08-CV-91880 |
| Van Drunen | Robert | 09-CV-61701 |
| Van Stippen | Joseph | 11-CV-63483 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vangeloff | Samuel | 09-CV-61808 |
| Vann | Bernard | 10-CV-62023 |
| Vinke | Charles | 09-CV-61024 |
| Vitaniemi | Albert | 10-CV-68991 |
| Vohs | Gary | 09-CV-61594 |
| Voigt | Chester | 10-CV-67792 |
| Voiles | Carroll | 08-CV-88686 |
| Vradenburg | Stanley | 09-CV-62185 |
| Wagner | Edward | 10-CV-67704 |
| Wahner | James | 10-CV-62028 |
| Walbrun | Roger | Not yet assigned |
| Waldrip | Melville | 08-CV-88491 |
| Walker | Clarence | 08-CV-92136 |
| Walker | Robert | 11-CV-67669 |
| Walkner | Donald | 10-CV-61841 |
| Wallace | Walter | 08-CV-91263 |
| Waltenberg | Claude | 09-CV-61499 |
| Ware | William | 08-CV-92159 |
| Washington | Gardline | 08-CV-90218 |
| Watkins | Jerry | 09-CV-61711 |
| Watkins | Lee | 08-CV-90940 |
| Watson | Harold | 12-CV-60018 |
| Weaver | Henry | 08-CV-91304 |
| Weber | Daniel | 08-CV-92132 |
| Weber | Ronald | 08-CV-91052 |
| Wedow | Burton | 09-CV-60269 |
| Weeks | John | 08-CV-91184 |
| Weiss | Richard | 11-CV-63491 |
| Wenzel | Robert | 09-CV-64694 |
| Werner | Clement | 10-CV-61908 |
| Weyers | Ronald | 09-CV-60377 |
| White | Paul | 09-CV-61033 |
| White | Shirley | 08-CV-90171 |
| Wiker | Philip | 08-CV-92207 |
| Wilbur | Anthony | 10-CV-68913 |
| Willey | Russel | 08-CV-90166 |
| Williams | Bruce | 08-CV-91282 |
| Williams | David | 08-CV-91068 |
| Williams | Eddie | 08-CV-90000 |

| Williams | Ernest | 08-CV-91062 |
|---|---|---|
| Williams | Roosevelt | 10-CV-67691 |
| Williams | Samuel | Not yet assigned |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Bill | 09-CV-61780 |
| Wilson | Harold | 08-CV-90732 |
| Wilson | Irvin | 08-CV-90339 |
| Wilson | Merle | 08-CV-91879 |
| Winslow | Terry | 08-CV-92114 |
| Winter | Oray | 10-CV-61894 |
| Winters | Douglas | 09-CV-61039 |
| Winters | Eddie | 08-CV-91238 |
| Wirkuty | Alvin | 09-CV-60296 |
| Woida | Robert | 10-CV-67766 |
| Wojciechowski | Walter | 08-CV-90167 |
| Woldt | Lowell | 09-CV-60461 |
| Wood | Lawrence | 09-CV-60535 |
| Woodmaster | Charles | 08-CV-91087 |
| Woodruff | Homer | 10-CV-64679 |
| Woods | Dale | 11-CV-66277 |
| Woods | Gerald | 10-CV-61496 |
| Woods | James | 09-CV-62583 |
| Wright | Barry | 08-CV-90345 |
| Wright | Deon | 11-CV-66748 |
| Wright | Marion | 08-CV-91433 |
| Yanke | Wayne | 10-CV-61879 |
| Yantorni | Benjamin | 10-CV-78935 |
| Young | Charles | 09-CV-64642 |
| Youngblood | Eugene | Not yet assigned |
| Zdency | George | 08-CV-90262 |
| Zellner | Clifford | 11-CV-66746 |
| Zerbel | Roger | 11-CV-63506 |
| Zielinski | Edward | 08-CV-90007 |
| Zimmer | Lawrence | 10-CV-61896 |
| Zunker | Emil | 10-CV-67894 |

