IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) ) | Civil Action NO. MDL 875 |
| This document relates to all cases listed on the attached Exhibit A ) ) | FILED<br>JUL 10 2012<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### ORDER

**AND NOW**, this 10th day of July, 2012, following upon Plaintiff's Motion for Extension of Time (*e.g.* 09-61441 Doc. No. 102), and as articulated during the recorded telephone conference held on this same date, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED without prejudice**. Plaintiffs may, if appropriate, respond further during or after the oral argument scheduled for Friday, July 13, 2012 in Philadelphia.

BY THE COURT:

_/s/ David R. Strawbridge_
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

| Last | First | E.D. PA Case No. |
|---|---|---|
| -MDL-875 | | 01-md-00875 |
| Ahnert | Daniel | 10-CV-67443 |
| Akey | Richard | 09-CV-60286 |
| Alfter | Harold | 09-CV-60501 |
| Allen | Gary | 10-CV-67536 |
| Allen | Louis | 08-CV-90142 |
| Almeda | Trini | 08-CV-91698 |
| Amos | Excell | 08-CV-89998 |
| Anderson | Daniel | 11-CV-63499 |
| Anderson | Gerald | 08-CV-89997 |
| Anderson | Jesse | 08-CV-90175 |
| Anderson | Lloyd | 11-CV-63482 |
| Andris | Arthur | 10-CV-67885 |
| Arpp | Robert | 08-CV-89851 |
| Arseneault | Clovis | 10-CV-67621 |
| Austin | Raymond | 09-CV-60280 |
| Austin | Richard | 08-CV-89340 |
| Ayers | Mark | 08-CV-91953 |
| Baker | Joseph | 08-CV-91189 |
| Barden | Leroy | 09-CV-64610 |
| Barker | Edward | 09-CV-60285 |
| Barnes | Curtis | 10-CV-67648 |
| Bartlett | Robert | 10-CV-61467 |
| Bartlett | Thomas | 08-CV-89791 |
| Bartsch | Norman | 10-CV-61880 |
| Bault | Charles | 08-CV-91663 |
| Baumann | Eugene | 11-CV-63517 |
| Baylor | Woodrow | 10-CV-62057 |
| Beard | George | 10-CV-64569 |
| Beck | Ronald | 09-CV-64685 |
| Beckwith | Robert | 08-CV-91037 |
| Beddow | Merle | 08-CV-92239 |
| Bednar | Thomas | 09-CV-61497 |
| Beeney | Donald | 08-CV-91728 |
| Belleville | Charles | 08-CV-90955 |
| Bennett | Bob | 08-CV-91585 |
| Bennington | Martin | 10-CV-61115 |
| Benson | Harold | 10-CV-64563 |
| Berger | Thomas | 10-CV-67758 |
| Bergner | Charles | 08-CV-90956 |
| Bergstrom | Lester | 08-CV-89980 |
| Bey | George | 08-CV-89979 |
| Beyer | Harold | 08-CV-91894 |
| Bieganski | Ronald | 09-CV-60498 |
| Binder | Robert | 10-CV-67817 |
| Black | John | 10-CV-68110 |
| Blackwell | Clifford | 08-CV-91234 |
| Block | John | 08-CV-91649 |
| Bodine | Richard | 08-CV-92055 |

| | | |
|---|---|---|
| Boinski | Jacob | 10-CV-67877 |
| Bolton | John | 09-CV-60186 |
| Bond | Joseph | 10-CV-61417 |
| Boyer | Lee | 08-CV-88596 |
| Brady | George | 08-CV-90078 |
| Brattoli | John | 08-CV-90088 |
| Brazzoni | Alfred | 11-CV-63501 |
| Bresnahan | Thomas | 09-CV-60331 |
| Bressers | Byron | 09-CV-60544 |
| Breternitz | Richard | 08-CV-90127 |
| Brewer | David | 08-CV-89954 |
| Brigham | George | 08-CV-89984 |
| Brooks | Ray | 08-CV-92194 |
| Brouhard | Jackie | 10-CV-69048 |
| Brown | High | 10-CV-67650 |
| Bryan | William | 08-CV-89866 |
| Buchanan | Howard | 08-CV-92038 |
| Bucknell | Bertha | 11-CV-63908 |
| Bugg | William | 08-CV-91729 |
| Bunch | Charles | 09-CV-61815 |
| Burkee | James | 10-CV-83247 |
| Burns | John | 09-CV-60476 |
| Burton | Alice | 08-CV-92139 |
| Cadotte | Joseph | 10-CV-64680 |
| Caldwell | David | 09-CV-61736 |
| Cammers | Earl | 09-CV-60284 |
| Camp | Thomas | 09-CV-64600 |
| Campbell | Elmer | 10-CV-61341 |
| Canner | Edward | 09-CV-61700 |
| Caputa | Carmello | 09-CV-61441 |
| Carlson | Neil | 10-CV-61341 |
| Carlson | Neil | 10-CV-67533 |
| Carlson | Robert | 08-CV-89945 |
| Carmichael | James | 10-CV-67545 |
| Carnegie | John | 08-CV-89958 |
| Carver | Jack | 08-CV-90285 |
| Cathelyn | Jackie | 10-CV-68076 |
| Caturia | Frederick | 09-CV-60271 |
| Center | Clayton | 08-CV-89864 |
| Centers | Albert | 08-CV-90268 |
| Centner | Jerome | 09-CV-60395 |
| Childs | Earl | 08-CV-91089 |
| Christensen | David | 10-CV-62034 |
| Coghlan | Donald | 10-CV-61461 |
| Collins | Arthur | 10-CV-64567 |
| Collins | B F | 08-CV-90935 |
| Colombo | Thomas | 08-CV-89431 |
| Conklin | Robert | 08-CV-90724 |
| Connell | Daniel | 09-CV-60552 |
| Conner | George | 09-CV-61817 |

