# Exhibit A

| Last | First | E.D. PA Case No. | Owens-Illinois Inc.'s Motion to Strike Docket Doc No. |
|---|---|---|---|
| Ahnert | Daniel | 10-CV-67443 | 175 |
| Baumann | Eugene | 11-CV-63517 | 292 |
| Brazzoni | Alfred | 11-CV-63501 | 155 |
| Centers | Albert | 08-CV-90268 | 150 |
| Connell | Daniel | 09-CV-60552 | 93 |
| Fata | Frank | 08-CV-90058 | 104 |
| Held | Donald | 10-CV-67814 | 114 |
| Schmoll | Cyril | 09-CV-61026 | 106 |
| Suoja | Oswald | 09-CV-60256 | 82 |
| Willey | Russel | 08-CV-90166 | 107 |