**EXHIBIT B**
**Abbreviated Time Line**

| | |
|---|---|
| October 5, 2010: | All CVLO cases assigned to Judge Reed for Mediation. (Ex 1.) Amended in November 2010. (Ex 2.) |
| April 18, 2011: | Judge Strawbridge appointed as Court Annexed Mediator. (Ex 3.) |
| June 9, 2011: | Transition from mediation to trial preparation. (Ex 4.) |
| June 9, 2011: | Top Ten Case Management and Scheduling Order ("CMSO"). (Ex 5.) Amended in October and November 2011 (Exs 6, 7.) |
| July 15, 2011: | CVLO1 CMSO. (Ex 8.) (Amended August 2011 (Ex 9.)) |
| August 4, 2011: | Deposition Protocol Amended. (Ex 37.) |
| August 15, 2011: | CVLO 2 CMSO. (Ex 10.) |
| September 23, 2011: | CVLO 3 CMSO. (Ex 13.) (Amended April 11, 2012 (Ex 14.)) |
| September 26, 2011: | CVLO 1&2 merged. (Ex 11.) (Amended April 11, 2012. (Ex 24.)) |
| October 24, 2011: | Georgia-Pacific files first motion for leave to add and take deposition of witness in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 192). (Ex 15.) |
| October 25, 2011: | CVLO 4 CMSO. (Ex 29.) (Amended April 11, 2012. (Ex 30.)) |
| November 15, 2011: | Court grants Georgia-Pacific first motion for leave to add and take deposition of witness in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 208). (Ex 16.) |
| December 21, 2011: | Georgia-Pacific files second motion for leave to add and take deposition of witness in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 227). (Ex 17.) |
| December 21, 2011: | CVLO 5 CMSO. (Ex 31.) (Amended April 11, 2012. (Ex 32.)) |
| December 22, 2011: | CVLO 6 CMSO. (Ex 33.) (Amended April 11, 2012. (Ex 34.)) |
| January 3, 2012: | CVLO 7 CMSO. (Ex 35.) (Amended April 11, 2012. (Ex 36.)) |

| | |
|---|---|
| January 6, 2012: | Georgia Pacific files motion for extension of time to file its motion for summary judgment in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 232). (Ex19.) |
| January 23, 2012: | Court grants Georgia-Pacific second motion for leave to add and take deposition of witness in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 244). (Ex 18.) |
| January 30, 2012: | Court grants Georgia Pacific's motion for extension of time to file its motion for summary judgment in *Pleaugh v. A.W. Chesterton* (E.D. Pa. Case No. 11-CV-63519, Doc. No. 251). (Ex 20.) |
| April 12, 2012: | CVLO 1&2 broken into three subgroups (A, B, and C). (Ex 12.) |
| April 12, 2012: | CVLO files objections to CMSOs. (Ex 21.) |
| May 2, 2012: | CVLO moves for Rule 16 conference. (Ex 23.) |
| May 4, 2012: | Defense request for disclosures denied. (Ex 26.) |
| May 25, 2012: | CVLO's objections to CMSO overruled. (Ex 22.) |
| May 31, 2012: | CVLO's motion for Rule 16 conference denied. (Ex 24.) |
| May 31, 2012: | *Unzicker* ruling issued. (Ex 25.) |
| June 12, 2012: | CVLO sends email to all counsel explaining purpose of supplemental disclosures of site workers by job site and site workers with past testimony. (Ex 38.) |
| July 17, 2012: | Judge Strawbridge files order on motions to strike filed by various defendants in June 2011. (Ex 27.) |
| August 1, 2012: | Judge Strawbridge informs CVLO of *Morgan* ruling. (Ex 28.) |
| August 3, 2012: | CVLO timely supplements Std. Irrog. answers in CVLO-4 cases. |