# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | MDL-875 |
|  | E.D. PA Case No. |
| Connell v. A.W. Chesterton Company, et al., | 09-CV-60552 |
| Baumann v. A.W. Chesterton Company, et al. | 11-CV-63517 |
| Schmoll v. A C & S Inc., et al. | 09-CV-61026 |
| Brazzoni v. Bayer CropScience Inc., et al. | 11-CV-63501 |
| Held v. A C & S Inc., et al. | 10-CV-67814 |
| Souja v. Owens-Illinois Inc., et al. | 09-CV-60256 |
| Ahnert v. CBS Corporation, et al. | 10-CV-67443 |
| Willey v. A C & S Inc., et al. | 08-CV-90166 |
| Fata v. AC&S Inc., et al. | 08-CV-90058 |

FILED
SEP - 6 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 6th day of September, 2012, following upon "Plaintiffs' Emergency Motion[s] for Relief from Order Pursuant to Fed R. Civ. P. 60(b)"[1], it is hereby **ORDERED** that the motions are **GRANTED** and deadlines set in our August 27, 2012 order (e.g. 08-91663 Doc. 165) are applicable to these cases.[2]

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] 09-CV-60552 Doc. 100; 11-CV-63517 Doc. 304; 09-CV-61026 Doc. 113; 11-CV-63501 Doc. 162; 10-CV-67814 Doc. 122; 09-CV-60256 Doc. 88; 10-CV-67443 Doc. 184; 08-CV-90166 Doc. 114; 08-CV-90058 Doc. 109

[2] Plaintiffs' counsel was alerted that these dates would apply to these cases by email sent by chamber's staff on August 24, 2012 at 4:07 p.m.