IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL AHNERT | ) | MDL-875 |
| | ) | |
| v. | ) | PA-ED Case No. 10-67443 |
| | ) | |
| CBS CORPORATION, et al. | ) | |

FILED
SEP 20 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 20th day of September, 2012, upon consideration of Plaintiff's "Motion to Supplement the Record on Argument and Briefing on Motions to Strike" (Doc. No. 200) and having asked for and received no substantive objection from the Defense Liaisons to filing the supplement, it is hereby **ORDERED** that the motion is **GRANTED** and Exhibit 1 to Plaintiff's motion shall be docketed.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE