IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| AHNERT et al v. CBS CORPORATION et al | PA-ED No. 10-CV-67443<br>Trans from WI-E Case No. 10-0156 |

FILED
SEP 21 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

This matter coming before the court on Plaintiff's Motion to Substitute Parties, it is hereby ordered:

1. Beverly Ahnert is substituted as plaintiff on behalf of the estate of Daniel Ahnert

2. The caption is hereby amended on its face to read: "Beverly Ahnert, individually and on behalf of the Estate of Daniel Ahnert, deceased."

Dated: Sept. 21, 2012

Honorable Eduardo C. Robreno