IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Civil Action No: MDL 875 |
| This Document Relates to the Cases Identified on the Attached Case List | : : : : | |

FILED
OCT 01 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 1st day of October, 2012, upon consideration of "Plaintiffs' Motion to Subdivide the CVLO 3 Case Group" (i.e. 08-88676 Doc. 137), and Defendants' response (i.e. 08-88676 Doc. 146), it is hereby **ORDERED** that the motion is **GRANTED in part**. We are prepared to divide the CVLO-3 case group into three subgroups wherein summary judgment response and reply dates are staggered at least two weeks apart. However, before establishing such a schedule, we must know how many dispositive motions Defendants file in these cases[1] and how many of those motions Plaintiffs' counsel intends to oppose.

Therefore, it is hereby further **ORDERED** that **by Friday October 12, 2012**, Plaintiffs' counsel shall provide the court with a list of each remaining CVLO-3 case and the summary judgment motions therein that they are going to oppose. After we have that list, we shall be able to establish the timing of responses and replies in the subgroups.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline to file summary judgment motions in these cases is October 8, 2012.

# CASE LIST

| LAST | FIRST | PAED |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Andris | Arthur | 10-CV-67885 |
| Baumann | Eugene | 11-CV-63517 |
| Binder | Robert | 10-CV-67817 |
| Burkee | James | 10-CV-83247 |
| Cadotte | Joseph | 10-CV-64680 |
| Childs | Earl | 08-CV-91089 |
| Collins | Arthur | 10-CV-64567 |
| Connell | Daniel | 09-CV-60552 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Ferrara | Michael | 11-CV-63906 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Held | Donald | 10-CV-67814 |
| Jakubowski | Florian | 10-CV-67831 |
| Jenkins | Harold | 08-CV-92237 |
| Larweth | Dennis | 08-CV-89914 |

| | | |
|---|---|---|
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Meagher | John | 09-CV-60445 |
| Morris | Michael | 09-CV-61495 |
| Obermeier | Sylvester | 09-CV-61019 |
| O'Mullane | Jay | 08-CV-88676 |
| Parsons | Harry | 10-CV-64587 |
| Pertzborn | James | 10-CV-61352 |
| Rickey | Marvin | 10-CV-61345 |
| Schmoll | Cyril | 09-CV-61026 |
| Stephens | John | 09-CV-64733 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Vradenburg | Stanley | 09-CV-62185 |
| Waltenberg | Claude | 09-CV-61499 |
| Werner | Clement | 10-CV-61908 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | James | 09-CV-62583 |
| Woods | Dale | 11-CV-66277 |