IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Civil Action No: MDL 875 |
| This Document Relates to the Cases Identified on the Attached Case List | : : : : | |

FILED
OCT 18 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 18th day of October, 2012, upon further consideration of "Plaintiffs' Motion to Subdivide the CVLO 3 Case Group" (i.e. 08-88676 Doc. 137), it is hereby **ORDERED** that the summary judgment response and reply dates in the April 11, 2012 scheduling order for the CVLO-3 case group[1] are amended as follows:

**Subgroup A**: Responses to any dispositive motions must be filed by: October 29, 2012
Replies to any dispositive motions must be filed by: November 5, 2012

**Subgroup B**: Responses to any dispositive motions must be filed by: November 19, 2012
Replies to any dispositive motions must be filed by: November 26, 2012

**Subgroup C**: Responses to any dispositive motions must be filed by: December 10, 2012
Replies to any dispositive motions must be filed by: December 17, 2012

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] All current scheduling orders may be found at:
http://www.paed.uscourts.gov/mdl875r.asp

## CASE LIST[2]

### SUBGROUP A

| Andris | Arthur | 10-CV-67885 |
|---|---|---|
| Binder | Robert | 10-CV-67817 |
| Childs | Earl | 08-CV-91089 |
| Dowell | Charles | 08-CV-91356 |
| Held | Donald | 10-CV-67814 |
| Louis | Richard | 10-CV-64606 |
| Obermeier | Sylvester | 09-CV-61019 |
| Rickey | Marvin | 10-CV-61345 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |

### SUBGROUP B

| Cadotte | Joseph | 10-CV-64680 |
|---|---|---|
| Collins | Arthur | 10-CV-64567 |
| Doyle | James | 08-CV-89845 |
| Larweth | Dennis | 08-CV-89914 |
| Lorentz | Eugene | 10-CV-61348 |
| Meagher | John | 09-CV-60445 |
| Stephens | John | 09-CV-64733 |
| Waltenberg | Claude | 09-CV-61499 |
| Hakes | Donald | 10-CV-68063 |

### SUBGROUP C

| Schmoll | Cyril | 09-CV-61026 |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Connell | Daniel | 09-CV-60552 |
| Haffner | Robert | 08-CV-89863 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Vradenburg | Stanley | 09-CV-62185 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | James | 09-CV-62583 |

---

[2] Counsel informs us that they will not contest the summary judgment motions filed in the remaining CVLO-3 cases.

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| BILLEE WARD | DENNIS DOBBELS | JOSHUA MURPHY | ROBERT HALEY |
| BRIAN FIELDS | DEREK SMITH | K. CAREY | STACEY SENECZKO |
| BRUCE KAMPLAIN | DONALD BROAD | KARL KOONS | STEPHEN KRAVIT |
| C. KOEBELE | FRANCIS MORRISSEY | KENNETH GORENBERG | STEPHEN MAASSEN |
| CHARLES BOHL | JAMES CULHANE | KEVIN LONG | STEVEN CELBA |
| CHRISTOPHER RAISTRICK | JAMES WHEELER | KRISTIN ACHTERHOF | STEVEN SANDERS |
| D. GLOOR | JEFFREY SCHMECKPEP | LAURA O'CONNELL | SUSAN GUNTY |
| DANIEL FARROLL | JENNIFER FARDY | MATTHEW LEE | THADDEUS STANKOWSKI |
| DANIEL OVERBEY | JEROME KRINGS | MICHAEL CIESLEWICZ | TIMOTHY FAGAN |
| DAVID BARTEL | JOEL POOLE | MICHAEL HENNIG | VANI SINGHAL |
| DEAN PANOS | JOHN DIXON | RICHARD BOLTON | VICTOR LAZZARETTI |
| | | RICHARD STEINKEN | WILLIAM HASSLER |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM LAGOCKI | DAVID YBARRA | KENT PLOTNER | ROBERT SCHROEDER |
| ALLEN VAUGHAN | DEMETRA CHRISTOS | KEVIN KNIGHT | ROBERT SPINELLI |
| AMANDA SUMMERLIN | DENNIS CANTRELL | KIRK HARTLEY | ROGER HEIDENREIC |
| AMIEL GROSS | DONALD CARLSON | KNIGHT ANDERSON | RONALD AUSTIN |
| ANDREW DETHERAGE | DOUGLAS KING | KURTIS REEG | RONALD HACK |
| BASIL DISIPIO | EDWARD CASMERE | LANCE MUELLER | SARAH MILLER |
| BRADLEY BULTMAN | EDWARD MCCAMBRIDG | LAURIE RANDOLPH | SCOTT HENRY |
| BRETT LARSEN | EMILY ZAPOTOCNY | LISA DILLMAN | SCOTT SIMPKINS |
| BRIAN WATSON | ERIC CARLSON | MAJA EATON | SHAWANE LEE |
| BRYAN SKELTON | FORREST WILKES | MARK FELDMANN | SHAWN BABIUCH |
| C. DOUGLAS | GERMAINE WILLETT | MARK SAMPSON | SHEILA BIRNBAUM |
| C. EVERT | GREGORY LYONS | MARK TIVIN | STEPHEN JENKINS |
| CAROL ZUCKERMAN | J. BRADLEY | MARTIN SCHWARTZ | STEVEN BARBER |
| CATHERINE MOHAN | J. MALONEY | MATTHEW FISCHER | SUSAN MEHRINGER |
| CHRISTI JONES | JAMES CARTER | MICHAEL ANTIKAINEN | TEIRNEY CHRISTENSO |
| CHRISTOPHER LARSON | JAMES MORRISON | MICHAEL BERGIN | THOMAS GILLIGAN |
| CHRISTOPHER P.BANASZAK | JAMES NIQUET | MICHAEL CASCINO | THOMAS GONZALEZ |
| CLARE MAISANO | JAMES WYNNE | MICHAEL DENNING | THOMAS HAYES |
| CRAIG BRASFIELD | JASON CINCILLA | MICHAEL DRUMKE | THOMAS KERNELL |
| CRAIG LILJESTRAN | JASON KENNEDY | MICHAEL ROSENBERG | THOMAS NORBY |
| CRAIG TURET | JEFFREY HEBRANK | MITCHELL MOSER | THOMAS ORRIS |
| CYNTHIA LOCKE | JENNIFER KALAS | NEAL MCQUEENEY | THOMAS SCHRIMPF |
| DANIEL CHEELY | JENNIFER STUDEBAKER | NICOLE BEHNEN | TIMOTHY KAPSHANDY |
| DANIEL GRIFFIN | JOHN BABIONE | OLLIE HARTON | TIMOTHY PAGEL |
| DANIEL JARDINE | JOHN CANONI | PATRICK LAMB | TIMOTHY PIKE |
| DANIEL LONG | JOHN FONSTAD | PAUL O'FLAHERTY | TOBIN TAYLOR |
| DANIEL MANNA | JOHN HELLER | PAUL WOJCICKI | TREVOR WILL |
| DANIEL MCGRATH | JOHN WALLER | PETER MCKENNA | WALTER WATKINS |
| DANIEL TRACHTMAN | JONATHAN MATTINGLY | RAYMOND FOURNIE | WILLIAM CROKE |
| DAVID DOGAN | JOSEPH SULLIVAN | RICHARD LAUTH | WILLIAM MAHONEY |
| DAVID SETTER | JOSHUA LEE | ROBERT MCCOY | WILLIAM SMITH |
| | KATHERINE SPITZ | ROBERT RILEY | WILLIS TRIBLER |