# EXHIBIT 40

Inventory List of Filings Responsive to Motions to Strike Granted by the November 16, 2012, Order

| Last | First | E.D. PA Case No. | Defendant Motion: | Motion Doc. No. | Plaintiff Responses Doc. Nos. | Discrepancies with Order |
|---|---|---|---|---|---|---|
| Austin | Richard | 08-cv-89340 | Duke Energy Indiana, Inc.'s Motion to Strike | 96 | 100, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Fata | Frank | 08-cv-90058 | General Electric Company's Motion to Strike | 106 | 114, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Jackson | Floyd | 08-cv-90263 | General Electric Company's Motion to Strike | 96 | 100, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Jones | Asa | 08-cv-90132 | General Electric Company's Motion to Strike | 102 | 106 Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Phillips | John | 08-cv-90122 | General Electric Company's Motion to Strike | 112 | 115, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Schmidt | Donald | 08-cv-90063 | General Electric Company's Motion to Strike | 97 | 102, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Willey | Russel | 08-cv-90166 | General Electric Company's Motion to Strike | 110 | 118, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |

| Last | First | E.D. PA Case No. | Defendant Motion: | Motion Doc. No. | Plaintiff Responses Doc. Nos. | Discrepancies with Order |
|---|---|---|---|---|---|---|
| Ahnert | Daniel | 10-cv-67443 | Owens-Illinois Inc.'s Motion to Strike | 175 | 191 | Plaintiff response not listed on 11/16/2012 order |
| Brazzoni | Alfred | 11-cv-63501 | Owens-Illinois Inc.'s Motion to Strike | 155 | 164 & 165 | Resp. Doc. 165 not listed on 11/16/2012 order |
| Connell | Daniel | 09-cv-60552 | Owens-Illinois Inc.'s Motion to Strike | 93 | 102 & 103 | Resp. Doc. 103 not listed on 11/16/2012 order |
| Fata | Frank | 08-cv-90058 | Owens-Illinois Inc.'s Motion to Strike | 104 | 111 | Plaintiff response not listed on 11/16/2012 order |
| Held | Donald | 10-cv-67814 | Owens-Illinois Inc.'s Motion to Strike | 114 | 123 | Plaintiff response not listed on 11/16/2012 order |
| Jackson | Floyd | 08-cv-90263 | Owens-Illinois Inc.'s Motion to Strike | 95 | 99, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Jones | Asa | 08-cv-90132 | Owens-Illinois Inc.'s Motion to Strike | 101 | 105, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Kelley | Howard | 10-cv-67555 | Owens-Illinois Inc.'s Motion to Strike | 116 | 118, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |

| Last | First | E.D. PA Case No. | Defendant Motion: | Motion Doc. No. | Plaintiff Responses Doc. Nos. | Discrepancies with Order |
|---|---|---|---|---|---|---|
| Schmoll | Cyril | 09-cv-61026 | Owens-Illinois Inc.'s Motion to Strike | 106 | 114 & 115 | Resp. Doc. 115 not listed on 11/16/2012 order |
| Suoja | Oswald | 09-cv-60256 | Owens-Illinois Inc.'s Motion to Strike | 82 | 89, 90, & 91 | Resp. Docs. 90 & 91 not listed on 11/16/2012 order |
| Van Stippen | Joseph | 11-cv-63483 | Owens-Illinois Inc.'s Motion to Strike | 352 | 362, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |
| Willey | Russel | 08-cv-90166 | Owens-Illinois Inc.'s Motion to Strike | 107 | 115 | |
| Zellner | Clifford | 11-cv-66746 | Owens-Illinois Inc. Motions to Strike | 176 | 182, Also incorporates Ahnert, 10-cv-67443, Doc. 175 | |