IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| AUSTIN v. CINERGY CORP. et al | PA-ED No. 08-CV-89340<br>*Trans from IL-S Case No. 05-0128* |

**Declaration of Person Making the Answers**

Juanita J Austin, as the personal representative for Richard Austin, states that the answers provided in the Plaintiff's Signed Response to Standard Interrogatories are true and correct to the best of his/her information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Juanita J Austin

EXHIBIT 41