IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS | : : | |
| v. | FILED JUL 2 3 2013 : | |
| VARIOUS DEFENDANTS | MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk | Cases listed in Exhibit "A" (see attached) |

O R D E R

**AND NOW**, this **22nd** day of **July, 2013**, it is hereby **ORDERED** that a Rule is **ISSUED** for counsel to show cause why all pending motions in each of the identified actions should not be denied without prejudice, and new scheduling orders and briefing schedules entered in these actions.[1]

---

[1]    In reviewing the cases identified in Exhibit "A" for disposition of summary judgment motions, the Court finds a great deal of disarray with the parties' discovery requests and responses, as well as confusing motions. This includes responses that appear to be untimely and/or incomplete by Plaintiffs, and/or a failure by defendants to file motions to compel proper responses in these cases.

The Court finds that, given the procedural history of these cases, the substantive issues presented cannot be resolved on their merits based upon the current records. For example, it is not always clear which discovery requests the discovery responses correspond to, whether those responses are timely and/or complete, or whether defendants have moved (either in a timely fashion or otherwise) to compel responses or to object to responses served upon them. It is not clear in the responses styled as "supplemental" which responses are being supplemented.

The efficient administration of these cases, and the interests of justice, require that a new scheduling order be issued in <u>each</u> <u>case</u> with deadlines for discovery requests and responses to be made, and dispositive motions to be filed and responded to by the Plaintiff(s). Strict compliance with the scheduling orders will ensure that the issues are presented to

The Rule is returnable by the filing of a written response in **each action** by **Friday, August 23, 2013**.[2] A party's failure to file a written response in a given case will be construed as that party's not opposing the issuance of a new scheduling order and briefing schedule in that case.

A hearing will be held on this matter on **Wednesday, September 4, 2013, at 2:00 P.M.,** in Courtroom **15A,** James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

It is further **ORDERED** that all cases identified on Exhibit "A" are hereby **STAYED** until further order by the Court.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

the Court in an <u>orderly</u> and <u>reasonable</u> manner.

[2]  Written submissions by the parties in <u>each case</u> shall be filed on the docket for that particular case. In other words, no omnibus written submissions are to be filed on the 01-875 docket or elsewhere.

2

EXHIBIT A

| Case Number | Transferor District | Case Name |
|---|---|---|
| 08-88250 | IN-S | Reed v. Anchor Packing Company et al |
| 08-88411 | IN-S | Dice et al v. The Anchor Packing Company et al |
| 08-89340 | IL-S | Austin v. Cinergy Corp. et al |
| 08-89372 | IL-S | Mann v. Anchor Packing Company, The et al |
| 08-89381 | IL-S | Mcfarland v. Ac&S et al |
| 08-89446 | IL-S | Cook v. Ac&S Inc et al |
| 08-89498 | IL-S | Goff v. Ac&S Inc et al |
| 08-89791 | IL-N | Bartlett et al v. Acands Inc |
| 08-89825 | IL-N | Rome v. A.C. And S. Inc. et al |
| 08-89863 | IL-N | Haffner v. A.C. And S. Inc. |
| 08-89865 | IL-N | Menozzi v. A.C. And S. Inc. et al |
| 08-89969 | IL-N | Czajkoski v. A. C. And S. Inc et al |
| 08-89984 | IL-N | Brigham v. A C And S, Inc. et al |
| 08-90122 | IL-N | Phyllis v. A.C.Ands, Inc. et al |
| 08-90132 | IL-N | Jones v. A C And S., Inc. et al |
| 08-90139 | IL-N | Graham v. A.C. And S., Inc. et al |
| 08-90166 | IL-N | Willey v. Ac&S Inc et al |
| 08-90189 | IL-N | Surges et al v. A. C. and S., Inc. et al |
| 08-90201 | IL-N | Hollins v. A.C. and S. Inc. et al |
| 08-90234 | IL-N | Ferguson v. A.C. And S., Inc. et al |
| 08-90263 | IL-N | Jackson v. Ac&S Inc et al |
| 08-90264 | IL-N | Nordberg v. A.B.B., Inc. et al |
| 08-90268 | IL-N | Centers v. A.W. Chesterton Company et al |
| 08-90287 | IL-N | Smith v. Catepillar Inc et al |
| 08-90465 | IN-N | Percy v. Ac And S Inc et al |
| 08-90732 | IN-N | Wilson v. Ac And S Inc et al |
| 08-91052 | IN-N | Weber v. Ac And S Inc et al |
| 08-91089 | IN-N | Childs v. Ac And S Inc et al |
| 08-91090 | IN-N | Holme v. Ac And S Inc et al |
| 08-91729 | IL-C | Bugg v. Anchor Packing Company et al |
| 08-91742 | IL-C | Schurtz v. Acands Inc et al |
| 08-91881 | IL-C | Taylor v. Acands Inc et al |

