IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS | : : | |
| v. | : : | Cases listed in Exhibit "A" (see attached) |
| VARIOUS DEFENDANTS | : | |

FILED NOV 18 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### O R D E R

**AND NOW**, this **15th** day of **November, 2013**, it is hereby **ORDERED** that all pending motions in the cases listed in Exhibit "A" that were filed prior to September 17, 2013 are **DENIED without prejudice.**[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1]   The cases listed in Exhibit "A" were subject to the Court's July 22, 2013 Rule to Show Cause Order. The listed cases are stayed and/or are in the process of reorganizing discovery. The efficient administration of these cases requires that the pending motions be denied without prejudice in order for the Court to adjudicate the issues in an orderly and reasonable manner.

## Exhibit A

| Case Number | Transferor District | Case Name |
|---|---|---|
| 08-88250 | IN-S | Reed v. Anchor Packing Company et al |
| 08-88411 | IN-S | Dice et al v. The Anchor Packing Company et al |
| 08-89340 | IL-S | Austin v. Cinergy Corp. et al |
| 08-89372 | IL-S | Mann v. Anchor Packing Company, The et al |
| 08-89381 | IL-S | Mcfarland v. Ac&S et al |
| 08-89446 | IL-S | Cook v. Ac&S Inc et al |
| 08-89498 | IL-S | Goff v. Ac&S Inc et al |
| 08-89791 | IL-N | Bartlett et al v. Acands Inc |
| 08-89825 | IL-N | Rome v. A.C. And S. Inc. et al |
| 08-89863 | IL-N | Haffner v. A.C. And S. Inc. |
| 08-89865 | IL-N | Menozzi v. A.C. And S. Inc. et al |
| 08-89969 | IL-N | Czajkoski v. A. C. And S. Inc et al |
| 08-89984 | IL-N | Brigham v. A C And S, Inc. et al |
| 08-90122 | IL-N | Phyllis v. A.C.Ands., Inc. et al |
| 08-90132 | IL-N | Jones v. A C And S., Inc. et al |
| 08-90139 | IL-N | Graham v. A.C. And S., Inc. et al |
| 08-90166 | IL-N | Willey v. Ac&S Inc et al |
| 08-90189 | IL-N | Surges et al v. A. C. and S., Inc. et al |
| 08-90201 | IL-N | Hollins v. A.C. and S. Inc. et al |
| 08-90234 | IL-N | Ferguson v. A.C. And S., Inc. et al |
| 08-90263 | IL-N | Jackson v. Ac&S Inc et al |
| 08-90264 | IL-N | Nordberg v. A.B.B., Inc. et al |
| 08-90268 | IL-N | Centers v. A.W. Chesterton Company et al |
| 08-90287 | IL-N | Smith v. Catepillar Inc et al |
| 08-90465 | IN-N | Percy v. Ac And S Inc et al |
| 08-90732 | IN-N | Wilson v. Ac And S Inc et al |
| 08-91052 | IN-N | Weber v. Ac And S Inc et al |
| 08-91089 | IN-N | Childs v. Ac And S Inc et al |
| 08-91090 | IN-N | Holme v. Ac And S Inc et al |
| 08-91729 | IL-C | Bugg v. Anchor Packing Company et al |
| 08-91742 | IL-C | Schurtz v. Acands Inc et al |
| 08-91881 | IL-C | Taylor v. Acands Inc et al |