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| ALAN BECKER | DIEDRE DUNN | JOSEPH WITEK | RICHARD BOLTON |
| ALBERT BOWER | DONALD BROAD | JOSHUA MURPHY | RICHARD CHAPIN |
| AMBER ACHILLES | DONALD FELLOWS | JUAN RAMIREZ | RICHARD DELACENSER |
| ANDREA COHEN | DONALD LIEB | JULIE BENES | RICHARD EWING |
| ANDREW BOLING | DOUGLAS KNOTT | K. CAREY | RICHARD HAAS |
| ANDREW CRAIN | EDWARD BENCHIK | KARL KOONS | RICHARD HUSER |
| ANDREW CROSS | EDWARD HARNEY | KATHERINE GRAF | RICHARD LONG |
| ANDREW KOLB | EDWARD RUBERRY | KATHLEEN MURPHY | RICHARD NIESS |
| ANDREW LEVINE | ELIZABETH HARVEY | KEITH HAYS | RICHARD STEINKEN |
| ANDREW OETTINGER | ELIZABETH WOLF | KEITH KINNEY | ROBERT BAUGHMAN |
| ANDREW STUART | EUGENE MILLER | KELLY CHERF | ROBERT BOUGHTER |
| ANDREW WOLF | FRANCIS MORRISSEY | KELLY MCCLOSKEY | ROBERT HALEY |
| ANDREW YODER | FRANK DAILY | KENNETH GORENBERG | ROBERT KOPKA |
| ANGELA DESLOGE | G. HEATH | KEVIN DUCKWORTH | ROBERT LANCASTER |
| ANNE SINNEFORD | GARY SMITH | KEVIN LONG | ROBERT SHUFTAN |
| ANNETTE ZIEGLER | GEORGE SENTENEY | KEVIN REID | ROBERT SHULTZ |
| ANTHONY BARONE | GEORGE SOULE | KRISTEN SMITH | ROBERT VARNEY |
| ARTHUR RADKE | GINO ALIA | KRISTIN ACHTERHOF | ROBERT WILENS |
| BARRY ROBIN | GREGORY CERULO | KRISTINE KRAFT | ROBERT WRIGHT |
| BEAU SEFTON | GREGORY FIKE | KURTIS REEG | RONALD CURTIS |
| BENJAMIN BASSETT | GUS SACOPULOS | LAURA O'CONNELL | RONALD LIPINSKI |
| BEVERLY GARNER | HEIDI OERTLE | LAURE FLANIKEN | RONALD WELDY |
| BILLEE LIGHTVOET | J. FITZGERALD | LEE BAKER | ROSEANNE LOFTUS |
| BRADLEY FALKOF | J. GASS | LEON TODD | RUSSELL HOOVER |
| BRIAN CAHILL | JACK BLOCK | LEONARD WAGNER | SCOTT KYROUAC |
| BRIAN EBENER | JACQUELYN CHAMPAGNE | LIMO CHERIAN | SEAN MACK |
| BRIAN FIELDS | JAMES CULHANE | LINDA GRAFT | STACEY SENECZKO |
| BRIAN PLEGGE | JAMES FIEWEGER | LORI YOKOYAMA | STEPHAN ROTH |
| BRIAN TARNOW | JAMES HAFELE | MARK LIABO | STEPHANIE SCHARF |
| BRIAN TREXELL | JAMES HAUSER | MARK LIES | STEPHEN COPENHAVER |
| BRUCE KAMPLAIN | JAMES HICKEY | MARK RAKOCZY | STEPHEN KAUFMANN |
| BRUCE MARR | JAMES JACKSON | MARK ROSEN | STEPHEN KRAVIT |
| C. DUCEY | JAMES PECKERT | MARK SCHMITT | STEPHEN MAASSEN |
| C. KOEBELE | JAMES REIHER | MARK VELGUTH | STEVEN CELBA |
| C. MONTGOMERY | JAMES SNYDER | MATTHEW LEE | STEVEN SANDERS |
| CAROL PRYGROSKY | JAMES TOOHEY | MATTHEW WALKER | STEVEN SCHNACK |
| CAROL TATE | JAMES WESTON | MAUREEN KELLY | SUSAN GUNTY |
| CATHERINE NOVACK | JAMES WHEELER | MAUREEN MUNRO | SUSAN HANSEN |
| CECILIA MCCORMACK | JAMES WILLIAMS | MEANITH HUON | SUSAN HUNTER |
| CHARLES ANDERSON | JAN DODD | MELISSA SKILKEN | SUSAN KUSS |
| CHARLES BOHL | JASON BRIA | MEREDITH HUDGENS | TANYA HATFIELD |