| | | |
|---|---|---|
| Conroy | Thomas | 10-CV-83241 |
| Conway | Harold | 10-CV-67785 |
| Cook | Jerry | 08-CV-89846 |
| Cook | Joseph | 08-CV-89446 |
| Cooper | Larry | 08-CV-90330 |
| Crouch | Harold | 10-CV-64574 |
| Crumwell | Richard | 09-CV-61744 |
| Cummings | Ronald | 10-CV-68902 |
| Curlee | James | 08-CV-89452 |
| Czajkoski | Walter | 08-CV-89969 |
| D'Amico | Carmen | 10-CV-67534 |
| D'Ottavio | Nello | 10-CV-67554 |
| Daily | John | 10-CV-69003 |
| Dalton | Jack | 08-CV-91944 |
| Daniels | Jimmie | 08-CV-92259 |
| De Witt | Elsie | 08-CV-90189 |
| Deangelis | Salvatore | 08-CV-89953 |
| Deis | John | 08-CV-88675 |
| Deloach | Thomas | 08-CV-90144 |
| Deneen | Joseph | 09-CV-60164 |
| Deters | Cletus | 10-CV-64585 |
| Dewall | Lawrence | 09-CV-61442 |
| Dice | James | 08-CV-88411 |
| Dittamore | William | 10-CV-64583 |
| Dix | Raymond | 08-CV-91372 |
| Dodd | Carl | 08-CV-91578 |
| Dover | Jackie | 10-CV-68127 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Doyle | Leo | 08-CV-90155 |
| Duchene | Arthur | 09-CV-64587 |
| Dunlap | Willard | 10-CV-64588 |
| Dunne | Michael | 09-CV-60329 |
| Eagle | Kenneth | 10-CV-67559 |
| Earl | Darnell | 08-CV-91055 |
| Edmonds | Robert | 09-CV-61788 |
| Edwards | Terry | 08-CV-92137 |
| Eller | Albert | 10-CV-68941 |
| Embly | Robert | 10-CV-64584 |
| Enerson | Donald | 09-CV-61004 |
| Engelman | Patrick | 09-CV-60939 |
| Enos | Carroll | 10-CV-61422 |
| Erickson | Richard | 10-CV-67813 |
| Esser | Charles | 09-CV-60287 |
| Eulgen | Louis | 12-CV-60019 |
| Everard | James | 09-CV-61353 |
| Evers | Orville | 10-CV-67806 |
| Fadler | Donald | 08-CV-90220 |
| Farvour | Guy | 09-CV-61444 |
| Fata | Frank | 08-CV-90058 |

| | | |
|---|---|---|
| Ferguson | James | 08-CV-90234 |
| Ferrara | Michael | 11-CV-63906 |
| Ferrell | Paul | 08-CV-89885 |
| Fieck | Emil | 08-CV-90162 |
| Fisher | Charles | 09-CV-61807 |
| Fisher | John | 09-CV-64683 |
| Fisher | Stanley | 08-CV-91197 |
| Flaatten | Ronald | 09-CV-61006 |
| Flanagan | Willie | 10-CV-67667 |
| Fourte | Morris | 08-CV-90083 |
| Frampton | Kenneth | 08-CV-92160 |
| Frankenberger | Howard | 09-CV-61717 |
| Frisch | Louis | 09-CV-61354 |
| Fry | George | 08-CV-89448 |
| Fulk | Ralph | 09-CV-64678 |
| Gabrus | Donald | 09-CV-61357 |
| Gaddy | Clifford | 08-CV-90081 |
| Gaines | James | 08-CV-92305 |
| Gall | Gerald | 09-CV-61329 |
| Galles | Paul | 11-CV-63508 |
| Gambill | Joe | 08-CV-91231 |
| Gard | Leslie | 08-CV-91736 |
| Gilkey | Haydon | 08-CV-91088 |
| Giuliano | William | 09-CV-64609 |
| Gnewikow | Donald | 11-CV-63502 |
| Gosz | Clarence | 10-CV-67808 |
| Gottsacker | Randall | 10-CV-61885 |
| Graham | Marion | 08-CV-90139 |
| Granger | Elmer | 09-CV-60953 |
| Graves | William | 08-CV-92120 |
| Green | Robert | 08-CV-92311 |
| Gresham | Robert | 08-CV-91085 |
| Griep | Earl | 10-CV-61900 |
| Gunnlaugsson | Clifford | 09-CV-60456 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hamann | Robert | 09-CV-60330 |
| Hamer | Robert | 10-CV-67726 |
| Hamilton | Lloyd | 10-CV-68925 |
| Hamilton | Roy | 09-CV-61715 |
| Hammonds | Alvie | 09-CV-61702 |
| Hammonds | Barry | 08-CV-91347 |
| Hanes | William | 10-CV-69080 |
| Hannold | Carl | 08-CV-90108 |
| Hanson | Dean | 09-CV-61011 |
| Hardy | William | 10-CV-64538 |
| Harnisch | Henry | 09-CV-92208 |
| Harris | James | 10-CV-68885 |
| Harris | Robert | 08-CV-91589 |
| Harrison | Kenneth | 09-CV-61792 |

| | | |
|---|---|---|
| Harvey | Murl | 08-CV-89457 |
| Hasenberg | Charles | 09-CV-60356 |
| Haskins | Harold | 08-CV-89819 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hatfield | Bobby | 08-CV-92147 |
| Hay | Donald | 10-CV-61873 |
| Hay | Robert | 09-CV-64612 |
| Hayes | Harry | 09-CV-61718 |
| Heggie | JW | 08-CV-89372 |
| Heidersheid | George | 09-CV-60536 |
| Heinrich | John | 09-CV-60513 |
| Held | Donald | 10-CV-67814 |
| Hendricks | Homer | 09-CV-64708 |
| Henney | Jean | 09-CV-64629 |
| Hernandez | Alfred | 08-CV-91182 |
| Herr | Richard | 11-CV-60064 |
| Hester | Billie | 08-CV-90072 |
| Heyen | Glen | 10-CV-68984 |
| Hickmann | Eugene | 10-CV-67805 |
| Hicks | William | 08-CV-91888 |
| Hoffman | Richard | 09-CV-60510 |
| Holcomb | Edward | 09-CV-61314 |
| Hollins | Willie | 08-CV-90201 |
| Holloway | Fred | 09-CV-61721 |
| Holme | Darrell | 08-CV-91090 |
| Holmes | Julius | 08-CV-90064 |
| Honold | Orville | 10-CV-67799 |
| Hoopengarner | Harold | 08-CV-88503 |
| Hope | Sandy | 08-CV-90182 |
| Horton | Ernest | 10-CV-67872 |
| Horton | Julius | 09-CV-61469 |
| Horwath | Clarence | 08-CV-90128 |
| Howard | Percy | 08-CV-91015 |
| Howard | Rodney | 09-CV-61694 |
| Hruska | Paul | 09-CV-60482 |
| Hunter | William | 08-CV-88617 |
| Hutchinson | Jack | 08-CV-92157 |
| Hyland | Terence | 09-CV-61881 |
| Irons | Gary | 10-CV-68130 |
| Iverson | Richard | 09-CV-60154 |
| Jackson | Floyd | 08-CV-90263 |
| Jackson | Lawrence | 08-CV-90934 |
| Jackson | Robert | 10-CV-67541 |
| Jackson | William | 08-CV-89333 |
| Jakubowski | Florian | 10-CV-67831 |
| Janick | Richard | 10-CV-61426 |
| Jasin | Michael | 09-CV-60370 |
| Jelinski | Jerome | 09-CV-61012 |
| Jenkins | Harold | 08-CV-92237 |