1

| Case Number | Transferor District | Case Name |
|---|---|---|
| 08-91882 | IL-C | Spangler v. Allis-Chalmers Corporation et al |
| 08-91888 | IL-C | Hicks v. Acands Inc. et al |
| 08-91893 | IL-C | Nehlsen v. Acands Inc et al |
| 08-91953 | IL-C | Ayers v. Allis-Chalmers Corporation et al |
| 08-92038 | IL-C | Buchanan et al v. Armstrong Contracting & Supply Corporation. et al |
| 08-92113 | IL-C | Maulding v. Lewis Asphalt And Engineering Corp. et al |
| 08-92120 | IL-C | Graves v. Acands Inc et al |
| 08-92122 | IL-C | Johnson v. A C & S Inc et al |
| 08-92136 | IL-C | Walker v. A C And S Inc. et al |
| 08-92157 | IL-C | Hutchinson v. Acands Inc et al |
| 08-92161 | IL-C | Lawless v. A C And S Inc et al |
| 08-92210 | IL-C | O'Keefe v. Aga Gas Inc et al |
| 08-92259 | IL-C | Daniels et al v. Anchor Packing Company et al |
| 09-60186 | WI-W | Bolton v. Inc. Acands et al |
| 09-60231 | WI-W | Loeffelad et al v. A.W. Chesterton Company et al |
| 09-60267 | WI-W | Hass et al v. A.C. And S., Inc. et al |
| 09-60287 | WI-W | Esser v. A. C. And S., Inc. et al |
| 09-60293 | WI-W | Reno v. A.C. And S., Inc. et al |
| 09-60329 | WI-E | Dunne et al v. Anchor Packing Co et al |
| 09-60331 | WI-E | Bresnahan et al v. Anchor Packing Co et al |
| 09-60440 | WI-E | Jones et al v. Acands Inc et al |
| 09-60444 | WI-E | Lundahl v. Acands Inc et al |
| 09-60476 | WI-E | Burns v. Acands Inc et al |
| 09-60481 | WI-E | Sienko v. Acands Inc et al |
| 09-60520 | WI-E | Miller v. Acands Inc et al |
| 09-60523 | WI-E | Reich v. Acands Inc et al |
| 09-60547 | WI-E | Jeske v. American Standard Inc et al |
| 09-60550 | WI-W | Junk, Sr. et al v. Dynegy et al |
| 09-60939 | IL-N | Engelman v. Acands, Inc. et al |
| 09-61004 | WI-W | Enerson v. Inc. Acands et al |
| 09-61314 | WI-E | Holcomb v. Acands Inc et al |
| 09-61322 | WI-E | Metzger v. Acands Inc et al |