| Case Number | Transferor District | Case Name |
|---|---|---|
| 08-91882 | IL-C | Spangler v. Allis-Chalmers Corporation et al |
| 08-91888 | IL-C | Hicks v. Acands Inc. et al |
| 08-91893 | IL-C | Nehlsen v. Acands Inc et al |
| 08-91953 | IL-C | Ayers v. Allis-Chalmers Corporation et al |
| 08-92038 | IL-C | Buchanan et al v. Armstrong Contracting & Supply |
| 08-92113 | IL-C | Maulding v. Lewis Asphalt And Engineering Corp. et al |
| 08-92120 | IL-C | Graves v. Acands Inc et al |
| 08-92122 | IL-C | Johnson v. A C & S Inc et al |
| 08-92136 | IL-C | Walker v. A C And S Inc. et al |
| 08-92157 | IL-C | Hutchinson v. Acands Inc et al |
| 08-92161 | IL-C | Lawless v. A C And S Inc et al |
| 08-92210 | IL-C | O'Keefe v. Aga Gas Inc et al |
| 08-92259 | IL-C | Daniels et al v. Anchor Packing Company et al |
| 09-60186 | WI-W | Bolton v. Inc. Acands et al |
| 09-60231 | WI-W | Loeffelad et al v. A.W. Chesterton Company et al |
| 09-60267 | WI-W | Hass et al v. A.C. And S., Inc. et al |
| 09-60287 | WI-W | Esser v. A. C. And S., Inc. et al |
| 09-60293 | WI-W | Reno v. A.C. And S., Inc. et al |
| 09-60329 | WI-E | Dunne et al v. Anchor Packing Co et al |
| 09-60331 | WI-E | Bresnahan et al v. Anchor Packing Co et al |
| 09-60440 | WI-E | Jones et al v. Acands Inc et al |
| 09-60444 | WI-E | Lundahl v. Acands Inc. et al |
| 09-60476 | WI-E | Burns v. Acands Inc et al |
| 09-60481 | WI-E | Sienko v. Acands Inc et al |
| 09-60520 | WI-E | Miller v. Acands Inc et al |
| 09-60523 | WI-E | Reich v. Acands Inc et al |
| 09-60547 | WI-E | Jeske v. American Standard Inc et al |
| 09-60550 | WI-W | Junk, Sr. et al v. Dynegy et al |
| 09-60939 | IL-N | Engelman v. Acands, Inc. et al |
| 09-61004 | WI-W | Enerson v. Inc. Acands et al |
| 09-61314 | WI-E | Holcomb v. Acands Inc et al |
| 09-61322 | WI-E | Metzger v. Acands Inc et al |

| Case Number | Transferor District | Case Name |
|---|---|---|
| 09-61333 | WI-E | Nuutinen v. Acands Inc et al |
| 09-61356 | WI-E | Massey v. Acands Inc et al |
| 09-61469 | WI-E | Horton v. Anchor Packing Co et al |
| 09-61487 | WI-E | Reichert v. Anchor Packing Co et al |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al |
| 09-61544 | WI-E | Kiepert v. Anchor Packing Co et al |
| 09-61717 | IN-N | Frankenberger v. Acands Inc et al |
| 09-61820 | IN-N | Ruesken v. The Anchor Packing Co., Et. Al. |
| 09-62185 | WI-W | Vradenburg v. The Anchor Packing Company, et al |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al |
| 09-64609 | IN-S | Giuliano v. A C And S Inc. et al |
| 09-64701 | IN-S | Willocks v. A C And S Inc et al |
| 09-64733 | IN-S | Stephens v. A C And S Inc et al |
| 10-61115 | WI-E | Bennington v. Cbs Corporation et al |
| 10-61341 | WI-W | Campbell v. A.C.And S., Inc. et al |
| 10-61349 | WI-W | Pietrzycki et al v. A.C.And S., Inc. et al |
| 10-61422 | WI-W | Enos v. Asbestos Claims Management Corporation et al |
| 10-61429 | WI-W | Kumferman v. Asbestos Claims Management Corporation et |
| 10-61467 | WI-W | Bartlett v. A.C. And S., Inc. et al |
| 10-61865 | WI-E | Suhaysik v. Acands Inc. et al |
| 10-61885 | WI-E | Gottsacker v. Acands Inc. et al |
| 10-61896 | WI-E | Zimmer v. Acands Inc. et al |
| 10-61956 | WI-E | Nelson v. Acands Inc et al |
| 10-64567 | IL-S | Collins v. Ac&S Inc et al |
| 10-64584 | IL-S | Embly v. Ac&S Inc et al |
| 10-64585 | IL-S | Deters v. Ac&S Inc et al |
| 10-64606 | IL-N | Louis v. Cbs Corporation et al |
| 10-67443 | WI-E | Ahnert et al v. Cbs Corporation et al |
| 10-67533 | IL-N | Carlson et al v. A.W. Chesterton Company et al |
| 10-67545 | IL-N | Carmichael v. Durabla Mfg Co. et al |
| 10-67553 | IL-N | Richardson v. Acands, Inc. et al |
| 10-67555 | IL-N | Kelley v. A. C. And S., Inc. et al |