| CHARLES DARGO | JASON SMALL | MEREDITH RINGLER | TARA BECKWITH |
| CHARLES REITER | JAY STARRETT | MICAH INLOW | TERENCE SELBY |
| CHRISTOPHER DELY | JEFFERY MATTHEWS | MICHAEL BISHOP | THADDEUS STANKOWSKI |
| CHRISTOPHER KALLAHER | JEFFREY JANIK | MICHAEL CIESLEWICZ | THEODORE HOVDA |
| CHRISTOPHER NICHOLS | JEFFREY MCKEAN | MICHAEL CONNELLY | THERESE KELLY |
| CHRISTOPHER RAISTRICK | JEFFREY REEL | MICHAEL FLYNN | THOMAS BOSWELL |
| CHRISTOPHER WAHL | JEFFREY SCHMECKPEP | MICHAEL GLACKIN | THOMAS CRAWFORD |
| CIARA FROST | JEFFREY SWAN | MICHAEL HENNIG | THOMAS EHRHARDT |
| CLARKE GILLESPIE | JEFFREY ZIPES | MICHAEL JASSAK | THOMAS MEYER |
| CORNELIUS DUCEY | JENNIFER FARDY | MICHAEL KAEDING | THOMAS MIXDORF |
| CREED TUCKER | JENNIFER JOHNSON | MICHAEL KOKAL | THOMAS MURRAY |
| D. GLOOR | JENNIFER JOHNSTON | MICHAEL MCCARTY | THOMAS OLSON |
| DANIEL CHEELY | JENNIFER SEIDLER | MICHAEL MOODY | THOMAS ORRIS |
| DANIEL FARROLL | JENNIFER TERANDO | MICHAEL OBERMAN | THOMAS SKALMOSKI |

Certificate of Service

**MAILED(con't):**

| | | | |
|---|---|---|---|
| DANIEL GRAHAM | JEROME KRINGS | MICHAEL O'ROURKE | THOMAS WILSON |
| DANIEL OVERBEY | JERROD BARENBAUM | MICHAEL TERWILLIGE | TIMOTHY BROWN |
| DAVID ANDERSON | JERRY HEARN | MICHELLE MONTGOMERY | TIMOTHY FAGAN |
| DAVID BARLOW | JESSICA BAUMGARTNE | MURRAY ABOWITZ | TIMOTHY GARDNER |
| DAVID BARTEL | JOAN IRICK | NEIL SOLOMON | TIMOTHY HARRIS |
| DAVID COLLINS | JOAN PHILLIPS | NICHOLAS NEIERS | TIMOTHY UEBER |
| DAVID JONES | JOEL POOLE | NICOLE BEHNEN | TOM RILEY |
| DAVID MATTINGLY | JOHN DAMES | NORA PLATT | TOM ROTH |
| DAVID MORRIS | JOHN DIXON | P. CREBS | VANI SINGHAL |
| DAVID MUELLER | JOHN EMERY | PAMELA PAIGE | VICTOR LAZZARETTI |
| DAVID NILLES | JOHN FREY | PATRICIA MCCARTHY | VICTORIA NILLES |
| DAVID ROLF | JOHN MCDAVID | PATRICK MCKENNA | W. WELSH |
| DAVID SLAVKIN | JOHN OSTOJIC | PATRICK PHILLIPS | WADE BROWN |
| DEAN PANOS | JOHN O'SULLIVAN | PATRICK REILLY | WILL TREVOR |
| DEBORAH SOLMOR | JOHN RUSHING | PAUL HEATON | WILLIAM BURNHAM |
| DEIRDRE GALLAGHER | JOHN STUCKEY | PETER CARLSON | WILLIAM EHRKE |
| DEMARCUS GORDON | JOMARIE FREDERICKS | PETER HATTON | WILLIAM HASSLER |
| DENIS RISCHARD | JONATHAN INGRISANO | PETER HICKEY | WILLIAM HUIRAS |
| DENNIS DOBBELS | JONATHAN VINES | PETER TOMARAS | WILLIAM MCGRATH |
| DENNIS GRABER | JOSEF HORTER | R. MUTH | WILLIAM MCVISK |
| DEREK SMITH | JOSEPH O'HARA | R. STOMMEL | YVETTE DIAMOND |
| DEVLIN SCHOOP | JOSEPH SHANNON | RICHARD BAKER | ZANE LUCAS |
| | | | ZENAIDA FALCON |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS POLAND | KATHRYN DOWNEY | RICHARD LAUTH |
| ADAM LAGOCKI | DOUGLAS PROCHNOW | KAYCE GISINGER | RICHARD RIEGNER |
| AGTHA RAYNOR | DREW ODUM | KENNETH NUSSBAUMER | RICHARD SCHUSTER |