| | | |
|---|---|---|
| Jennings | Larry | 09-CV-64723 |
| Jeske | Edwin | 10-CV-62070 |
| Jeske | Kenneth | 09-CV-60547 |
| Johannsen | John | 09-CV-60337 |
| Johnson | Francis | 11-CV-66278 |
| Johnson | Harry | 09-CV-61599 |
| Johnson | Richard | 08-CV-92122 |
| Jones | Asa | 08-CV-90132 |
| Jones | Duane | 09-CV-60440 |
| Jones | Fred | 08-CV-89854 |
| Jones | James | 09-CV-61882 |
| Jordan | Doyle | 10-CV-67786 |
| Junk | Bonnie | 09-CV-60550 |
| Junk | William | 10-CV-67841 |
| Jurglanis | Clemens | 12-CV-60003 |
| Kalis | Robert | 08-CV-92175 |
| Kavanaugh | Raymond | 09-CV-61323 |
| Kayser | Allan | 09-CV-60273 |
| Keller | James | 09-CV-64594 |
| Kelley | Howard | 10-CV-67555 |
| Kelley | Lee | 10-CV-62041 |
| Kemper | Jack | 08-CV-89498 |
| Kennedy | Roy | 08-CV-89492 |
| Ketchum | Richard | 09-CV-61481 |
| Kibler | Paul | 08-CV-90337 |
| Kiefer | Ardell | 09-CV-61840 |
| Kiepert | William | 09-CV-61544 |
| King | Emmett | 08-CV-89564 |
| King | John | 10-CV-67665 |
| King | Prince | 10-CV-68890 |
| Kinsey | Cecil | 09-CV-61729 |
| Kirk | Delbert | 08-CV-89494 |
| Klimek | David | 08-CV-90065 |
| Klosinski | Ray | 10-CV-61334 |
| Koch | Hans | 08-CV-91082 |
| Koch | Leo | 08-CV-90011 |
| Koehler | John | 09-CV-61482 |
| Kojis | Andrew | 09-CV-61473 |
| Kowalewski | Walter | 11-CV-64039 |
| Kozlowski | Leo | 10-CV-61855 |
| Kraus | Robert | 10-CV-61338 |
| Krause | Clarence | 10-CV-62007 |
| Krause | Clayton | 09-CV-60406 |
| Krejcarek | Melvin | 10-CV-67789 |
| Krik | Charles | 11-CV-63473 |
| Krueger | Glenn | 12-CV-60020 |
| Krueger | Lee | 09-CV-61402 |
| Kruse | James | 10-CV-65919 |
| Kruse | Patrick | 08-CV-91867 |
| Kuchler | Frank | 09-CV-61449 |

| | | |
|---|---|---|
| Kuchler | William | 09-CV-61345 |
| Kumferman | Henry | 10-CV-61429 |
| La Presto | Richard | 11-CV-63498 |
| Landes | Harold | 08-CV-88402 |
| Larweth | Dennis | 08-CV-89914 |
| Laur | Joseph | 11-CV-63907 |
| Lawless | Anthony | 08-CV-92161 |
| Lawson | Carl | 10-CV-69031 |
| Le Pine | Francis | 10-CV-67810 |
| Leggett | John | 10-CV-67846 |
| Lehr | Christ | 08-CV-89475 |
| Lerma | Alfonso | 08-CV-91410 |
| Leslie | Harry | 10-CV-65851 |
| Letner | Willis | 08-CV-88535 |
| Link | Thomas | 09-CV-60338 |
| Llewellyn | Reggie | 08-CV-91074 |
| Loddeke | William | 08-CV-89487 |
| Loeffelad | Walter | 09-CV-60231 |
| Loftus | Thomas | 09-CV-64673 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Love | Howard | 10-CV-80835 |
| Lucas | TJ | 10-CV-67426 |
| Luedtke | Martin | 10-CV-62044 |
| Lundahl | Robert | 09-CV-60444 |
| Lyden | Charles | 08-CV-89435 |
| Maciejewski | Raphael | 10-CV-61497 |
| Maiden | Harlan | 09-CV-60274 |
| Maio | Tony | 09-CV-60465 |
| Malone | Clifford | 10-CV-68124 |
| Mann | Clyde | 09-CV-61844 |
| Maresca | Joseph | 08-CV-90328 |
| Marlinghaus | Larry | 08-CV-89486 |
| Martin | David | 10-CV-61109 |
| Massey | Leonard | 09-CV-61356 |
| Matlock | Benjamin | 08-CV-90099 |
| Maulding | Duane | 08-CV-92113 |
| McCarthy | Daniel | 08-CV-89991 |
| McClain | Wallace | 08-CV-89814 |
| McConchie | Dean | 08-CV-89453 |
| McCormick | John | 10-CV-65844 |
| McCormick | Joseph | 08-CV-89992 |
| McCullum | Roosevelt | 08-CV-89883 |
| McCurdy | James | 09-CV-64682 |
| McFarland | Charles | 08-CV-89381 |
| McInnis | Paul | 10-CV-69036 |
| McKay | Donald | 08-CV-89988 |
| McKibben | Lloyd | 08-CV-90126 |
| McKinnie | Ned | 08-CV-91008 |
| McWhirter | George | 08-CV-89304 |