2

| Case Number | Transferor District | Case Name |
|---|---|---|
| 09-61333 | WI-E | Nuutinen v. Acands Inc et al |
| 09-61356 | WI-E | Massey v. Acands Inc et al |
| 09-61469 | WI-E | Horton v. Anchor Packing Co et al |
| 09-61487 | WI-E | Reichert v. Anchor Packing Co et al |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al |
| 09-61544 | WI-E | Kiepert v. Anchor Packing Co et al |
| 09-61717 | IN-N | Frankenberger v. Acands Inc et al |
| 09-61820 | IN-N | Ruesken v. The Anchor Packing Co., Et. Al. |
| 09-62185 | WI-W | Vradenburg v. The Anchor Packing Company, et al |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al |
| 09-64609 | IN-S | Giuliano v. A C And S Inc. et al |
| 09-64701 | IN-S | Willocks v. A C And S Inc et al |
| 09-64733 | IN-S | Stephens v. A C And S Inc et al |
| 10-61115 | WI-E | Bennington v. Cbs Corporation et al |
| 10-61341 | WI-W | Campbell v. A.C.And S., Inc. et al |
| 10-61349 | WI-W | Pietrzycki et al v. A.C.And S., Inc. et al |
| 10-61422 | WI-W | Enos v. Asbestos Claims Management Corporation et al |
| 10-61429 | WI-W | Kumferman v. Asbestos Claims Management Corporation et al |
| 10-61467 | WI-W | Bartlett v. A.C. And S., Inc. et al |
| 10-61865 | WI-E | Suhaysik v. Acands Inc. et al |
| 10-61885 | WI-E | Gottsacker v. Acands Inc. et al |
| 10-61896 | WI-E | Zimmer v. Acands Inc. et al |
| 10-61956 | WI-E | Nelson v. Acands Inc et al |
| 10-64567 | IL-S | Collins v. Ac&S Inc et al |
| 10-64584 | IL-S | Embly v. Ac&S Inc et al |
| 10-64585 | IL-S | Deters v. Ac&S Inc et al |
| 10-64606 | IL-N | Louis v. Cbs Corporation et al |
| 10-67443 | WI-E | Ahnert et al v. Cbs Corporation et al |
| 10-67533 | IL-N | Carlson et al v. A.W. Chesterton Company et al |
| 10-67545 | IL-N | Carmichael v. Durabla Mfg Co. et al |
| 10-67553 | IL-N | Richardson v. Acands, Inc. et al |
| 10-67555 | IL-N | Kelley v. A. C. And S., Inc. et al |

3

| Case Number | Transferor District | Case Name |
|---|---|---|
| 10-67621 | IN-N | Arseneault v. Ac And S Inc et al |
| 10-67785 | WI-E | Conway v. Acands Inc et al |
| 10-67817 | WI-E | Boyea v. Acands Inc et al |
| 10-67841 | WI-E | Junk v. Acands Inc et al |
| 10-68063 | WI-E | Hakes v. AW Chesterton Company et al |
| 10-68073 | IL-C | Plue v. A C & S Inc et al |
| 10-68097 | IL-C | Nichols v. A W Chesterton Co et al |
| 10-68110 | IL-C | Lemke v. Ac And S Inc et al |
| 10-68124 | IL-C | Malone v. Ac & S Inc et al |
| 10-68127 | IL-C | Dover v. A C & S et al |
| 10-68130 | IL-C | Irons-Holtzman v. A C & S Inc et al |
| 10-68864 | IN-S | Parrick v. The Anaconda Company et al |
| 10-68902 | IN-S | Cummings v. A C And S, Inc. et al |
| 11-60064 | WI-E | Herr et al v. Linde Inc et al |
| 11-63518 | WI-E | Muehlberger v. Cbs Corporation et al |
| 11-64036 | WI-E | Svatek v. Acands Inc et al |
| 11-66288 | IL-S | Unzicker v. A.W. Chesterton Company et al |
| 11-66746 | WI-E | Zellner v. Aw Chesterton Company et al |
| 11-67767 | IL-N | Bulanda v. Aw Chesterton Company et al |
| 12-60003 | WI-E | Jurglanis v. Borg-Warner Inc et al |
| 12-60004 | WI-E | Spychalla v. Avco Corporation et al |
| 12-60020 | WI-E | Krueger v. Acands Inc et al |
| 12-60049 | IL-N | Pehlke v. A.O. Smith Corporation et al |
| 12-60160 | IL-N | Mcnair v. Borg-Warner, Inc. et al |