| Case Number | Transferor District | Case Name |
|---|---|---|
| 10-67621 | IN-N | Arseneault v. Ac And S Inc et al |
| 10-67785 | WI-E | Conway v. Acands Inc et al |
| 10-67817 | WI-E | Boyea v. Acands Inc et al |
| 10-67841 | WI-E | Junk v. Acands Inc et al |
| 10-68063 | WI-E | Hakes v. AW Chesterton Company et al |
| 10-68073 | IL-C | Plue v. A C & S Inc et al |
| 10-68097 | IL-C | Nichols v. A W Chesterton Co et al |
| 10-68110 | IL-C | Lemke v. Ac And S Inc et al |
| 10-68124 | IL-C | Malone v. Ac & S Inc et al |
| 10-68127 | IL-C | Dover v. A C & S et al |
| 10-68130 | IL-C | Irons-Holtzman v. A C & S Inc et al |
| 10-68864 | IN-S | Partick v. The Anaconda Company et al |
| 10-68902 | IN-S | Cummings v. A C And S, Inc. et al |
| 11-60064 | WI-E | Herr et al v. Linde Inc et al |
| 11-63518 | WI-E | Muehlberger v. Cbs Corporation et al |
| 11-64036 | WI-E | Svatek v. Acands Inc et al |
| 11-66288 | IL-S | Unzicker v. A.W. Chesterton Company et al |
| 11-66746 | WI-E | Zellner v. Aw Chesterton Company et al |
| 11-67767 | IL-N | Bulanda v. Aw Chesterton Company et al |
| 12-60003 | WI-E | Jurglanis v. Borg-Warner Inc et al |
| 12-60004 | WI-E | Spychalla v. Avco Corporation et al |
| 12-60020 | WI-E | Krueger v. Acands Inc et al |
| 12-60049 | IL-N | Pehlke v. A.O. Smith Corporation et al |
| 12-60160 | IL-N | Mcnair v. Borg-Warner, Inc. et al |

5

**CC By Mail:**

| | | | |
|---|---|---|---|
| JAMES WHEELER | MICHAEL KAEDING | WILLIAM MCGRATH | BRIAN CAHILL |
| JOAN IRICK | RUSSELL HOOVER | RICHARD CHAPIN | KEVIN LONG |
| R. STOMMEL | DEMARCUS GORDON | DENNIS GRABER | THOMAS MEYER |
| DENNIS DOBBELS | KEVIN REID | JEFFREY REEL | DANIEL FARROLL |
| JOEL POOLE | MELISSA SKILKEN | JOHN DIXON | STEPHEN MAASSEN |
| JOSHUA MURPHY | ALBERT BOWER | JAMES PECKERT | SUSAN GUNTY |
| STEVEN SANDERS | ANDREA COHEN | JAMES FIEWEGER | ADAM MERGENTHAL |
| W. WELSH | DONALD BROAD | MICHAEL CIESLEWICZ | ELIZABETH HARVEY |
| JAN DODD | PETER HATTON | CHARLES BOHL | TIMOTHY FAGAN |
| DEAN PANOS | TIMOTHY UEBER | J. GASS | SUSAN HUNTER |
| KELLY CHERF | BRUCE KAMPLAIN | JAMES CULHANE | THADDEUS STANKOWSKI |
| KENNETH GORENBERG | JENNIFER FARDY | RICHARD BOLTON | DAVID MUELLER |
| MICHAEL O'ROURKE | KARL KOONS | VANI SINGHAL | MICHAEL BISHOP |
| PATRICK PHILLIPS | ROBERT HALEY | STEPHEN KRAVIT | DAVID MORRIS |
| RICHARD BAKER | JAMES SNYDER | C. KOEBELE | KEVIN HANBURY |
| ROSEANNE LOFTUS | PAMELA PAIGE | CAROL PRYGROSKY | LISA WARWICK |
| BRIAN FIELDS | JOHN DAMES | JEROME KRINGS | PATRICK JONES |
| DANIEL OVERBEY | ZANE LUCAS | DAVID BARTEL | VALERIE LIPIC |
| FRANCIS MORRISSEY | JOSEPH O'HARA | VICTOR LAZZARETTI | |
| JACK BLOCK | MICHAEL KOKAL | R. MUTH | |
| KRISTIN ACHTERHOF | STEPHEN KAUFMANN | PATRICK MCKENNA | |
| STACEY SENECZKO | KELLY MCCLOSKEY | JACQUELYN CHAMPAGNE | |
| BILLEE WARD | DAVID ROLF | JUAN RAMIREZ | |
| DEBORAH SOLMOR | JENNIFER SEIDLER | LEON TODD | |
| MARK RAKOCZY | THOMAS WILSON | WILLIAM EHRKE | |
| CLARKE GILLESPIE | GARY SMITH | WILLIAM HASSLER | |
| DEVLIN SCHOOP | | | |