| AHNDREA VANDENELZE | EDWARD CASMERE | KENT PLOTNER | RICK SHEA |
| ALAN GRIES | EDWARD CRANE | KENT ROGERS | ROBERT BUNDA |
| ALAN ZELKOWITZ | EDWARD KENNEY | KEVIN KNIGHT | ROBERT HARRIS |
| ALBERT PARNELL | EDWARD MACCABE | KEVIN OWENS | ROBERT LONG |
| ALLEN VAUGHAN | EDWARD MATUSHEK | KHALAF KHALAF | ROBERT MCCOY |
| AMANDA SUMMERLIN | EDWARD MCCAMBRIDG | KIMBERLY HILLMAN | ROBERT MEYER |
| AMIEL GROSS | EDWARD STUKES | KIMBERLY SARFF | ROBERT PISANI |
| ANDREW DETHERAGE | EMILY ZAPOTOCNY | KIRK HARTLEY | ROBERT RALEIGH |
| ANDREW VOSS | ERIC CARLSON | KNIGHT ANDERSON | ROBERT RILEY |
| ANITA KIDD | EVAN EISNER | KRISTINA LEMANSKI | ROBERT SANDS |
| ANN WALSH | FORREST WILKES | KURT REITZ | ROBERT SCHMIEDER |
| ANTHONY GOLDNER | FREDERICK MUELLER | KYLE BJORNLUND | ROBERT SCHROEDER |
| BARBARA BUBA | G. BRUCH | KYLE MANSFIELD | ROBERT SCOTT |
| BARRY SHORT | GARY SMITH | LANCE MUELLER | ROBERT SPINELLI |
| BASIL DISIPIO | GERMAINE WILLETT | LAUREL JOHNSON | ROBERT SPITKOVSKY |
| BRETT LARSEN | GREGORY COCHRAN | LAURIE MCLEROY | ROBERT WILKINSON |
| BRUCE CLARK | GREGORY GOLDBERG | LAURIE RANDOLPH | ROGER HEIDENREIC |
| BRUCE HUIBREGTSE | GREGORY LYONS | LAWRENCE DRABOT | RONALD AUSTIN |
| BRUCE LYON | GREGORY MCNAMEE | LESLEY SHERMETA | RONALD HACK |
| BRYAN SKELTON | HOWARD MORRIS | LESLIE OFFERGELD | RUSSELL SCOTT |
| BRYCE BENNETT | J. BRADLEY | LISA CORWIN | SANJAY SHIVPURI |
| C. DOUGLAS | J. MALONEY | LISA DILLMAN | SARAH PAGELS |
| C. EVERT | JAMES BOYERS | M. GRANT | SCOTT HENRY |
| C. ZESZUTEK | JAMES CARTER | MAGGIE NIGRO | SCOTT SIMPKINS |
| CARMEN ANDERSON | JAMES DENIS | MAJA EATON | SCOTT THOMSEN |
| CAROL PERKINS | JAMES JACOBSON | MARGARET BYRNE | SEAN FERGUS |
| CAROL ZUCKERMAN | JAMES KASPER | MARGARET FOSTER | SEAN SHEEHAN |

Certificate of Service

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| CATHERINE CARLSON | JAMES KENNEDY | MARK BAUMAN | SHAWANE LEE |
| CATHERINE MOHAN | JAMES MORRISON | MARK DESROCHERS | SHEHZAD HASAN |
| CATHY MOLCHIN | JAMES MURRAY | MARK FELDMANN | SHEILA BIRNBAUM |
| CHAN MCLEOD | JAMES NIQUET | MARK HITT | SHERRY COLEY |
| CHARLES JOLEY | JAMES WYNNE | MARK LOCKETT | STEPHEN BUSCH |
| CHRISTI JONES | JAMIE YADGAROFF | MARK LUDOLPH | STEPHEN MILOTT |
| CHRISTINA DUBIS | JANELLE LINDER | MARK MALLOY | STEPHEN SCHWARTZ |
| CHRISTOPHER BANASZAK | JASON KENNEDY | MARK TIVIN | STEPHEN WILSON |
| CHRISTOPHER CONRAD | JASON MOHR | MARSHELLE DAWKINS BR | STEVEN BARBER |
| CHRISTOPHER LARSON | JASON RUBIN | MARTHA REGGI | STEVEN BESHORE |
| CHRISTOPHER LEE | JEFFREY FECHT | MARY ANN HATCH | STEVEN CARLSON |
| CHRISTOPHER P.BANASZAK | JEFFREY HEBRANK | MARY GAY | STEVEN HART |
| CHRISTOPHER STEPHEN | JEFFREY ROGERS | MATTHEW FISCHER | STEVEN KIRSCH |