| | | |
|---|---|---|
| Mea | William | 08-CV-89983 |
| Meagher | John | 09-CV-60445 |
| Meinecke | Robert | 09-CV-60326 |
| Meischner | Donald | 09-CV-60645 |
| Menozzi | Eugene | 08-CV-89865 |
| Metzger | Jack | 09-CV-61322 |
| Millard | Eugene | 10-CV-68119 |
| Miller | Frank | 09-CV-60520 |
| Miller | Kenneth | 08-CV-91750 |
| Miller | Melvin | 08-CV-91398 |
| Miller | Victor | 09-CV-60519 |
| Miller | Wallace | 08-CV-89901 |
| Moffett | George | 08-CV-89973 |
| Monday | Anthony | 10-CV-67856 |
| Montgomery | Dane | 09-CV-64739 |
| Montgomery | Robert | 09-CV-64703 |
| Moon | Ronald | 09-CV-61541 |
| Moore | James | 08-CV-90069 |
| Morris | Michael | 09-CV-61495 |
| Morris | Richard | 08-CV-88719 |
| Morse | James | 08-CV-89437 |
| Mosley | John | 08-CV-91178 |
| Moss | Harry | 11-CV-64233 |
| Muehlberger | Max | 11-CV-63518 |
| Muffler | William | 08-CV-89976 |
| Murphy | Edward | 09-CV-61461 |
| Murphy | William | 08-CV-90927 |
| Mutschler | Richard | 10-CV-61339 |
| Myres | Paul | 10-CV-67730 |
| Nehls | Donald | 10-CV-67852 |
| Nehlsen | Michael | 08-CV-91893 |
| Nelson | Marlin | 10-CV-61956 |
| Nemeth | Paul | 08-CV-90722 |
| Neumer | Robert | 10-CV-67793 |
| Newell | Kenneth | 10-CV-68145 |
| Nichols | Gerald | 10-CV-68097 |
| Nichols | Leonard | 10-CV-68105 |
| Nicholson | Ashley | 10-CV-67871 |
| Noel | Billy | 10-CV-69046 |
| Norberg | Earl | 08-CV-90264 |
| Nuutinen | Charles | 09-CV-61333 |
| O'Brien | Harold | 08-CV-90933 |
| O'Keefe | Robert | 08-CV-92210 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Oliphant | John | 11-CV-67767 |
| Orr | William | 08-CV-89326 |
| Ostrowski | Norman | 09-CV-61423 |
| Ouradnik | John | 10-CV-61890 |
| Parker | Marion | 10-CV-64582 |

| | | |
|---|---|---|
| Parker | Stanley | 08-CV-91054 |
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-91235 |
| Pasterski | John | 11-CV-64037 |
| Patitsas | James | 08-CV-91146 |
| Patrick | Homer | 10-CV-68864 |
| Patton | Donald | 10-CV-64572 |
| Pavicevich | Milka | 08-CV-91147 |
| Pehlke | Frank | 12-CV-60049 |
| Pertzborn | James | 10-CV-61352 |
| Peterson | Jane | 11-CV-64034 |
| Peterson | Sylvester | 08-CV-90104 |
| Peterson | Wayne | 10-CV-64553 |
| Pfile | James | 10-CV-67815 |
| Pfleging | Robert | 08-CV-89443 |
| Phillips | John | 08-CV-90122 |
| Pietrzycki | Stanley | 10-CV-61349 |
| Piniak | Joseph | 10-CV-67636 |
| Plaster | Millard | 10-CV-67781 |
| Pleaugh | Joseph | 11-CV-63519 |
| Plier | Duane | 09-CV-60365 |
| Ploch | Daniel | 09-CV-61435 |
| Plue | Richard | 10-CV-68073 |
| Pontzloff | Roy | 10-CV-67882 |
| Powell | Dale | 08-CV-89293 |
| Pozywio | Raymond | 08-CV-91149 |
| Prather | James | 08-CV-89745 |
| Pray | Frankie | 08-CV-91884 |
| Price | Will | 08-CV-89884 |
| Pruitt | Marion | 08-CV-88624 |
| Przybyla | John | 10-CV-62050 |
| Pulido | Alfonso | 10-CV-67680 |
| Pullins | John | 08-CV-91428 |
| Putt | Charles | 08-CV-89447 |
| Quist | Richard | 08-CV-88398 |
| Rathsack | Michael | 09-CV-61347 |
| Ratliff | Charles | 10-CV-67135 |
| Reed | Francis | 09-CV-64742 |
| Reed | Hugh | 08-CV-88250 |
| Regner | James | 10-CV-67800 |
| Reich | Ronald | 09-CV-60523 |
| Reichert | Norman | 09-CV-61487 |
| Reno | Charles | 09-CV-60293 |
| Reno | Charles | 11-CV-67724 |
| Rice | Gerald | 09-CV-61697 |
| Rice | Robert | 10-CV-68983 |
| Rice | Vernon | 08-CV-89360 |
| Richards | Melvin | 09-CV-62181 |
| Richardson | David | 08-CV-91027 |
| Richardson | Eleanore | 10-CV-67553 |