4

Certificate of Service

**EMAILED:**

| | | |
|---|---|---|
| ADAM JAGADICH | EMILY ZAPOTOCNY | LISA DILLMAN |
| AHNDREA VANDENELZE | ERIC CARLSON | M. GRANT |
| ALLEN VAUGHAN | GARY SMITH | MAJA EATON |
| AMANDA SUMMERLIN | GEORGE KISER | MARK FELDMANN |
| AMIEL GROSS | GERMAINE WILLETT | MARK LUDOLPH |
| ANDREW DETHERAGE | GREGORY COCHRAN | MARK SAMPSON |
| BASIL DISIPIO | GREGORY GOLDBERG | MARK TIVIN |
| BRADLEY BULTMAN | GREGORY LYONS | MARTIN SCHWARTZ |
| BRADLEY NAHRSTADT | HOWARD MORRIS | MARY ANN HATCH |
| BRETT LARSEN | J. BRADLEY | MARY GAY |
| BRIAN WATSON | JAMES BOYERS | MATTHEW FISCHER |
| BRYAN SKELTON | JAMES CARTER | MICAH INLOW |
| BRYCE BENNETT | JAMES HOUSE | MICHAEL ANTIKAINEN |
| C. DOUGLAS | JAMES KASPER | MICHAEL BERGIN |
| C. EVERT | JAMES MORRISON | MICHAEL CASCINO |
| CAROL ZUCKERMAN | JAMES NIQUET | MICHAEL DENNING |
| CATHERINE CARLSON | JAMES SVAJGL | MICHAEL DRUMKE |
| CATHERINE MOHAN | JAMES WALTON | MICHAEL ROSENBERG |
| CATHY MOLCHIN | JAMIE YADGAROFF | MICHAEL SCHAG |
| CHAN MCLEOD | JANELLE LINDER | MICHAEL TRUCCO |
| CHARLES JOLEY | JASON KENNEDY | MICHAEL ZUKOWSKI |
| CHRISTI JONES | JEFFREY FECHT | MITCHELL MOSER |
| CHRISTOPHER BANASZAK | JEFFREY FULTZ | NEAL MCQUEENEY |
| CHRISTOPHER LARSON | JEFFREY HEBRANK | NICHOLAS NIZAMOFF |
| CHRISTOPHER LEE | JEFFREY SCHIEBER | NICOLE BEHNEN |
| CHRISTOPHER P. BANASZAK | JENNIFER BLACKWELL | NORA GIERKE |
| CLARE MAISANO | JENNIFER STUDEBAKER | OLLIE HARTON |
| CLARE RUSH | JEREMY HARRIS | PATRICK LAMB |
| CRAIG LILJESTRAN | JIN-HO CHUNG | PATRICK STUFFLEBEA |
| CRAIG TURET | JOHN BABIONE | PAUL O'FLAHERTY |
| CURTIS BAILEY | JOHN CANONI | PETER MARKS |
| CYNTHIA LOCKE | JOHN DOUGLAS | PETER MCKENNA |
| DANIEL CHEELY | JOHN FONSTAD | R. WILLINGHAM |
| DANIEL DONAHUE | JOHN HELLER | RAYMOND FOURNIE |
| DANIEL ELGER | JOHN KUROWSKI | REED SUGG |
| DANIEL GRIFFIN | JOHN LAFFEY | RICHARD LAUTH |
| DANIEL JARDINE | JOHN MCCANTS | RICHARD RIEGNER |
| DANIEL LONG | JOHN SEEBOHM | RICHARD SCHUSTER |
| DANIEL MANNA | JOHN SON | ROBERT LONG |
| DANIEL MCGRATH | JOHN WALLER | ROBERT MCCOY |
| DANIEL MULHOLLAND | JON BAROOSHIAN | ROBERT PISANI |
| DANIEL TRACHTMAN | JONATHAN MATTINGLY | ROBERT RILEY |
| DAVID DOGAN | JONATHAN PARRINGTON | ROBERT SANDS |
| DAVID FANNING | JOSEPH REJANO | ROBERT SCHROEDER |
| DAVID JONES | JOSEPH SULLIVAN | ROBERT SCOTT |
| DAVID SETTER | JOSHUA JOHANNINGM | ROBERT SPINELLI |
| DAVID SZLANFUCHT | JOSHUA LEE | ROBERT SPITKOVSKY |
| DAVID TEMPLE | KATHRYN DOWNEY | ROGER HEIDENREIC |
| DAVID YBARRA | KAYCE GISINGER | RONALD HACK |
| DEMETRA CHRISTOS | KENT PLOTNER | RUSSELL KLINGAMAN |
| DENNIS CANTRELL | KEVIN KNIGHT | RUSSELL SCOTT |
| DONALD CARLSON | KIMBERLY SARFF | RYAN BARKE |
| DONALD ORZESKE | KIRK HARTLEY | SARAH MILLER |
| DOUGLAS KING | KNIGHT ANDERSON | SARAH PAGELS |
| DOUGLAS PROCHNOW | KRISTINA LEMANSKI | SCOTT HENRY |
| EDWARD CASMERE | KURT REITZ | SCOTT SIMPKINS |
| EDWARD CRANE | KURTIS REEG | SEAN SHEEHAN |
| EDWARD KENNEY | LANCE MUELLER | SHAWANE LEE |
| EDWARD MACCABE | LAURIE MCLEROY | SHAWN BABIUCH |
| EDWARD MCCAMBRIDG | LILLIAN MA | SHEHZAD HASAN |