**CC By Email:**

| | | | |
|---|---|---|---|
| AMANDA SUMMERLIN | CLARE MAISANO | EMILY ZAPOTOCNY | JANELLE LINDER |
| ALLEN VAUGHAN | CATHERINE MOHAN | DAVID FANNING | JAMES MORRISON |
| ADAM JAGADICH | CRAIG TURET | MARY GAY | JOHN SEEBOHM |
| ADAM JAGADICH | DANIEL JARDINE | GREGORY COCHRAN | JOHN SON |
| AMIEL GROSS | DANIEL LONG | GEORGE KISER | CHRISTI JONES |
| AHNDREA VANDENELZE | DONALD CARLSON | GERMAINE WILLETT | SARAH JONES |
| DENNIS CANTRELL | DANIEL CHEELY | GREGORY GOLDBERG | J. BRADLEY |
| SUSAN MEHRINGER | DEMETRA CHRISTOS | GARY SMITH | JONATHAN PARRINGTON |
| ANDREW ROGERS | DAVID DOGAN | M. GRANT | JAMIE YADGAROFF |
| BASIL DISIPIO | DANIEL DONAHUE | GREGORY LYONS | JOSEPH REJANO |
| BRYCE BENNETT | DAVID JONES | JAMES HOUSE | JEFFREY SCHIEBER |
| BRADLEY BULTMAN | DANIEL GRIFFIN | JAMES WALTON | JEFFREY HEBRANK |
| BRADLEY NAHRSTADT | DOUGLAS KING | JAMES KASPER | JOSEPH SULLIVAN |
| WILLIAM CROKE | DANIEL MANNA | JOHN BABIONE | JAMES SVAJGL |
| BRETT LARSEN | DANIEL MCGRATH | JON BAROOSHIAN | JOHN WALLER |
| ROBERT MCCOY | DAVID SETTER | JENNIFER BLACKWELL | C. DOUGLAS |
| ROBERT SCOTT | DONALD ORZESKE | JAMES BOYERS | KATHRYN DOWNEY |
| BRYAN SKELTON | JOHN DOUGLAS | JOHN CANONI | KEVIN KNIGHT |
| BRIAN WATSON | DAVID SZLANFUCHT | JIN-HO CHUNG | KIRK HARTLEY |
| CAROL ZUCKERMAN | DAVID TEMPLE | JOSHUA LEE | KIMBERLY SARFF |
| CURTIS BAILEY | DANIEL TRACHTMAN | JEFFREY FULTZ | KRISTINA LEMANSKI |
| CHRISTOPHER BANASZAK | DAVID YBARRA | JEREMY HARRIS | KAYCE GISINGER |
| CHRISTOPHER P.BANASZAK | ERIC CARLSON | JEFFREY FECHT | KNIGHT ANDERSON |
| CATHERINE CARLSON | EDWARD CASMERE | JOHN FONSTAD | KENT PLOTNER |
| TEIRNEY CHRISTENSO | MICHAEL CASCINO | JOHN HELLER | KURTIS REEG |
| CHARLES JOLEY | EDWARD CRANE | JOSHUA JOHANNINGM | KURT REITZ |
| CHRISTOPHER LARSON | EDWARD KENNEY | JASON KENNEDY | LISA DILLMAN |
| CHRISTOPHER LEE | DANIEL ELGER | JOHN KUROWSKI | LILLIAN MA |
| CRAIG LILJESTRAN | EDWARD MACCABE | JOHN LAFFEY | LAURIE MCLEROY |
| CYNTHIA LOCKE | EDWARD MCCAMBRIDG | ANDREW DETHERAGE | LANCE MUELLER |
| C. EVERT | EMILY ZAPOTOCNY | JONATHAN MATTINGLY | MARY ANN HATCH |