| CHRISTOPHER TRIBLE | JENNIFER BLACKWELL | MATTHEW JARDINE | STEVEN SCOTT |
| CHRISTOPHER WADLEY | JENNIFER KALAS | MATTHEW THIBODEAU | SUSAN ALLEN |
| CLARE MAISANO | JENNIFER STUDEBAKER | MAUREEN COLEMAN | SUSAN HENDERSON |
| CLARE RUSH | JENNIFER WATSON | MEGAN MURRAY | SUSAN MEHRINGER |
| CONNIE POSTELLI | JEROME FERIANCEK | MELANIE KING | TEIRNEY CHRISTENSO |
| CRAIG LILJESTRAN | JILL FELKINS | MICAH INLOW | THOMAS CANNON |
| CURTIS BAILEY | JOEL SPITZ | MICHAEL BERGIN | THOMAS GILLIGAN |
| CYNTHIA LOCKE | JOHN ARRANZ | MICHAEL BLOCK | THOMAS GONZALEZ |
| DANIEL DONAHUE | JOHN BABIONE | MICHAEL CASCINO | THOMAS HAYES |
| DANIEL ELGER | JOHN CANONI | MICHAEL DENNING | THOMAS KERNELL |
| DANIEL GRIFFIN | JOHN DOUGLAS | MICHAEL DRUMKE | THOMAS NORBY |
| DANIEL JARDINE | JOHN FONSTAD | MICHAEL HULTQUIST | THOMAS SCHMITZER |
| DANIEL LONG | JOHN FRANKE | MICHAEL ROSENBERG | THOMAS SCHOBER |
| DANIEL MANNA | JOHN GOLLER | MICHAEL TRUCCO | THOMAS SCHRIMPF |
| DANIEL MCGRATH | JOHN HALPIN | MICHAEL ZUKOWSKI | THOMAS TARDY |
| DANIEL MULHOLLAND | JOHN HELLER | MITCHELL MOSER | THOMAS THIBODEAU |
| DANIEL O'CONNELL | JOHN KENT | MITCHELL PINSLY | TIFFANY TURNER |
| DANIEL RUSTMANN | JOHN KUROWSKI | NATHAN FRONK | TIMOTHY KAPSHANDY |
| DANIEL TRACHTMAN | JOHN LAFFEY | NATHAN QUAGLIA | TIMOTHY KRIPPNER |
| DAVID CYR | JOHN SEEBOHM | NEAL MCQUEENEY | TIMOTHY MURPHY |
| DAVID DAMICO | JOHN SHEFFER | NICHOLAS NIZAMOFF | TIMOTHY PAGEL |
| DAVID DOGAN | JOHN VALENTI | NORA GIERKE | TIMOTHY PIKE |
| DAVID FANNING | JOHN WALLER | OLLIE HARTON | TOBIN TAYLOR |
| DAVID HENDRICKSO | JON BAROOSHIAN | PATRICK FINNEGAN | TRACY COWAN |
| DAVID JONES | JON FREDRICKSO | PATRICK HAGGERTY | TREVOR WILL |
| DAVID KELLEHER | JON GOLDWOOD | PATRICK LAMB | VIRGINIA GIOKARIS |
| DAVID SCOUTON | JONATHAN LIVELY | PATRICK STUFFLEBEA | W. REBER |
| DAVID SETTER | JONATHAN MATTINGLY | PATRICK WELLS | W. SIESENNOP |
| DAVID SINGLEY | JONATHAN PARRINGTON | PAUL O'FLAHERTY | WALTER WATKINS |
| DAVID SZLANFUCHT | JONATHAN ZWEIZIG | PAUL WOJCICKI | WARD BROWN |
| DAVID TEMPLE | JOSEPH BROWN | PETER MARKS | WAYNE MARVEL |
| DAVID YBARRA | JOSEPH CAGNOLI | PETER MCKENNA | WILLIAM CROKE |
| DEMETRA CHRISTOS | JOSEPH KRASOVEC | PETER MOIR | WILLIAM MAHONEY |
| DENNIS CANTRELL | JOSEPH REJANO | RAYMOND FOURNIE | WILLIAM MILLS |
| DERRICK HADDOX | JOSEPH SULLIVAN | RAYMOND MODESITT | WILLIAM SERRITELLA |
| DONALD CARLSON | JOSHUA JOHANNINGM | REED SUGG | WILLIAM SHENKENBER |
| DONALD ORZESKE | JOSHUA LEE | REGINALD BISHOP | WILLIAM SHULTZ |
| DONALD WARD | JOSHUA SCHEETS | RENEE MORTIMER | WILLIAM SMITH |
| DOUGLAS KING | KATHERINE SPITZ | RICHARD BIEDRZYCKI | WILLIAM WENDLING |
| | | RICHARD BOYLE | WILLIS TRIBLER |