| | | |
|---|---|---|
| Richardson | Irelia | 08-CV-91091 |
| Rickey | Marvin | 10-CV-61345 |
| Riddle | Samuel | 10-CV-68953 |
| Riggs | Irving | 08-CV-91762 |
| Riley | Herman | 09-CV-64702 |
| Riley | James | 10-CV-68956 |
| Ringo | Robert | 09-CV-91454 |
| Risse | Loren | 10-CV-67857 |
| Roberson | Freddie | 08-CV-90080 |
| Roberts | Bernard | 10-CV-67610 |
| Romanetto | Gary | 08-CV-90048 |
| Rome | Douglas | 08-CV-89825 |
| Rorer | Theodore | 08-CV-91155 |
| Ruesken | Louis | 09-CV-61820 |
| Russell | James | 09-CV-64693 |
| Ryan | Charles | 08-CV-88671 |
| Ryan | Michael | 08-CV-90172 |
| Ryan | Michael | 11-CV-66747 |
| Saenz | Moises | 08-CV-91434 |
| Sagat | Frank | 10-CV-67596 |
| Salaz | Michael | 08-CV-91329 |
| Salger | Leonard | 08-CV-89291 |
| Sams | Phillip | 08-CV-88575 |
| Sasveld | John | 08-CV-91307 |
| Scanlon | Daniel | 08-CV-89811 |
| Scheffel | Edmund | 09-CV-60545 |
| Scherz | Terrance | 10-CV-61863 |
| Schibline | Michael | 10-CV-67756 |
| Schluga | Robert | 09-CV-61429 |
| Schmidt | Donald | 08-CV-90063 |
| Schmoll | Cyril | 09-CV-61026 |
| Schneider | Jerome | 09-CV-61531 |
| Schneider | Walter | 10-CV-67851 |
| Schriver | Robert | 11-CV-63571 |
| Schroeder | Cletus | 09-CV-61430 |
| Schuldenberg | Robert | 10-CV-62053 |
| Schultz | William | 10-CV-67862 |
| Schulze | Ronald | 09-CV-60516 |
| Schuppert | Howard | 09-CV-61431 |
| Schurtz | Michael | 08-CV-91742 |
| Scott | Thomas | 08-CV-91314 |
| Scrogham | Donald | 08-CV-90002 |
| Searing | Ralph | 10-CV-69037 |
| Sebastian | Alice | 10-CV-64686 |
| Sebastian | Sigfried | 10-CV-64686 |
| Sebree | Pietra | 09-CV-60537 |
| Serstad | Richard | 09-CV-60165 |
| Shackelford | Gerald | 10-CV-69018 |
| Shackelford | Ramon | 08-CV-88486 |
| Shambaugh | Burton | 08-CV-90331 |

| | | |
|---|---|---|
| Shannon | Bonnie | 11-CV-64235 |
| Sharp | Cliff | 08-CV-90465 |
| Shotts | Edward | 08-CV-89502 |
| Sienko | Ronald | 09-CV-60481 |
| Simmons | Joseph | 09-CV-64687 |
| Sims | Willie | 08-CV-90226 |
| Simunich | Peter | 08-CV-90115 |
| Sinsabaugh | Loyd | 08-CV-91424 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Skinner | Jonathon | 08-CV-91883 |
| Skinner | Morrison | 08-CV-89480 |
| Skrobis | Richard | 10-CV-67780 |
| Smaglick | Leroy | 09-CV-60347 |
| Smith | Albert | 10-CV-67651 |
| Smith | James | 10-CV-67674 |
| Smith | John | 08-CV-88581 |
| Smith | Leo | 08-CV-90276 |
| Smith | Orville | 10-CV-68104 |
| Smith | Ronald | 08-CV-90287 |
| Smith | Russell | 10-CV-68123 |
| Smith | Walter | 08-CV-91409 |
| Smothers | Gilbert | 08-CV-89356 |
| Sobierajski | Thomas | 10-CV-68054 |
| Sodini | Donald | 11-CV-64239 |
| Sorenson | Robert | 09-CV-61436 |
| Soulney | Donald | 08-CV-89476 |
| Spangler | Herbert | 08-CV-91882 |
| Sparks | Ralph | 10-CV-68952 |
| Specht | Walter | 10-CV-67838 |
| Sperry | David | 09-CV-61819 |
| Spurlock | Lloyd | 10-CV-67697 |
| Spychalla | Leonard | 12-CV-60004 |
| Stariha | William | 09-CV-64725 |
| Stephens | John | 09-CV-64733 |
| Stirsman | Elmon | 10-CV-69017 |
| Streber | Thomas | 11-CV-64241 |
| Strek | Ronald | 09-CV-61022 |
| Strerath | William | 11-CV-63496 |
| Streveler | Harold | 09-CV-61030 |
| Strey | Johnold | 09-CV-60493 |
| Strong | Clarence | 09-CV-60335 |
| Strong | Stephen | 10-CV-67790 |
| Stump | Sam | 08-CV-89351 |
| Suhaysik | Raymond | 10-CV-61865 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Suver | James | 08-CV-89352 |
| Svatek | Cyril | 11-CV-64036 |
| Swan | Richard | 09-CV-61358 |
| Swift | William | 09-CV-60466 |

| | | |
|---|---|---|
| Tackett | Kermit | 10-CV-69011 |
| Taylor | James | 08-CV-91881 |
| Tesmond | Robert | 08-CV-90030 |
| Thomas | Glendel | 08-CV-92206 |
| Tincher | George | 08-CV-89456 |
| Tischer | Daniel | 11-CV-63503 |
| Toon | Lloyd | 08-CV-88707 |
| Tovey | Robert | 08-CV-92133 |
| Travis | Jim | 08-CV-90170 |
| Trivett | Lewis | 09-CV-90822 |
| Trodden | Robert | 08-CV-90119 |
| Troudt | Robert | 09-CV-61491 |
| Turner | Joseph | 08-CV-91417 |
| Turner | Larry | 08-CV-89903 |
| Umnus | Wayne | 10-CV-61459 |
| Unzicker | Leonard | 11-CV-66288 |
| Upchurch | William | 10-CV-68874 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Valetic | Edwin | 09-CV-60327 |
| Van Dolah | Vernon | 08-CV-91880 |
| Van Stippen | Joseph | 11-CV-63483 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vangeloff | Samuel | 09-CV-61808 |
| Vann | Bernard | 10-CV-62023 |
| Vinke | Charles | 09-CV-61024 |
| Vitaniemi | Albert | 10-CV-68991 |
| Vohs | Gary | 09-CV-61594 |
| Voigt | Chester | 10-CV-67792 |
| Voiles | Carroll | 08-CV-88686 |
| Vradenburg | Stanley | 09-CV-62185 |
| Wagner | Edward | 10-CV-67704 |
| Wahner | James | 10-CV-62028 |
| Waldrip | Melville | 08-CV-88491 |
| Walker | Clarence | 08-CV-92136 |
| Walker | Robert | 11-CV-67669 |
| Wallace | Walter | 08-CV-91263 |
| Waltenberg | Claude | 09-CV-61499 |
| Ware | William | 08-CV-92159 |
| Washington | Gardline | 08-CV-90218 |
| Watkins | Jerry | 09-CV-61711 |
| Watkins | Lee | 08-CV-90940 |
| Weaver | Henry | 08-CV-91304 |
| Weber | Daniel | 08-CV-92132 |
| Weber | Ronald | 08-CV-91052 |
| Weeks | John | 08-CV-91184 |
| Weiss | Richard | 11-CV-63491 |
| Wenzel | Robert | 09-CV-64694 |
| Werner | Clement | 10-CV-61908 |
| Weyers | Ronald | 09-CV-60377 |
| White | Paul | 09-CV-61033 |