Certificate of Service

**EMAILED:**

| | | |
|---|---|---|
| SHEILA BIRNBAUM | THOMAS NORBY | TREVOR WILL |
| STEPHEN SCHWARTZ | THOMAS ORRIS | WALTER JENKINS |
| STEVEN BARBER | THOMAS SCHRIMPF | WALTER WATKINS |
| STEVEN KIRSCH | THOMAS TARDY | WARD BROWN |
| SUSAN MEHRINGER | THOMAS THIBODEAU | WILLIAM CROKE |
| TEIRNEY CHRISTENSO | TIFFANY TURNER | WILLIAM MAHONEY |
| THOMAS CANNON | TIMOTHY KAPSHANDY | WILLIAM SHULTZ |
| THOMAS GILLIGAN | TIMOTHY KRIPPNER | WILLIAM SMITH |
| THOMAS GONZALEZ | TIMOTHY PAGEL | WILLIS TRIBLER |
| THOMAS HAYES | TIMOTHY PIKE | |
| THOMAS KERNELL | TOBIN TAYLOR | |

**MAILED:**

| | | |
|---|---|---|
| ADAM MERGENTHAL | JEROME KRINGS | STEPHEN KRAVIT |
| ALBERT BOWER | JOAN IRICK | STEPHEN MAASSEN |
| ANDREA COHEN | JOEL POOLE | STEVEN CELBA |
| BILLEE WARD | JOHN DAMES | STEVEN SANDERS |
| BRIAN CAHILL | JOHN DIXON | SUSAN GUNTY |
| BRIAN FIELDS | JOSEPH O'HARA | SUSAN HUNTER |
| BRUCE KAMPLAIN | JOSHUA MURPHY | THADDEUS STANKOWSKI |
| C. KOEBELE | JUAN RAMIREZ | THOMAS MEYER |
| CAROL PRYGROSKY | KARL KOONS | THOMAS WILSON |
| CHARLES BOHL | KELLY CHERF | TIMOTHY FAGAN |
| CLARKE GILLESPIE | KELLY MCCLOSKEY | TIMOTHY UEBER |
| DANIEL FARROLL | KENNETH GORENBERG | VALERIE LIPIC |
| DANIEL OVERBEY | KEVIN HANBURY | VANI SINGHAL |
| DAVID BARTEL | KEVIN LONG | VICTOR LAZZARETTI |
| DAVID MORRIS | KEVIN REID | W. WELSH |
| DAVID MUELLER | KRISTIN ACHTERHOF | WILLIAM EHRKE |
| DAVID ROLF | LEON TODD | WILLIAM HASSLER |
| DEAN PANOS | LISA WARWICK | WILLIAM MCGRATH |
| DEBORAH SOLMOR | MARK RAKOCZY | ZANE LUCAS |
| DEMARCUS GORDON | MELISSA SKILKEN | |
| DENIS RISCHARD | MICHAEL BISHOP | |
| DENNIS DOBBELS | MICHAEL CIESLEWICZ | |
| DENNIS GRABER | MICHAEL KAEDING | |
| DEVLIN SCHOOP | MICHAEL KOKAL | |
| DONALD BROAD | MICHAEL O'ROURKE | |
| ELIZABETH HARVEY | PAMELA PAIGE | |
| FRANCIS MORRISSEY | PATRICK JONES | |
| GARY SMITH | PATRICK MCKENNA | |
| J. GASS | PATRICK PHILLIPS | |
| JACK BLOCK | PETER HATTON | |
| JACQUELYN CHAMPAGNE | R. MUTH | |
| JAMES CULHANE | R. STOMMEL | |
| JAMES FIEWEGER | RICHARD BAKER | |
| JAMES PECKERT | RICHARD BOLTON | |
| JAMES SNYDER | RICHARD CHAPIN | |
| JAMES WHEELER | ROBERT HALEY | |
| JAN DODD | ROSEANNE LOFTUS | |
| JEFFREY REEL | RUSSELL HOOVER | |
| JENNIFER FARDY | STACEY SENECZKO | |
| JENNIFER SEIDLER | STEPHEN KAUFMANN | |