**CC By Email Continued:**

| | | |
|---|---|---|
| MARK TIVIN | NEAL MCQUEENEY | WILLIAM SMITH |
| MARK FELDMANN | OLLIE HARTON | ROBERT SPITKOVSKY |
| R. WILLINGHAM | PATRICK LAMB | SEAN SHEEHAN |
| MARTIN SCHWARTZ | PETER MCKENNA | STEPHEN SCHWARTZ |
| MICHAEL BERGIN | PAUL O'FLAHERTY | SARAH PAGELS |
| JOHN MCCANTS | DOUGLAS PROCHNOW | JENNIFER STUDEBAKER |
| CHAN MCLEOD | PETER WANNING | THOMAS GILLIGAN |
| MICHAEL DENNING | PATRICK STUFFLEBEA | THOMAS GONZALEZ |
| JAMES CARTER | RICHARD SCHUSTER | THOMAS HAYES |
| MICHAEL DRUMKE | RAYMOND FOURNIE | TIMOTHY KAPSHANDY |
| MAJA EATON | ROBERT SANDS | THOMAS KERNELL |
| MATTHEW FISCHER | RUSSELL KLINGAMAN | TIMOTHY KRIPPNER |
| MICHAEL ZUKOWSKI | RUSSELL SCOTT | SHEHZAD HASAN |
| MICAH INLOW | RICHARD LAUTH | STEVEN BARBER |
| MITCHELL MOSER | ROGER HEIDENREIC | THOMAS NORBY |
| MARK LUDOLPH | RONALD HACK | THOMAS CANNON |
| JAMES NIQUET | ROBERT PISANI | THOMAS ORRIS |
| CATHY MOLCHIN | RICHARD RIEGNER | TIMOTHY PAGEL |
| HOWARD MORRIS | ROBERT RILEY | TIMOTHY PIKE |
| MICHAEL ROSENBERG | ROBERT SPINELLI | THOMAS THIBODEAU |
| MARK SAMPSON | REED SUGG | THOMAS SCHRIMPF |
| MARK SAMPSON | RYAN BARKE | THOMAS TARDY |
| MICHAEL SCHAG | CLARE RUSH | TOBIN TAYLOR |
| ROBERT SCHROEDER | SHAWN BABIUCH | TIFFANY TURNER |
| PETER MARKS | STEVEN CELBA | TREVOR WILL |
| MICHAEL ANTIKAINEN | SCOTT SIMPKINS | WARD BROWN |
| MICHAEL TRUCCO | SHEILA BIRNBAUM | WILLIAM MAHONEY |
| DANIEL MULHOLLAND | SCOTT HENRY | WILLIS TRIBLER |
| NICOLE BEHNEN | STEVEN KIRSCH | WILLIAM SHULTZ |
| NICHOLAS NIZAMOFF | SHAWANE LEE | WALTER JENKINS |
| NORA GIERKE | ROBERT LONG | WALTER WATKINS |