| | | |
|---|---|---|
| White | Shirley | 08-CV-90171 |
| Wiker | Philip | 08-CV-92207 |
| Wilbur | Anthony | 10-CV-68913 |
| Willey | Russel | 08-CV-90166 |
| Williams | Bruce | 08-CV-91282 |
| Williams | David | 08-CV-91068 |
| Williams | Eddie | 08-CV-90000 |
| Williams | Ernest | 08-CV-91062 |
| Williams | Roosevelt | 10-CV-67691 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Bill | 09-CV-61780 |
| Wilson | Harold | 08-CV-90732 |
| Wilson | Irvin | 08-CV-90339 |
| Wilson | Merle | 08-CV-91879 |
| Winslow | Terry | 08-CV-92114 |
| Winter | Oray | 10-CV-61894 |
| Winters | Douglas | 09-CV-61039 |
| Winters | Eddie | 08-CV-91238 |
| Woida | Robert | 10-CV-67766 |
| Woldt | Lowell | 09-CV-60461 |
| Wood | Lawrence | 09-CV-60535 |
| Woodmaster | Charles | 08-CV-91087 |
| Woodruff | Homer | 10-CV-64679 |
| Woods | Dale | 11-CV-66277 |
| Woods | Gerald | 10-CV-61496 |
| Woods | James | 09-CV-62583 |
| Yanke | Wayne | 10-CV-61879 |
| Yantorni | Benjamin | 10-CV-78935 |
| Young | Charles | 09-CV-64642 |
| Zellner | Clifford | 11-CV-66746 |
| Zielinski | Edward | 08-CV-90007 |
| Zimmer | Lawrence | 10-CV-61896 |
| Zunker | Emil | 10-CV-67894 |

**MAILED(con't):**

| | | | |
|---|---|---|---|
| DONALD BROAD | JOSEPH WITEK | RICHARD BAKER | ZANE LUCAS |
| EDWARD BENCHIK | JOSHUA MURPHY | RICHARD BOLTON | ZENAIDA FALCON |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DREW ODUM | JULIE HOWIE | RICHARD SCHUSTER |
| ADAM LAGOCKI | EDWARD CASMERE | KAREN RHEINGANS | RICK SHEA |
| AHNDREA VANDENELZE | EDWARD CRANE | KATHERINE SPITZ | ROBERT LONG |
| ALAN ZELKOWITZ | EDWARD KENNEY | KATHRYN DOWNEY | ROBERT MCCOY |
| ALBERT PARNELL | EDWARD MACCABE | KAYCE GISINGER | ROBERT MEYER |
| ALLEN VAUGHAN | EDWARD MATUSHEK | KENT PLOTNER | ROBERT PISANI |
| AMANDA SUMMERLIN | EDWARD MCCAMBRIDG | KENT ROGERS | ROBERT RALEIGH |
| AMIEL GROSS | EDWARD STUKES | KEVIN KNIGHT | ROBERT RILEY |
| AMY MILES | EMILY ZAPOTOCNY | KEVIN OWENS | ROBERT SANDS |
| ANDREW DETHERAGE | ERIC CARLSON | KHALAF KHALAF | ROBERT SCHMIEDER |
| ANDREW VOSS | EVAN EISNER | KIMBERLY HILLMAN | ROBERT SCHROEDER |
| ANTHONY GOLDNER | FORREST WILKES | KIMBERLY SARFF | ROBERT SCOTT |
| BARBARA BUBA | FREDERICK MUELLER | KIRK HARTLEY | ROBERT SPINELLI |
| BARRY LOFTUS | G. BRUCH | KNIGHT ANDERSON | ROBERT SPITKOVSKY |
| BARRY SHORT | GARY SMITH | KRISTINA LEMANSKI | ROBERT WILKINSON |
| BASIL DISIPIO | GEORGE KISER | KURT REITZ | ROGER HEIDENREIC |
| BRADLEY NAHRSTADT | GERMAINE WILLETT | KURTIS REEG | RONALD AUSTIN |
| BRETT LARSEN | GREGORY COCHRAN | KYLE MANSFIELD | RONALD HACK |
| BRIAN WATSON | GREGORY GOLDBERG | LANCE MUELLER | RUSSELL KLINGAMAN |
| BRUCE CLARK | GREGORY LYONS | LAUREL JOHNSON | RUSSELL SCOTT |
| BRUCE LYON | GREGORY MCNAMEE | LAURIE MCLEROY | SANJAY SHIVPURI |
| BRYAN SKELTON | HOWARD MORRIS | LAURIE RANDOLPH | SARAH MILLER |
| BRYCE BENNETT | J. BRADLEY | LESLIE OFFERGELD | SARAH PAGELS |
| C. DOUGLAS | J. MALONEY | LISA CORWIN | SCOTT HENRY |
| C. EVERT | JAMES BOYERS | LISA DILLMAN | SCOTT SIMPKINS |
| CARMEN ANDERSON | JAMES CARTER | M. GRANT | SCOTT THOMSEN |
| CAROL ZUCKERMAN | JAMES DENIS | MAGGIE NIGRO | SEAN SHEEHAN |
| CATHERINE CARLSON | JAMES HOUSE | MAJA EATON | SHAWANE LEE |
| CATHERINE MOHAN | JAMES JACOBSON | MARGARET BYRNE | SHAWN BABIUCH |
| CATHY MOLCHIN | JAMES KASPER | MARGARET FOSTER | SHEHZAD HASAN |
| CHAN MCLEOD | JAMES MORRISON | MARK BAUMAN | SHEILA BIRNBAUM |
| CHARLES JOLEY | JAMES MURRAY | MARK DESROCHERS | STEPHEN BUSCH |
| CHRISTI JONES | JAMES NIQUET | MARK EISLER | STEPHEN JENKINS |
| CHRISTOPHER BANASZAK | JAMES WYNNE | MARK FELDMANN | STEPHEN MILOTT |
| CHRISTOPHER CONRAD | JAMIE YADGAROFF | MARK HITT | STEPHEN SCHWARTZ |
| CHRISTOPHER LARSON | JANELLE LINDER | MARK SAMPSON | STEVEN BARBER |
| CHRISTOPHER LEE | JASON KENNEDY | MARK TIVIN | STEVEN BESHORE |
| CHRISTOPHER P.BANASZAK | JASON MOHR | MARTHA REGGI | STEVEN CARLSON |
| CHRISTOPHER STEPHEN | JASON RUBIN | MARTIN SCHWARTZ | STEVEN HART |
| CHRISTOPHER TRIBLE | JEFFERY FERTL | MARY ANN HATCH | STEVEN KIRSCH |
| CLARE MAISANO | JEFFREY FECHT | MARY GAY | SUSAN HENDERSON |
| CLARE RUSH | JEFFREY HEBRANK | MATTHEW FISCHER | SUSAN MEHRINGER |
| CONNIE POSTELLI | JEFFREY ROGERS | MATTHEW JARDINE | TEIRNEY CHRISTENSO |
| CRAIG LILJESTRAN | JENNIFER BLACKWELL | MATTHEW THIBODEAU | THEODORE HOVDA |
| CURTIS BAILEY | JENNIFER KALAS | MEGAN MURRAY | THOMAS CANNON |
| CYNTHIA LOCKE | JENNIFER STUDEBAKER | MEREDITH HUDGENS | THOMAS GILLIGAN |
| DANIEL DONAHUE | JENNIFER WATSON | MICAH INLOW | THOMAS GONZALEZ |
| DANIEL ELGER | JEROME FERIANCEK | MICHAEL ANTIKAINEN | THOMAS HAYES |
| DANIEL GRIFFIN | JILL FELKINS | MICHAEL BERGIN | THOMAS KERNELL |
| DANIEL JARDINE | JOEL SPITZ | MICHAEL BLOCK | THOMAS NORBY |
| DANIEL LONG | JOHN ARRANZ | MICHAEL CASCINO | THOMAS ORRIS |
| DANIEL MANNA | JOHN BABIONE | MICHAEL DENNING | THOMAS SCHMITZER |

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| DANIEL MCGRATH | JOHN CANONI | MICHAEL DRUMKE | THOMAS SCHOBER |
| DANIEL MULHOLLAND | JOHN DOUGLAS | MICHAEL ROSENBERG | THOMAS SCHRIMPF |
| DANIEL O'CONNELL | JOHN FONSTAD | MICHAEL TRUCCO | THOMAS TARDY |
| DANIEL RUSTMANN | JOHN FRANKE | MICHAEL ZUKOWSKI | THOMAS THIBODEAU |
| DANIEL TRACHTMAN | JOHN HALPIN | MITCHELL MOSER | TIFFANY TURNER |
| DAVID CYR | JOHN HELLER | MITCHELL PINSLY | TIMOTHY KAPSHANDY |
| DAVID DAMICO | JOHN KENT | NATHAN FRONK | TIMOTHY KRIPPNER |
| DAVID DOGAN | JOHN KUROWSKI | NATHAN QUAGLIA | TIMOTHY MURPHY |
| DAVID FANNING | JOHN LAFFEY | NEAL MCQUEENEY | TIMOTHY PAGEL |
| DAVID HENDRICKSO | JOHN MCCANTS | NICHOLAS NIZAMOFF | TIMOTHY PIKE |
| DAVID JONES | JOHN SEEBOHM | NICOLE BEHNEN | TOBIN TAYLOR |
| DAVID KELLEHER | JOHN SHEFFER | NORA GIERKE | TRACY COWAN |
| DAVID NILLES | JOHN SON | OLLIE HARTON | TREVOR WILL |
| DAVID SCOUTON | JOHN WALLER | PATRICK FINNEGAN | VIRGINIA GIOKARIS |
| DAVID SETTER | JON BAROOSHIAN | PATRICK LAMB | W. REBER |
| DAVID SZLANFUCHT | JON FREDRICKSO | PATRICK STUFFLEBEA | W. SIESENNOP |
| DAVID TEMPLE | JON GOLDWOOD | PAUL O'FLAHERTY | WALTER WATKINS |
| DAVID WILKINS | JONATHAN LIVELY | PAUL WOJCICKI | WARD BROWN |
| DAVID YBARRA | JONATHAN MATTINGLY | PETER MARKS | WAYNE MARVEL |
| DEMETRA CHRISTOS | JONATHAN PARRINGTON | PETER MCKENNA | WILLIAM CROKE |
| DENNIS CANTRELL | JONATHAN ZWEIZIG | RAYMOND FOURNIE | WILLIAM MAHONEY |
| DERRICK HADDOX | JOSEPH CAGNOLI | RAYMOND MODESITT | WILLIAM MILLS |
| DONALD CARLSON | JOSEPH KRASOVEC | REED SUGG | WILLIAM SERRITELLA |
| DONALD ORZESKE | JOSEPH REJANO | RENEE MORTIMER | WILLIAM SHENKENBER |
| DONALD WARD | JOSEPH SULLIVAN | RICHARD BIEDRZYCKI | WILLIAM SHULTZ |
| DOUGLAS KING | JOSHUA JOHANNINGM | RICHARD BOYLE | WILLIAM SMITH |
| DOUGLAS POLAND | JOSHUA LEE | RICHARD LAUTH | WILLIAM WENDLING |
| DOUGLAS PROCHNOW | JOSHUA SCHEETS | RICHARD RIEGNER | WILLIS TRIBLER |

**MAILED:**

| | | | |
|---|---|---|---|
| ALBERT BOWER | EDWARD HARNEY | JUAN RAMIREZ | RICHARD CHAPIN |
| AMBER ACHILLES | EDWARD RUBERRY | K. CAREY | RICHARD EWING |
| ANDREW BOLING | ELIZABETH HARVEY | KARL KOONS | RICHARD HAAS |
| ANDREW CROSS | EUGENE MILLER | KEITH HAYS | RICHARD HUSER |
| ANDREW KOLB | FRANCIS MORRISSEY | KELLY CHERF | RICHARD LONG |
| ANDREW LEVINE | GARY SMITH | KELLY MCCLOSKEY | RICHARD STEINKEN |
| ANDREW STUART | GEORGE SOULE | KENNETH GORENBERG | ROBERT HALEY |
| ANDREW WOLF | GREGORY CERULO | KEVIN DUCKWORTH | ROBERT KOPKA |
| ANNE STINNEFORD | GUS SACOPULOS | KEVIN LONG | ROBERT LANCASTER |
| ANTHONY BARONE | HEIDI OERTLE | KEVIN REID | ROBERT SHULTZ |
| ARTHUR RADKE | J. FITZGERALD | KRISTIN ACHTERHOF | ROBERT WILENS |
| BARRY ROBIN | J. GASS | KRISTINE KRAFT | ROBERT WRIGHT |
| BEAU SEFTON | JACK BLOCK | LAURA O'CONNELL | ROISIN BELL |
| BILLEE WARD | JACQUELYN CHAMPAGNE | LAURE FLANIKEN | RONALD CURTIS |
| BRADLEY FALKOF | JAMES CULHANE | LEE BAKER | RONALD LIPINSKI |
| BRIAN CAHILL | JAMES FIEWEGER | LEON TODD | RONALD WELDY |
| BRIAN EBENER | JAMES HAFELE | LEONARD WAGNER | ROSEANNE LOFTUS |
| BRIAN FIELDS | JAMES HICKEY | LIMO CHERIAN | RUSSELL HOOVER |
| BRIAN PLEGGE | JAMES PECKERT | LINDA GRAFT | SARAH MILLER |
| BRUCE KAMPLAIN | JAMES REIHER | LISA WARWICK | SCOTT KYROUAC |
| BRUCE MARR | JAMES SNYDER | LORI YOKOYAMA | SEAN MACK |
| C. KOEBELE | JAMES TOOHEY | MARK JOHNSON | STACEY SENECZKO |
| CAROL PRYGROSKY | JAMES WESTON | MARK LIABO | STEPHAN ROTH |
| CAROL TATE | JAMES WHEELER | MARK LIES | STEPHEN KAUFMANN |
| CATHERINE NOVACK | JAMES WILLIAMS | MARK RAKOCZY | STEPHEN KRAVIT |
| CECILIA MCCORMACK | JAN DODD | MARK ROSEN | STEPHEN MAASSEN |
| CHARLES BOHL | JAY STARRETT | MATTHEW LEE | STEVEN CELBA |
| CHARLES DARGO | JEFFERY MATTHEWS | MAUREEN KELLY | STEVEN SANDERS |
| CHARLES REITER | JEFFREY JANIK | MAUREEN MUNRO | STEVEN SCHNACK |
| CHRISTOPHER RAISTRICK | JEFFREY MCKEAN | MELISSA SKILKEN | SUSAN GUNTY |
| CIARA FROST | JEFFREY REEL | MICHAEL BISHOP | SUSAN HUNTER |
| CLARKE GILLESPIE | JEFFREY SCHMECKPEP | MICHAEL CIESLEWICZ | TANYA BELL |
| CREED TUCKER | JEFFREY ZIPES | MICHAEL CONNELLY | TERENCE SELBY |
| D. GLOOR | JENNIFER FARDY | MICHAEL FLYNN | THADDEUS STANKOWSKI |
| DANIEL CHEELY | JENNIFER JOHNSON | MICHAEL HENNIG | THERESE KELLY |
| DANIEL FARROLL | JENNIFER SEIDLER | MICHAEL HUGHES | THOMAS BOSWELL |
| DANIEL GRAHAM | JEROME KRINGS | MICHAEL JASSAK | THOMAS EHRHARDT |
| DANIEL OVERBEY | JERROD BARENBAUM | MICHAEL KAEDING | THOMAS MEYER |
| DAVID ANDERSON | JILL RAKAUSKI | MICHAEL KOKAL | THOMAS MIXDORF |
| DAVID BARTEL | JOAN IRICK | MICHAEL MOODY | THOMAS MURRAY |
| DAVID COLLINS | JOAN PHILLIPS | MICHAEL OBERMAN | THOMAS WILSON |
| DAVID JONES | JOEL POOLE | MICHAEL O'ROURKE | TIMOTHY BROWN |
| DAVID MORRIS | JOHN CHILDERS | MICHAEL TERWILLIGE | TIMOTHY FAGAN |
| DAVID MUELLER | JOHN DAMES | MICHELLE MONTGOMERY | TIMOTHY GARDNER |
| DAVID ROLF | JOHN DIXON | MURRAY ABOWITZ | TIMOTHY HARRIS |
| DAVID SLAVKIN | JOHN EMERY | NORA PLATT | TIMOTHY UEBER |
| DEAN PANOS | JOHN FREY | PAMELA PAIGE | TOM ROTH |
| DEBORAH SOLMOR | JOHN MCDAVID | PATRICK HAGGERTY | VANI SINGHAL |
| DEIRDRE GALLAGHER | JOHN OSTOJIC | PATRICK MCKENNA | VICTOR LAZZARETTI |
| DEMARCUS GORDON | JOHN O'SULLIVAN | PATRICK PHILLIPS | VICTORIA NILLES |
| DENIS RISCHARD | JOHN RUSHING | PAUL HEATON | W. WELSH |
| DENNIS DOBBELS | JOHN STUCKEY | PETER CARLSON | WILLIAM BURNHAM |
| DENNIS GRABER | JOMARIE FREDERICKS | PETER HATTON | WILLIAM EHRKE |
| DENNIS SULLIVAN | JOSEF HORTER | PETER HICKEY | WILLIAM HASSLER |
| DEREK SMITH | JOSEPH O'HARA | R. MUTH | WILLIAM MCGRATH |
| DEVLIN SCHOOP | JOSEPH SHANNON | R. STOMMEL | WILLIS HUIRAS |